# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIOLA ACEVEDO, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>EXP WORLD HOLDINGS, INC., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:23−cv−01304−AB−AGR<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

\_\_\_\_         \_\_\_\_         \_\_\_\_

Date Filed        Doc. No.       Title of Doc.

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1−1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83−7.

*Other Error(s):*

Attachment # 1 Civil Cover Sheet should not have been attached to Docket Entry No.1 Each document should have been filed separately

Clerk, U.S. District Court

Dated: February 23, 2023        By:  /s/ *Estrella Liberato  Estrella_Liberato@cacd.uscourts.gov*
                                Deputy Clerk