UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 23-01304-AB (AGRx) | | Date: | June 30, 2023 |
|---|---|---|---|---|

| Title: | Fabiola Acevedo et al v. eXp World Holdings, Inc. et al |
|---|---|

Present: The Honorable    **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Jennifer A. Lenze | Kyle R Maland |
| Andrea S. Hirsch | William Edward Pallares |
| Brooke F. Cohen | Sean P. J. Coyle |
| | Richard A Schonfeld |
| | Christopher Gordon Kerr |

**Proceedings:**    1) DEFENDANTS EXP REALTY, LLC, EXP WORLD
HOLDINGS, INC., AND GLENN SANFORD'S MOTION TO
DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT [41];
2) MOTION OF BRENT GOVE TO DISMISS [63]
(Video Conference - Zoom)

     The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motions under submission.

00  :  55