Jennifer A. Lenze, Esq., CA Bar No. 246858
**LENZE LAWYERS, PLC**
999 Corporate Drive, Suite 100
Ladera Ranch, CA 91765
T: (310) 322-8800
F: (310) 322-8811
jlenze@lenzelawyers.com

Brooke Cohen, Esq., TX Bar No. 24007019 PHV admitted
Andrea Hirsch, Esq. GA Bar No. 666557 PHV admitted
**COHEN HIRSCH, LP**
5256 Peachtree Road, Suite 195-E
Atlanta, GA 30341
T: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com
*Attorneys for PLAINTIFF*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIOLA ACEVEDO, JANE DOE 1, JANE DOE 2, JANE DOE 3, and JOHN DOE 1, <br><br> Plaintiffs, <br><br> v. <br><br> EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN; GLENN SANFORD; BRENT GOVE, and DOES 1-10, <br><br> Defendants. | CASE NO. 2:23-cv-01304-AB-AGR <br><br> **JOINT DISCOVERY REPORT** |

TO THE HON. ALICIA G. ROSENBERG, THE COURT, AND TO ALL PARTIES:

137142578.1

1

STATUS REPORT

The Parties submit the following JOINT DISCOVERY REPORT to the Hon. Alicia G. Rosenberg, United States Magistrate Judge in compliance with the Court's Scheduling Notice [Dkt. 179]:

1. Deposition Protocol; Noticing and Scheduling
    a. Number of Depositions
    b. Remote appearance
    c. Option to cross-notice deposition for personal appearance;
    d. Counsel who represent witnesses attending depositions in-person and making witnesses available through video conference; and
2. ESI Protocol
3. eXp Document Production
4. Defendant Golden's Production of the "Officer's Report" and "Phone Contents" per the Stipulation of the parties; Defendant Golden invoking the 5th Amendment with respect to the same and right of privacy.

Date: April 1, 2024

By: /s/ Jennifer A. Lenze
Jennifer A. Lenze (CA No 246858)
LENZE LAWYERS, PLC
999 Corporate Drive, Suite 100
Ladera Ranch, California 92694
Telephone (310) 322-8800
jlenze@lenzelawyers.com
Brooke F. Cohen TX 24007019 PHV Adm
Andrea S. Hirsch, GA 666557 PHV Adm
COHEN HIRSCH, LP
5256 Peachtree Road, Suite 195-E
Atlanta, Georgia 30341
Tel: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com

Attorneys for Plaintiffs