UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV-23-01304-AB (AGRx) | Date | April 2, 2024 |
|---|---|---|---|
| Title | Fabiola Acevedo, et. al. v. eXp World Holdings, Inc., et. al. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge |
|---|---|

| K. Lozada | CS 04/02/2024 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jennifer A. Lenze | Kyle R Maland |
| | William Edward Pallares |
| | Richard A. Schonfeld |
| | David Anthony Poull |
| | Peter K. Levine |
| | George M. Morris |

**Proceedings:**   **VIDEO DISCOVERY CONFERENCE**

Case is called.  Counsel state their appearances.  The court and counsel conferred as stated on the record regarding the Joint Agenda filed on March 18, 2024 (Dkt. No. 178) and the Joint Agenda filed on April 1, 2024 (Dkt. No. 184.)  To avoid duplication, this order refers to the Items listed in Dkt. No. 184.

Item No. 1: Plaintiff submitted a proposed Remote Deposition Protocol.  (Dkt. No. 184-1.)

    A.    Plaintiffs agreed to appear in person for depositions in Los Angeles, California.

    B.    Plaintiffs' counsel agreed to revise the Remote Deposition Protocol.  On the record, the court and counsel discussed the following revisions:  In Section I.B.1., the first sentence is deleted and the second sentence will substitute "notice or cross-notice" instead of the words "agree to conduct."  To aid in scheduling depositions, Section I.A. will begin with a new subparagraph 1. that provides for a conference of counsel to attempt to block out dates for depositions in the next two months.  The remaining subparagraphs would be renumbered.  It is understood that nothing prevents counsel from exchanging lists of proposed deponents.  In current Section I.A.2 (before being renumbered), there will be a period after the word "hours" and counsel will add a procedure for notice of the proposed deposition date(s) to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV-23-01304-AB (AGRx) | Date | April 2, 2024 |
|---|---|---|---|
| Title | Fabiola Acevedo, et. al. v. eXp World Holdings, Inc., et. al. | | |

be given to the other counsel. Nothing in this order prevents counsel from revising the proposed Remote Deposition Protocol further.

Item No. 2: The parties agreed that the ESI Protocol is not yet ripe for presentation to the court.

Item No. 3: Defendants eXp agreed to a rolling document production beginning on April 5, 2024 and ending on April 9, 2024 for an agreed group of documents. Defendants eXp will also serve supplemental written responses by April 9, 2024. The parties will then confer to determine whether there are any disputes to be presented to the court.

Item No. 4: Plaintiffs cited *Doe v. Elam*, 2017 U.S. Dist. LEXIS 234758 (C.D. Cal. Sept. 8, 2017), regarding Defendant Golden's assertion of the Fifth Amendment. After the hearing, the court reviewed the case. Without going into the legal analysis, the court in *Elam* compared the document requests in the civil case to the search warrant and indictment as indicators of the information of which the Government was already aware.

The court urged counsel in this case to confer promptly regarding the scope of the document requests to Defendant Golden in this action. Unlike the motion to compel in *Elam*, counsel for Defendant Golden indicated that Defendant would be filing a motion to address the Fifth Amendment issue. In consultation with counsel, the court set the following briefing and hearing schedule:

| | |
|---|---|
| May 7, 2024 | Defendant Golden will file an appropriate motion |
| May 21, 2024 | Plaintiffs will file an opposition |
| May 29, 2024 | Defendant Golden will file a reply |
| May 31, 2024 11:00 a.m. | Hearing via Zoom |

IT IS SO ORDERED.

cc: District Judge Andre Birotte Jr.

| | 1 | : | 20 |
|---|---|---|---|
| Initials of Preparer | kl | | |