Jennifer A. Lenze, Esq., CA Bar No. 246858
**LENZE LAWYERS, PLC**
999 Corporate Drive, Suite 100
Ladera Ranch, CA 91765
T: (310) 322-8800
F: (310) 322-8811
jlenze@lenzelawyers.com

Brooke Cohen, Esq., TX Bar No. 24007019 PHV admitted
Andrea Hirsch, Esq. GA Bar No. 666557 PHV admitted
**COHEN HIRSCH, LP**
5256 Peachtree Road, Suite 195-E
Atlanta, GA 30341
T: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com

*Attorneys for PLAINTIFFS*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIOLA ACEVEDO, JANE DOE 1, JANE DOE 2, JANE DOE 3, and JOHN DOE 1,<br><br>Plaintiffs,<br><br>v.<br><br>EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN; GLENN SANFORD; BRENT GOVE, and DOES 1-10,<br><br>Defendants. | CASE NO. 2:23-cv-01304-AB-AGR<br><br>JOINT DISCOVERY REPORT<br><br>DATE: OCTOBER 8, 2024<br>TIME: 11:00 a.m. |

**TO THE HON. ALICIA G. ROSENBERG, THE COURT, AND TO ALL PARTIES**:

The Parties submit the following JOINT DISCOVERY REPORT to the Hon. Alicia G. Rosenberg, United States Magistrate Judge in compliance with the Court's Scheduling Notice [Dkt. 193]:

1. **ESI Protocol**

    eXp and Plaintiffs disagree on whether the following provision should be included or stricken from the proposed protocol (copy attached):

    - The Parties shall confer regarding the identification and collection of sources of relevant ESI, including custodial sources, shared sources not specific to a custodian, collaborative platform sources within an enterprise, and third-party Documents. Additionally, the Parties shall confer regarding search and validation methodologies used to identify responsive content from among larger collections of information

    - Redactions for responsiveness shall not be made within a discreet file or document that is otherwise responsive because of information it contains, and no extracted text from a responsive file or document will be withheld from production on the basis that it is not responsive.

2. **Production of Documents**

   a. Defendant eXp's production of documents in response to Plaintiffs' request for production of documents:

   - **Plaintiffs' Request No. 27**: Documents related to investigations that You have conducted related to Complaints.
   - **Plaintiffs' Request No. 30**: All COMPLAINTS relating to sexual assault made to YOU.
   - **Plaintiffs' Request No. 31**: All COMPLAINTS relating to sexual harassment made to YOU
   - **Plaintiffs' Request No. 32**: All COMPLAINTS related to drug use made to YOU
   - eXp's use and refusal to remove Boilerplate Objections

   b. Defendant Sanford's production of documents in response to Plaintiffs' request for production of documents

   - Defendant Sanford's failure to comply with Rule 34(b)(2) by not stating whether any responsive materials are being withheld on the basis of that objection.
   - Defendant Sanford's use and refusal to remove Boilerplate Objections
   - Defendant Sanford's failure to comply with Rule 34(b)(2)(E)(i) by not producing the records to correspond to the categories requested.

   c. Defendant eXp's failure to produce any documents in response to Plaintiffs' Second Set of Requests for Production:

   - **Plaintiffs' Request No. 1**: All DOCUMENTS received from or produced to NY Comptroller, Thomas DiNapoli in connection with Mr. DiNaopoli's letter to Glenn Sanford dated January 25, 2024.

d. Plaintiff Tami Sims' production in response to Defendant Golden's request for production of documents.

- Plaintiff wants to designate a video "attorneys' eyes only."

e. Plaintiffs' refusal to comply with Rule 34 and produce documents that Plaintiffs responded and stated they would provide.

f. Specifically, in reviewing Plaintiffs' production, documents are missing as follows:

Plaintiff Fabiola Acevedo:

Responses with objections, but states that they will produce:

Nos. 1, 2, 15, 23, 24, 25, 40, 41, 42, 53, 54

Responses without objections and states that they will produce:

Nos. 30, 31, 32, 33, 34, 35, 47

Plaintiff Tami Sims:

Responses with objections, but states that they will produce:

Nos. 2, 3, 15, 23, 24, 25, 40, 41, 42, 48, 49, 50, 51, 53, 55, 58, 59

Responses without objections and states that they will produce:

Nos. 30, 31, 32, 33, 34, 35

Plaintiff Jane Doe 3:

Responses with objections, but states that they will produce:

Nos. 15, 23, 25, 40, 41, 42, 49, 51, 52

Responses without objections and states that they will produce:

Nos. 30, 31, 32, 33, 34, 35

Christy Lundy:

Responses with objections, but states that they will produce:

Nos. 2, 15, 25, 40, 41, 42, 52, 53

Responses without objections and states that they will produce:

None.

### 3. Plaintiffs' Psychiatric Evaluations

The eXp Defendants have met and conferred regarding Plaintiffs' psychiatric evaluations and whether Plaintiffs would stipulate to have the exams in Los Angeles, to avoid motion practice. As such, the eXp Defendants seek an order for Plaintiffs to attend they psychiatric evaluations at a location within the jurisdiction of the United States District Court of California, Central District.

Date: October 7, 2024

By: /s/ Jennifer A. Lenze
Jennifer A. Lenze (CA No 246858)
LENZE LAWYERS, PLC
999 Corporate Drive, Suite 100
Ladera Ranch, California 92694
Telephone (310) 322-8800
jlenze@lenzelawyers.com
Brooke F. Cohen TX 24007019 PHV Adm
Andrea S. Hirsch, GA 666557 PHV Adm
COHEN HIRSCH, LP
5256 Peachtree Road, Suite 195-E
Atlanta, Georgia 30341
Tel: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com

Attorneys for Plaintiffs