# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fabiola Acevedo, et. al.,<br><br>Plaintiff(s)<br><br>v.<br><br>eXp World Holdings, Inc. et. al.,<br><br>Defendant(s) | CASE NUMBER:<br><br>CV-23-01304-AB (AGRx)<br><br>**MOTION RE: INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Alicia G. Rosenberg. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required     ☒ Hearing Required
                          ☐ In-Person Court Hearing
                          ☒ Video Conference
                          ☐ Telephonic

Magistrate Judge  Alicia G. Rosenberg

Date/Time         Tuesday, October 8, 2024 at 11:00 a.m. PT

Courtroom:        Zoom (www.cacd.uscourts.gov/honorable-alicia-g-rosenberg)

Dated:    October 7, 2024                    By:        K. Lozada

                                                        Deputy Clerk