UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  CV-23-01304-AB (AGRx)                                    Date: October 8, 2024

Title  Fabiola Acevedo, et. al. v. eXp World Holdings, Inc., et.al.

Present: The Honorable:  Alicia G. Rosenberg, United States Magistrate Judge

| K. Lozada | CS 10/08/2024 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Andrea S. Hirsch | William Edward Pallares |
| Brooke F. Cohen | Richard A Schonfeld |
|  | Peter K. Levine |
|  | George M. Morris |

**Proceedings: VIDEO DISCOVERY CONFERENCE**

     Case is called.  Counsel state their appearances.  The court and counsel conferred as stated on the record regarding the Joint Agenda filed on October 7, 2024 (Dkt. No. 194).

     Based on the discussion with counsel, IT IS ORDERED that:

I.    Proposed ESI Protocol:  Counsel will promptly file a stipulation and proposed order regarding an ESI Protocol that incorporates the court's revisions:  (1) Paragraph III on page 3 is deleted; (2) the sentence regarding a 45-day limit is deleted in Paragraph VI.A.6. on page 8;[1] and (3) the last sentence regarding redactions for responsiveness is deleted in Paragraph VI.D. on page 10.  (Dkt. No. 194-1.)  These deletions are made without prejudice to a party's ability to raise such discovery disputes separately.

---

[1] The parties agreed to include, in a document production, an imbedded link that is essentially a substitute for an attachment.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV-23-01304-AB (AGRx)                                           Date: October 8, 2024

Title  Fabiola Acevedo, et. al. v. eXp World Holdings, Inc., et.al.

II. <u>Defendant eXp</u>

A. On or before October 14, 2024, Defendant eXp shall produce the response to the New York Comptroller's letter to Mr. Sanford dated January 25, 2024 (Document Request No. 1, Plaintiffs' Second Set).

B. On or before October 18, 2024, Defendant eXp shall complete production of documents responsive to the following categories:

   i. Document Request No. 27:  Documents related to investigations YOU have conducted related to complaints made by Plaintiffs
   ii. Document Request No. 30
   iii. Document Request No. 31:  For clarification, Defendant shall produce any complaint made to YOU that alleges physical touching; attempted physical touching; threatened physical touching whether the threat is verbal or nonverbal; propositioning; or disrobing.

C. On or before October 18, 2024, Defendant eXp shall advise Plaintiffs' counsel whether it is withholding:  (i) documents responsive to revised Document Request No. 32, which calls for any complaint made to YOU regarding drug use or alcohol use; or (ii) complaints made to YOU during the period January 1, 2022 through December 31, 2023 that are responsive to Document Request Nos. 30, 31 (as revised by the court above) or 32 (as revised in this paragraph).[2]

To the extent Defendant is withholding such documents and maintains its objections, Defendant shall confer with Plaintiffs' counsel and, if the parties cannot agree, Defendant shall file a motion for protective order upon 21 days' notice or according to a briefing/hearing schedule mutually agreed by counsel. The court declines to hear disputes about an objection unless Defendant is withholding documents pursuant to that objection.

---

[2] The parties agree that Defendant eXp shall produce documents responsive to Document Request No. 27 regarding complaints made by a Plaintiff regardless of time frame.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV-23-01304-AB (AGRx)                                        Date: October 8, 2024

Title      Fabiola Acevedo, et. al. v. eXp World Holdings, Inc., et.al.

      D.  On or before October 25, 2024, Defendant eXp shall serve supplemental responses to Document Request Nos. 27, 30, 31, and 32.

III.  <u>Defendant Sanford</u>:  On or before October 25, 2024, Defendant Sanford shall complete production of documents and advise Plaintiffs' counsel whether he is withholding responsive documents on the basis of an objection.  To the extent Defendant Sanford is withholding documents and maintains his objections, counsel shall confer and, if the parties cannot agree, Defendant Sanford shall file a motion for protective order upon 21 days' notice or according to a briefing/hearing schedule mutually agreed by counsel.  The court declines to hear disputes about an objection unless Defendant is withholding documents pursuant to that objection.

On or before November 1, 2024, Defendant Sanford shall serve supplemental responses.

IV.  <u>Plaintiff Sims</u>:  On or before October 11, 2024, Plaintiff Sims will produce the video at issue and may designate the video as confidential pursuant to the protective order.  Plaintiff's request to designate the video as attorneys eyes only is denied for the reasons stated on the record.  If Sims designates the video as confidential, the following procedures apply:

  A.  Custody of the video produced by Sims shall be maintained by counsel of record on his/her/their devices or document management systems.
  B.  Counsel may show the video produced by Sims to his/her/their clients by sharing the screen or other methodology, but shall not email or otherwise transfer the video to a party's devices or document management systems.
  C.  A party shall not record or copy the video shown by counsel without permission of the court.

V.  <u>Plaintiffs' Production of Documents</u>

  A.  On or before October 11, 2024, Plaintiffs will provide defense counsel, in writing:  (1)  estimated dates of Plaintiffs' rolling document productions; (2) an estimated date for completion of Plaintiffs' document production in early November 2024.  In producing documents, Plaintiffs shall prioritize production

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | CV-23-01304-AB (AGRx) | Date: October 8, 2024 |
| Title | Fabiola Acevedo, et. al. v. eXp World Holdings, Inc., et.al. | |

        of mental health and medical records for each Plaintiff so that production is complete by the time of the psychological evaluation for each Plaintiff.

    B. On or before October 11, 2024, Plaintiffs' counsel shall notify defense counsel which health care providers have not yet produced medical records to Plaintiffs.

VI. <u>Evaluations of Plaintiffs</u>: Plaintiffs stated that they do not object to a mental examination of each Plaintiff in Los Angeles, California. Defendants stated that they will prepare a stipulation and proposed order that satisfies the requirements of Fed. R. Civ. P. 35(a)(2) and sets dates so that the mental examination of each Plaintiff precedes the deposition of that Plaintiff.

cc: District Judge Andre Birotte Jr.

                                                                                    1:55

                                            **Initials of Preparer**    kl