UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIOLA ACEVEDO, JANE DOE 1, JANE DOE 2, JANE DOE 3, and JOHN DOE 1,<br><br>Plaintiffs,<br><br>vs.<br><br>EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN; GLENN SANFORD; BRENT GOVE; and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv- 01304-AB-AGR<br><br>[Proposed] ORDER TO MODIFY THE SCHEDULING ORDER<br><br>Trial Date:     April 25, 2025 |

### [Proposed] ORDER TO MODIFY THE SCHEDULING ORDER

Having reviewed the Parties' Second Stipulation to Modify the Scheduling Order, and good cause appearing, the Court Modifies the Scheduling Order as follows:

| Trial and Final Pretrial Conference Dates | Court Ordered | New Modified Dates |
|---|---|---|
| Trial | April 21, 2025 | June 20, 2025 |
| Final Pretrial Conference | April 4, 2025 | June 3, 2025 |
| Last Day to Amend Pleadings and add parties | May 17, 2024 | N/A |
| Non-Expert Discovery Cut-Off | December 6, 2024 | February 5, 2025 |
| Expert Disclosures (Initial) | December 6, 2024 | February 5, 2025 |
| Expert Disclosures (Rebuttal) | December 20, 2024 | February 18, 2025 |
| Expert Discovery Cut-Off | January 10, 2025 | March 11, 2025 |
| Last Day to Hear Motions (Friday) Rule 56 | January 10, 2025 | March 11, 2025 |
| Deadline to Complete Settlement Conference | January 24, 2025 | March 25, 2025 |
| Trial Filing (First Round) | March 14, 2025 | May 13, 2025 |
| Trial Filing (Second round) | March 21, 2025 | May 20, 2025 |

**IT IS SO ORDERED.**

Dated: October 22, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE