## <u>DECLARATION OF JENNIFER A. LENZE</u>

I, Jennifer A. Lenze, declare as follows:

I am one of the attorneys of record for Plaintiff in an action styled, *Fabiola Acevedo v. eXp Realty, LLC, et al,* Case Number 2:23-CV-01304-AB-AGR.  Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and if called as a witness, I could and would be competent to testify as follows:

1.  On March 27, 2024, Plaintiffs propounded their First Set of Requests for Production to Defendant Glenn Sanford. Attached hereto as **EXHIBIT 1** is a true and correct copy of those Requests.

2.  On June 13, 2024, Counsel for Defendant Sanford produced thirty-two (32) in response to Plaintiffs' Requests for Production. Attached hereto as **EXHIBIT 2** is a true and correct copy of that production, served as a single PDF.

3.  Since at least July of 2024, Plaintiffs' counsel and counsel for Defendant Sanford have been discussing the production of Defendant Sanford's custodial file which includes his emails which counsel for Defendant Sanford confirmed will be produced by the end of November and Workplace Chats which have yet to be collected.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this 19th day of November, 2024, at Ladera Ranch, California.

/s/    Jennifer A. Lenze
JENNIFER A. LENZE

# EXHIBIT 1

11:03      LTE 92



**Dave** ›



Feb 23, 2023 at 6:15 AM

Good morning Glenn - are you able to join us on the Alpha call today at 8 AM PT?
As you have probably seen everyone is concerned about the new lawsuit surrounding the mike bjorkman incident.

I am

Thank you! I also sent the request in wp chat with you, Carolyn and Michael.  The link for the zoom is

Tap to Load Preview

No password

Are you available for a call in 10?

Sure

 iMessage 

Acevedo – Sanford_000001

10:44     LTE 96



< 149

**Dave** ›

Are you available for a call in 10?

Sure

I'm supposed to be in Canada Agent Advisory Counsel meeting at same time as Alpha.

maybe you can jump on Alpha just for <5 minutes and make a quick statement?  I think that's all they need.  We can't say much anyway

Mar 9, 2023 at 7:23 AM

Good morning Glenn! I was wondering if you wanted to jump into the Alpha call today to continue the discussion happening in the chat or if you prefer to give it some time? The call starts in about 35 minutes... It would be easy to clear the agenda and have you lead it, but just as easy for us to keep going with what we already have planned. Let me know, and we

iMessage

**Acevedo – Sanford_000002**

10:44 



Dave ›



Good morning Glenn! I was wondering if you wanted to jump into the Alpha call today to continue the discussion happening in the chat or if you prefer to give it some time? The call starts in about 35 minutes... It would be easy to clear the agenda and have you lead it, but just as easy for us to keep going with what we already have planned. Let me know, and we will be ready if you want to attend. Thanks!

Mar 9, 2023 at 10:56 AM

I'll attend next week

Ok great!

Mar 14, 2023 at 6:33 AM

Hey Glenn!  On a plane to Chicago at the moment

May 8, 2023 at 6:39 AM

 iMessage 

**Acevedo – Sanford_000003**

4:35







Mike >

Aug 6, 2021 at 9:50 AM

Hi I tried so hard not to bug you. I see you having the time of your life and super busy. Bramble said this week they are making a final decision. I'm just begging for some help. I eat and sleep exp and did nothing illegal and was the target of some really stupid drama. If you can be helpful I'll owe you forever. Congrats on Entreprenuer of the year!!  So happy for you and proud!  I built a brokerage and get how hard that was to do. Thanks man. You are awesome.

Aug 6, 2021 at 12:38 PM

Thanks Mike.  I've been lobbying in the background but not sure in the short run how much it helped.

Read

I appreciate you. I'm sure your opinion matters a lot.

 iMessage 

Acevedo – Sanford_000004





4:35

**MB**

Mike >



Was a blast. Curious to know if you thought anymore about locking my flqa. Thanks. Looks like everything is going so good with exp

Jun 3, 2021 at 1:33 PM



**Michael Bjorkman eXp Realty reinstatement letter - FINAL.docx**
Word Document · 18 KB

I sent this to bramble. I truly hope to get this resolved. I sure love exp and can't imagine being anywhere else.

Aug 6, 2021 at 9:50 AM

Hi I tried so hard not to bug you. I see you having the time of your life and super busy. Bramble said this week they are making a

iMessage 

Acevedo – Sanford_000005

  

4:35

158    MB    Mike >

be praying you decide to look in flqa with my vesting. This has been devastating and being fired and dropped with no questions asked has been hard after what I have done for exp and it's family that I love so much.

I appreciate you  more than you know.

Nov 16, 2020 at 12:55 PM



iMessage

Acevedo – Sanford_000006

 



Mike >

was basically out of production

I brought 1000 agents and some huge huge industry giants that have been game changers.

Glen I will lose everything soon. I love this company. I was wrongfully accused and never hurt anyone. I was assumed guilty and nobody ask about my side of the story.

I'm a 47 year old family/company guy that loves his family and has never been in any trouble. I serve the real estate community and the charity's where I live and all over.

Over the next 7 days here I will be praying you decide to lock in flqa with my vesting. This has been devastating and being fired and dropped with no questions asked has been hard after what I have done for exp and it's family that I love so much.

iMessage 

4:35 ✈

 158    

MB

Mike ›

Nov 8, 2020 at 7:38 AM

Psi7 starts today. I'm sending this from the sketchy motel in Clearlake.

I'm super pumped and excited.

I am basically writing to beg for the flqa lock with my vesting. Obviously my front line will be gone soon if I can't build and nurture it.

I have not been able to sell homes in the last couple months because I can't join another company and get the rev share.

My team was torn apart obviously and they all stayed at exp

Last two years 24/7 was dedicated to growing exp so I was basically out of production

I brought 1000 agents and some huge huge industry giants that

iMessage

4:34

MB

Mike ›

Thanks for the boost! Going to 7 in few weeks.

I know you said you had my back on rev share and I'm thankful. Who should I talk to about that? Also I know I'm not supposed to work anywhere else and compete with exp. I'm just a bit confused on what to do with my license. I've lost my team now and I am going to need to sell a house to eat. Sorry but I don't know who to turn to. Have an amazing day!!

Oct 21, 2020 at 9:39 AM



Touching bases. I know Brent is trying to reach you. I appreciate you big time.

Nov 8, 2020 at 7:38 AM

iMessage

Acevedo – Sanford_000009

4:34


158


MB

Mike >



Oct 15, 2020 at 8:07 AM

Happy bday!!!! Do something amazing!!

Oct 15, 2020 at 5:48 PM

Thanks Mike!

Oct 19, 2020 at 9:18 AM



Thanks for the boost! Going to 7

iMessage

Acevedo – Sanford_000010

4:34



Mike >

ultimately MLS.  They are transformational and even with what you are dealing with now you'll be able to more easily give to others.

I heard from Brent you did an awesome presentation last week.

I plan to go through it all.  I love teaching and coaching and that what I have done for hundreds of exp agents. I tried so hard to rock that but was hard knowing I was talking about the company I love with knowing I'm not there. Seriously thanks for the chat

Your welcome.  Thanks reaching out.

Keep me posted please. You are awesome. Sweet dreams.



iMessage

Acevedo – Sanford_000011

4:34

 158    MB    Mike >    

this is a huge emotional roller coaster that I would never wish on anyone.

I have not slept in weeks. I'm going to psi this weekend in Orange County to try to calm down.

And thanks for rev share!

Love my PSI experiences.  It will open you up emotionally...  Have you been before to the Basic?

No first time. Literally Brent, geha, Rosie, and golden, and others said I have no choice. I've been meaning to go for years but now might be the time

Assuming you love the Basic definitely do PSI7 as quickly as you can afterwards and ultimately MLS.  They are transformational and even with what you are dealing with now you'll be able to more easily give to others.

iMessage

Acevedo – Sanford_000012

4:34

 158    **MB**    

Mike ›

Oct 13, 2020 at 6:59 PM

You definitely have a number of supporters reaching out. Obviously no one knows the future outcomes however we are trying to do right by you given the position we are having to navigate.

Ugh so sorry. I have not even asked anyone yet to stick up for me. I'm so heart broken man. Thanks for responding. I'm so grateful for whatever you can do. I really do rely on rev share even though it's not a lot yet but it was just starting to take off. If you would like to hear the stories etc I'm willing to share. It's such bs.

I have your back on the Rev Share. I haven't been involved in the conversations and I can only imagine what you are going through. I've dealt with a few things in my day so I know that this is a huge emotional roller

iMessage

4:34 





Mike ›

iMessage
Oct 11, 2020 at 9:32 AM

Good morning Glen. It's Mike
Bjorkman. I am so sorry that this
is happening and I wanted to let
you know that I feel terrible that
we are going through this
nightmare. I never would hurt
the company I love and devoted
my entire life to for two solid
years. I brought through sweat
and tears 1000 agents to exp. All
day every day it's all I think
about.  Thank you for fighting for
me. I promise you I've done
nothing wrong and it may take a
long time to prove if even
possible but I'm innocent.  Just
had to tell you that. I am
devastated and sad. Love you
and exp. Thanks again for
everything.

Oct 13, 2020 at 6:59 PM

You definitely have a number of
supporters reaching out.
Obviously no one knows the

iMessage

Acevedo – Sanford_000014

Thu, Oct 22

9:13 AM

Thanks Glenn! 🙂

back to Bjorkman today.
He was hoping to get paid his rev share. $35,000 or something like that.
Looks like he is receiving 2300.

I hope this is something we can fix in the next 24 hours.

I hope we both agree he deserves to get paid.
If he's ever prosecuted and convicted that he deserves to go to prison. But for now the man at least deserves to get paid.

He did nothing wrong. Innocent till Proven guilty. And I believe you expressed to me you feel the same way.
Just checking in Glenn.

Can you reassure me that Mike will be paid in the next 24 hours please? His life has been shattered by this. And if he ends up being innocent which many people think that he is. This only makes the pain and sting of it worse.

**Brent Gove**

**Chats**

Brent Gove

**Messages**

Brent Gove

See all

See all

Q Brent gove

Cancel

Acevedo – Sanford_000015

8:03

 **David Golden** 



# David Golden

Worked at eXp Realty

---

Fri, Apr 6

8:47 PM

> Hi David - Sorry about not replying via text message.  Workplace is my primary communication platform.

---

Sun, Apr 8

6:56 AM

> Perfect, I will use this next time. I hope you had a safe trip home. What an amazing event, one of the best weeks of my life. Thank you

---

Wed, Jul 10

You can't send messages to this chat

Acevedo – Sanford_000016

8:03 ◢

▲ .ıllı LTE 🔋

<  **David Golden**   ⓘ

Mon, Jul 22

11:14 AM

Any updates on meetings?

12:38 PM

Sorry about that. They never confirmed it so please cancel.

Thu, Sep 12

9:08 AM

Hey Glenn, Hope your day is going awesome! I have a huge favor to ask. I brought _____ in Virginia to eXp about a month ago and she has not been able to get her VA Account with VRM transferred over. She has 20 listings with them and is telling me that her husband is telling her to just leave eXp and go independent. I have spoken to _____ and _____ about this, they put her in touch with _____, yet no one has been able to figure this out. Not sure where else to turn, which is why I am reaching out to you

You can't send messages to this chat

**Acevedo – Sanford_000017**

8:03

LTE 98

<  **David Golden** ⓘ

that her husband is telling her to just leave eXp and go independent. I have spoken to [redacted] and [redacted] about this, they put her in touch with [redacted] yet no one has been able to figure this out. Not sure where else to turn, which is why I am reaching out to you. I would hate to lose her, she does about 120 transactions a year. Thanks in advance for your assistance.

9:48 AM

I've just asked [redacted] to look at this to see if he can give me an update at to what is going on with Amy.

10:07 AM

Thank you so much

Fri, Nov 29

1:52 PM

Hey Glenn. I hope you are having a wonderful holiday weekend. Are you going to be in Phoenix anytime soon? We have a HUGE TEAM seriously

You can't send messages to this chat

Acevedo – Sanford_000018

8:03



**‹** **David Golden** ⓘ

Wed, Jul 10

7:13 PM

Hey Glenn, just spoke to Gove. He said you were excited to meet with ___ and ___, a Rockstar KW Team here in Vegas. When is a good time for you during inman week?

Wed, Jul 17

9:55 AM

???

10:11 AM

How is Monday.  Currently 2:00pm on is open.

Let me talk to them and i'll get right back to you

Mon, Jul 22

11:14 AM

You can't send messages to this chat

Acevedo – Sanford_000019

8:03

LTE 98

<  **David Golden** ⓘ

1:52 PM

Hey Glenn. I hope you are having a wonderful holiday weekend. Are you going to be in Phoenix anytime soon? We have a HUGE TEAM seriously considering joining eXp and they are requesting to meet you. Please let me know when we could make that happen. Thanks 🙏

Sun, Dec 1

8:31 PM

I don't have any plans to be in AZ presently.  Next trip to that part of the country isn't till May next year.  I hope you had a great Thanksgiving!

8:48 PM

Sounds good, let me know when in May so I can put something together. I had an amazing thanksgiving. Thank you 🙏

Mon, Dec 16

You can't send messages to this chat

Acevedo – Sanford_000020

8:03



**David Golden**

Mon, Dec 16

3:56 PM

Hey David - I will be in Scottsdale from the 6th - 11th of January.

8:35 PM

Awesome! Are you going to be speaking somewhere that they can attend or do you have some time to grab a 30 min coffee with these guys?

I know it would mean a lot to them

I'm not speaking yet, but will reach out to ████████ to see if there is a Lunch and Learn that I might speak at or do.

We have one in Scottsdale every Wednesday from 11:30-1pm. Would you be open to speaking at the one on Jan 8th?

That should work.

You can't send messages to this chat

Acevedo – Sanford_000021

8:03

 **David Golden** 

That should work.

Awesome! I'll let my people know. Thank you 🙏

Thu, Dec 19

12:49 PM

I got to know _____! What an awesome guy.

4:12 PM

Yes – He is...  Great story from when he and I first met back in 2005.

Yeah, he was telling me

Wed, Nov 3

9:00 AM

Hey Glenn, Good Morning. I am watching the Q3 Presentations right now. Curious if you are considering holding Bitcoin on the Balance Sheet?

You can't send messages to this chat

Acevedo – Sanford_000022

7:30



DG

David ›

iMessage
Apr 4, 2018 at 6:43 AM

Good Morning Glenn. ☀️

This is David Golden from Las Vegas. We met last night at Flemings and you showed me how to use http://davidgolden.exprealty.careers/

Thank you for that.

The reason for my text is that I have 3 BIG Players coming to Vegas and they want to meet you for lunch/coffee/dinner (whatever your schedule will allow)

You already know ▇▇▇▇▇ ▇▇▇▇ has been a friend of mine for many years. He had about 60 agents in Carlsbad, Ca and a team in Arizona. He is very interested in exp and wishes he would have joined back when you two spoke a few years back (better late than never) He is

iMessage

Acevedo – Sanford_000023

7:31

        

DG

David ›

you two spoke a few years back
(better late than never) He is
here on Thursday and it is his
birthday on Friday so Thursday
would be ideal to meet with him.
(He is coming to the
Shareholders meeting)

Mike Bjorkman is another great
friend of mine. He has 300
agents in 4 Homesmart
Franchises in Northern Los
Angeles county (valencia has 1
exp agent last we checked) He
LOVES the exp model but has
no idea what to do with
homesmart. He lands on Friday
Morning so Friday would be best
to meet him.

We could even do Mike and
▭          together if that would be
easier.

Last but not least, ▭
▭         . He owns Club
Wealth, which is an amazing
coaching company that has
massive influence.

iMessage

7:31 



David ›

Michael was the #1 agent in the United States at one point selling 1,200 homes a year.

He lands on Friday afternoon and leaves on Sunday so Saturday would work to meet him if your Friday is booked up.

Thank you for everything you do and for creating this model for us to change peoples lives with! I had been looking for exp for a long time and I am so grateful that it was presented to me.

David Golden
eXp Realty Las Vegas

Apr 5, 2018 at 9:23 AM

Good Morning Glenn. I know you must be very busy but I was hoping to get a response to my previous text. I am working really hard to bring value to exp and would appreciate support from you.

iMessage

Acevedo – Sanford_000025

7:31 



David >

Apr 5, 2018 at 9:23 AM

Good Morning Glenn. I know you must be very busy but I was hoping to get a response to my previous text. I am working really hard to bring value to exp and would appreciate support from you.

Apr 6, 2018 at 8:46 PM

Hi David - Been totally slammed at the event and just seeing this message now. I normally look at Workplace as my primary communication platform and don't use text messaging much.

No worries. You met Michael. :) He is asking what is the platform for on demand coaching you were talking about?

Apr 7, 2018 at 12:14 AM

Voxer is the App to think about for proof of concept.

iMessage

Acevedo – Sanford_000026



7:31

194   **DG**   David ›

Apr 7, 2018 at 8:59 AM

Thank you Glenn

Jul 10, 2019 at 10:41 PM

Hey Glenn, sorry for the late text, Brent Gove mentioned you were excited to meet with ▮▮▮▮ and ▮▮▮▮▮▮▮▮ a Rockstar KW Team here in Vegas. When is a good time/daye for you during inman week to meet with them for 30 min? Thanks

 - David Golden

Jul 17, 2019 at 9:55 AM

???

Feb 2, 2020 at 5:12 PM



+   iMessage

Acevedo – Sanford_000027

7:31

 195    **DG**    David >    

Feb 2, 2020 at 5:12 PM



GO CHIEFS!!!

Oct 15, 2020 at 7:51 AM

Happy Birthday Glenn! Hope you have an incredible day celebrating the greatness that is YOU! 🥳🥳🥳

Oct 15, 2020 at 5:48 PM

Thanks David!

Read

iMessage

Acevedo – Sanford_000028

7:31



DG

David >



Jul 25, 2022 at 8:48 PM

Hey Glenn, it's David Golden. I'm gonna be your neighbor at the ⬜⬜⬜ in Scottsdale. We are in ⬜⬜⬜ Moving in Sept 1. :)

So excited.

What unit did you get and in what tower?

Jul 26, 2022 at 8:16 AM

We are in the ⬜⬜ furthest away from Nordstrom. I think we are on the 7th floor.

Jul 26, 2022 at 10:29 AM

Thats Awesome. Let me know next time you are in town. Would love to grab lunch or dinner.

Oct 4, 2022 at 5:24 PM

Hey Glenn, what were the tools/ apps you were telling me about

+ iMessage

Acevedo – Sanford_000029

7:33

‹ 195          **DG**          ▢

David ›

Jul 26, 2022 at 8:16 AM

We are in the ▇▇▇ furthest away from Nordstrom. I think we are on the 7th floor.

Jul 26, 2022 at 10:29 AM

Thats Awesome. Let me know next time you are in town. Would love to grab lunch or dinner.

Oct 4, 2022 at 5:24 PM

Hey Glenn, what were the tools/apps you were telling me about to track your health?

Oct 4, 2022 at 6:25 PM

I track with a few different apps. Oura Ring, Apple Health and Humanity App.

Delivered

Humanity is the one I was thinking that you said was your favorite correct?

+     iMessage     🎤

Acevedo – Sanford_000030

7:33

 195    DG    David ›    

Humanity is the one I was thinking that you said was your favorite correct?

Oct 4, 2022 at 8:03 PM

Got my Whoop Band Ordered

Feb 1, 2023 at 10:32 PM

Hey Glenn, sorry I had to run to dinner with ▬▬▬▬▬ and a few others.

If you would like to talk more about Sundae, I'm happy to share with you.

I see no conflict and I know it will add revenue to eXp but happy to hear your thoughts.

Feb 2, 2023 at 11:10 AM

Good Morning Glenn. I'm at the gym now but am free all morning if you wanted to sit down for a

iMessage

Acevedo – Sanford_000031

7:33

 196    DG    

David

few others.

If you would like to talk more about Sundae, I'm happy to share with you.

I see no conflict and I know it will add revenue to eXp but happy to hear your thoughts.

Feb 2, 2023 at 11:10 AM

Good Morning Glenn. I'm at the gym now but am free all morning if you wanted to sit down for a few minutes and chat.

By the way, I am loving the Aura, Humanity, and Whoop. Jan 2nd, we cut out all alcohol from the home and maybe have 1 glass of wine or a cocktail when we are out to dinner.

I Feel AMAZING so Thank you 🙏 You inspired it that day at the Waterfront.

    iMessage    

Acevedo – Sanford_000032

# EXHIBIT 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIOLA ACEVEDO, JANE DOE 1, JANE DOE 2, JANE DOE 3, and JOHN DOE 1, Plaintiffs, v. | Case No. 2:23-CV-01304-AB-AGR |
| | Hon. Andre Birotte, Jr. Hon. Alicia G. Rosenberg, United States Magistrate Judge |
| EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVIS S. GOLDEN; GLENN SANFORD; BRENT GOVE; and DOES 1-10, Defendants. | **PLAINTIFFS FIRST SET OF REQUESTS FOR PRODUCTION TO GLENN SANFORD** |

Plaintiffs propound the following First Set of Requests for Production to Defendant Glenn Sanford ("Defendant") pursuant to Rules 26(d)(2) and 34 of the Federal Rules of Civil Procedure. Within 30 days of service, responses to these requests, as well as any responsive documents, should be delivered, or made available for inspection and copying, at the offices of Lenze Lawyers, PLC, 999 Corporate Drive, Suite 100, Ladera Ranch, California 92694. In lieu thereof, Defendant may attach photocopies (or electronically stored copies) of the requested documents and deliver to the undersigned counsel within thirty days from the date served.

## DEFINITIONS

1. "AGENT" means any agent, employee, officer, director, attorney, independent contractor, or any other person acting at the direction of or on behalf

of another.

2.    "COMMUNICATION" means any oral, written, spoken or electronic transmission of information, including meetings, discussions, conversations, Workplace Chat, telephone calls, memoranda, letters, emails, text messages, postings, instructions, conferences, or seminars or any other exchange of information between yourselves or between you and any other person or entity.

3.    "COMPLAINT" means any written, electronic, or oral communication that alleges a statement of dissatisfaction, harm, fear, or something unacceptable to the individual/s to include but not be limited to a complaint of negative treatment, sexual harassment, sexual assault, drug use, or discrimination.

4.     "DATE" means the exact date, month, and year, if ascertainable, or, if not, the best approximation of the date (based on a relationship with other events).

5.    "DOCUMENTS" is coextensive with the meaning of the terms "documents" and "tangible things" in Fed. R. Civ. P. 34, and will have the broadest possible meaning and interpretation ascribed to the terms "documents" and "tangible things" under Fed. R. Civ. P. 34. Consistent with the above definition, the terms "document" or "documents" include any written, printed, typed, photostatic, photographed, recorded, computer-generated, computer-stored, or otherwise maintained or reproduced communication or representation, any data

compilation in any form, whether comprised of letters, words, numbers, pictures, sounds, bytes, emails, text messages,  or any communication on any collaborative system/hub like SLACK, Workplace Chat, electronic signals or impulses, electronic data, active files, deleted files, file fragments, or any combination including all memoranda, notes, records, letters, envelopes, telegrams, messages, studies, analyses, contracts, agreements, projections, estimates, working papers, accounts, analytical records, reports, or summaries of investigations, opinions, or reports of consultants, opinions or reports of experts, opinions or reports of accountants, other reports, trade letters, press releases, comparisons, books, diaries, articles, magazines, newspapers, booklets, brochures, pamphlets, circulars, bulletins, notices, forecasts, drawings, diagrams, instructions, minutes of meetings or communications of any type, including inter- and intra-office communications, questionnaires, surveys, charts, graphs, photographs, phonographs, films, tapes, discs, data cells, drums, printouts, all other compiled data which can be obtained (translated, if necessary, through intermediary or other devices into usable forms), documents maintained on, stored in or generated on any electronic transfer or storage system, including voicemails, text messages, or any other communications transmitted through cellular or landline phone systems, any preliminary versions, drafts or revisions of any of the foregoing, and other writings or documents of whatever description or kind, whether produced or authorized by or on behalf of

you or anyone else, and must include all non-identical copies and drafts of any of the foregoing now in the possession, custody or control of you, or the former or present directors, officers, counsel, agents, employees, partners, consultants, principals, or persons acting on your behalf.

6.     "ELECTRONIC DATA" or "DATA" means the original (or identical duplicate when the original is unavailable), and any non-identical copies (whether non-identical because of notes made on copies or attached comments, annotations, marks, transmission notations, or highlighting of any kind) of writings of every kind and description whether inscribed by mechanical, facsimile, electronic, magnetic, digital, or other means. Electronic data includes, by way of example only, computer programs (whether private, commercial, or work-in-progress), programming notes or instructions, activity listings of electronic mail receipts, or transmittals, output resulting from the use of any software program, including word processing documents, spreadsheets, database files, charts, graphs and outlines, electronic mail, operating systems, source code of all types, peripheral drivers, PIF files, batch files, ASCII files, and all miscellaneous files, or file fragments, regardless of the media on which they reside and even if that electronic data consists in an active file, deleted file, or file fragment. Electronic data includes any items stored on computer memories, hard disks, floppy disks, CD-ROMs, removable media such as Zip disks, Jaz cartridges, Bernoulli Boxes and their

equivalent, magnetic tapes of all types, microfiche, punched cards, punched tape, computer chips, including EPROM, PROM, RAM, and ROM, or on or in any other vehicle for digital data storage, transmittal, or both. Electronic data includes information on collaborative hubs, i.e., SLACK, Workplace Chat, or any other on-line cloud-based collaborative resource, including BOX, Dropbox, and ShareFile. The term electronic data also includes the file, folder tabs, or containers and labels appended to, or associated with, any physical storage device associated with each original, copy, or both.

       7.     "ELECTRONIC MEDIA" or "MEDIA" means any magnetic or other storage media device used to record electronic data. Electronic media devices may include computer memories, hard disks, floppy disks, CD-ROM, removable media such as Bernoulli Boxes and their equivalent, magnetic tapes of all types, microfiche, punched cards, punched tape, computer chips, including EPROM, PROM, RAM, and ROM, or on or in any other vehicle for digital data storage, or transmittal, including collaborative hubs, i.e., Workplace Chat, Google Drive, icloud, SLACK or any other on-line cloud-based collaborative resource, including BOX, Dropbox, and ShareFile.

       8.     "LEGAL HOLD" or "LITIGATION HOLD" refers to the process and documents notifying YOUR employees or agents of the need to preserve information and documents relevant to current or reasonably anticipated litigation,

audit, government investigation or other such matter to avoid evidence spoliation. The term "Legal Hold" includes all iterations and similar terms used by YOUR and any predecessor companies for the process and notification of reasonably anticipated, or pending litigation, including to "Freeze-Hold," "Freeze-Hold Lists," "Freeze-Hold Orders," and "Litigation Holds."

9.    "PERSON" means any individual, corporation, proprietorship, partnership, trust, association, or any other entity.

10.    "POLICY" or "POLICIES" mean ALL policies, procedures, practices, principles, rules, directives, or guidelines, whether formal or informal and includes: (a) said policies and procedures published or publicly available; and (b) said policies and procedures that are not published or are only known and available internally to members of the organization, such as internal communications and memoranda embodying said policies and procedures.

11.    "RELATING TO," "RELATE TO," "REFERRING TO," "REFER TO,""REFLECTING," "REFLECT," "CONCERNING," or "CONCERN" mean evidencing, regarding, concerning, discussing, embodying, describing, summarizing, containing, constituting, showing, mentioning, reflecting, pertaining to, dealing with, relating to, referring to in any way or manner, or in any way logically or factually, connecting with the matter described in that paragraph of these demands, including documents attached to or used in the preparation of or

concerning the preparation of the documents.

12.    "YOU" or "YOUR" means the GLENN SANFORD as listed in this caption, its plural or any synonym thereof, is intended to and shall embrace and include in addition to the named parties, all affiliated entities, counsel for such party or parties, and all agents, servants, employees, representatives, investigators and others who are in the possession of or who may have obtained information for or on behalf of the named party or parties.

13.    REVENUE SHARE PLAN means the distribution of revenue of any time that YOU (including eXp Realty, LLC and eXp World Holdings, Inc.) divide whether profit or losses.

14.    FINANCIAL BENEFIT means a benefit to any PERSON whether directly or indirectly, deferred or immediate, that can include but is not limited to a monetary benefit, shares, insurance, retirement plans, travel, entertainment, material items.

15.    SPONSOR means the PERSON who introduced another PERSON to the multi-level marketing business or YOURS.

16.    ONBOARDING means the action or process of integrating a PERSON into YOUR organization.

17.     HUMAN RESOURCES means the division of the DEFENDANTS that is responsible for recruiting, screening, hiring, training, administering

benefits, dealing with employees' productivity, issues that arise, complaints, company culture, performance management, learning and development, irrespective of the title YOU designate such a division within YOUR organization.

18.    AGENT ATTRACTION means the recruitment, attempted recruitment of agents, PERSONS to YOUR organization.

## INSTRUCTIONS

1.    The singular includes the plural and vice versa; the terms "and" and "or" are both conjunctive and disjunctive; and the term "including" means "including without limitation."

2.    Each response is to be set forth separately. When producing documents, the producing party must either produce them to correspond with the categories in these requests or as they are kept in the usual course of business and in such fashion as to identify the particular file in which the documents were located, the individual (if any) in whose files they were located, and the department, branch, or office in which they were located. Copies of the covers and labels of any files in which documents are located must be produced with the documents.

3.    If you object to fully identifying or producing a document or evidence of oral communication because of any privilege (including work-product doctrine), you must provide the following information unless divulging the information would disclose the privileged information:

(a)     the privilege claimed;

(b)     if the privilege is asserted in connection with a claim or defense governed by state law, the state privilege rule being invoked;

(c)     the date of the document or oral communication;

(d)     if a document; its type (correspondence, memorandum, facsimile, etc.), custodian, location, and such other information sufficient to identify the document, including where appropriate, the author, the addressee, and, if not apparent, the relationship between the author and addressee;

(e)     if an oral communication; the place where it was made, the names of the persons present while it was made, and, if not apparent, the relationship of the persons present to the declarant; and

(f) the general subject matter of the document or oral communication.

4.     Produce any purportedly privileged document containing non-privileged material and redact only the purportedly privileged portion.

5.     You are under a continuous obligation to supplement your responses to these Requests for Production under the circumstances specified in Rule 26 and Rule 34 of the Federal Rules of Civil Procedure.

6.     These requests are ongoing; promptly produce any responsive document discovered, created, or obtained after the service of these requests.

## **RELEVANT TIME PERIOD**

Unless otherwise specified in a specific request below, the relevant time period applicable to these Requests for Production is from the inception of the company through the present, and includes all documents and information relating to events within this period, even if prepared, received, or reviewed outside this period.

## **REQUESTS FOR PRODUCTION**

1.      All communications between You and **David Golden** related to the allegations or any defenses thereto that form the basis for the Second Amended Complaint for Damages, including but not limited to, discussions regarding David Golden's ability to participate in eXp's Revenue Share Program after September 18, 2020, payments made to David Golden after September 18, 2020, and the termination of David Golden's Independent Contractor Agreement.

2.      All communications between You and **Michael Bjorkman** related to the allegations or any defenses thereto that form the basis for the Second Amended Complaint for Damages, including but not limited to discussions regarding Michael Bjorkman's ability to participate in eXp's Revenue Share Program after September 18, 2020, payments made to Michael Bjorkman after September 18, 2020, and the termination of Michael Bjorkman's Independent Contractor Agreement.

3.    All communications between You and **Brent Gove** related to the allegations or any defenses thereto that form the basis for the Second Amended Complaint for Damages, including but not limited to discussions regarding Michael Bjorkman's and/or David Golden's ability to participate in eXp's Revenue Share Program after September 18, 2020, payments made to Michael Bjorkman and/or David Golden after September 18, 2020, the termination of Michael Bjorkman's and/or David Golden's Independent Contractor Agreement, and any Releases entered into between eXp Realty and Michael Bjorkman and/or David Golden.

4.    All communications between You and Defendant **eXp Realty** (including but limited to any of its employees, board members or agents) related to the allegations or any defenses thereto that form the basis for the Second Amended Complaint for Damages, including but not limited to discussions regarding Michael Bjorkman's and/or David Golden's ability to participate in eXp's Revenue Share Program after September 18, 2020, payments made to Michael Bjorkman and/or David Golden after September 18, 2020, the termination of Michael Bjorkman's and/or David Golden's Independent Contractor Agreement, and any Releases entered into between eXp Realty and Michael Bjorkman and/or David Golden.

5.    All communications between You and **Gene Frederick** related to the

allegations or any defenses thereto that form the basis for the Second Amended Complaint for Damages, including but not limited to discussions regarding Michael Bjorkman's and/or David Golden's ability to participate in eXp's Revenue Share Program after September 18, 2020, payments made to Michael Bjorkman and/or David Golden after September 18, 2020, the termination of Michael Bjorkman's and/or David Golden's Independent Contractor Agreement, and any Releases entered into between eXp Realty and Michael Bjorkman and/or David Golden.

6.     All communications between You and **Jason Gesing** related to the allegations or any defenses thereto that form the basis for the Second Amended Complaint for Damages, including but not limited to discussions regarding Michael Bjorkman's and/or David Golden's ability to participate in eXp's Revenue Share Program after September 18, 2020, payments made to Michael Bjorkman and/or David Golden after September 18, 2020, the termination of Michael Bjorkman's and/or David Golden's Independent Contractor Agreement, and any Releases entered into between eXp Realty and Michael Bjorkman and/or David Golden.

7.     All communications between You and **David Conord** related to the allegations or any defenses thereto that form the basis for the Second Amended Complaint for Damages, , including but not limited to discussions regarding

Michael Bjorkman's and/or David Golden's ability to participate in eXp's Revenue Share Program after September 18, 2020, payments made to Michael Bjorkman and/or David Golden after September 18, 2020, the termination of Michael Bjorkman's and/or David Golden's Independent Contractor Agreement, and any Releases entered into between eXp Realty and Michael Bjorkman and/or David Golden.

8.    All communications between You and **Kevin Cottrell** related to the allegations or any defenses thereto that form the basis for the Second Amended Complaint for Damages, including but not limited to discussions regarding Michael Bjorkman's and/or David Golden's ability to participate in eXp's Revenue Share Program after September 18, 2020, payments made to Michael Bjorkman and/or David Golden after September 18, 2020, the termination of Michael Bjorkman's and/or David Golden's Independent Contractor Agreement, and any Releases entered into between eXp Realty and Michael Bjorkman and/or David Golden.

9.    All communications between You and **Rick Geha** related to the allegations or any defenses thereto that form the basis for the Second Amended Complaint for Damages, including but not limited to discussions regarding Michael Bjorkman's and/or David Golden's ability to participate in eXp's Revenue Share Program after September 18, 2020, payments made to Michael Bjorkman

and/or David Golden after September 18, 2020, the termination of Michael Bjorkman's and/or David Golden's Independent Contractor Agreement, and any Releases entered into between eXp Realty and Michael Bjorkman and/or David Golden.

10.    All communications between You and **Rob Flick** related to the allegations or any defenses thereto that form the basis for the Second Amended Complaint for Damages, including but not limited to discussions regarding Michael Bjorkman's and/or David Golden's ability to participate in eXp's Revenue Share Program after September 18, 2020, payments made to Michael Bjorkman and/or David Golden after September 18, 2020, the termination of Michael Bjorkman's and/or David Golden's Independent Contractor Agreement, and any Releases entered into between eXp Realty and Michael Bjorkman and/or David Golden.

11.    All communications between You and **Cory Haggard** related to the allegations or any defenses thereto that form the basis for the Second Amended Complaint for Damages, including but not limited to discussions regarding Michael Bjorkman's and/or David Golden's ability to participate in eXp's Revenue Share Program after September 18, 2020, payments made to Michael Bjorkman and/or David Golden after September 18, 2020, the termination of Michael Bjorkman's and/or David Golden's Independent Contractor Agreement, and any

Releases entered into between eXp Realty and Michael Bjorkman and/or David Golden.

12.    All communications between You and **Fee Gentry** related to the allegations or any defenses thereto that form the basis for the Second Amended Complaint for Damages, including but not limited to discussions regarding Michael Bjorkman's and/or David Golden's ability to participate in eXp's Revenue Share Program after September 18, 2020, payments made to Michael Bjorkman and/or David Golden after September 18, 2020, the termination of Michael Bjorkman's and/or David Golden's Independent Contractor Agreement, and any Releases entered into between eXp Realty and Michael Bjorkman and/or David Golden.

13.    All Documents and Communications related to requests for Sponsor changes or denials to requests for Sponsor changes related to Noelle Nielsen or any of the Plaintiffs in this lawsuit.

Date: March 27, 2024    By: /s/ Jennifer A. Lenze
    Jennifer A. Lenze (CA No 246858)
    LENZE LAWYERS, PLC
    999 Corporate Drive, Suite 100
    Ladera Ranch, California 92694
    Telephone (310) 322-8800
    jlenze@lenzelawyers.com

    Brooke F. Cohen TX 24007019 PHV Adm
    Andrea S. Hirsch, GA 666557 PHV Adm
    COHEN HIRSCH, LP
    5256 Peachtree Road, Suite 195-E

Atlanta, Georgia 30341
Tel: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on all counsel

of record via electronic mail this 27th day of March 2024.

/s/ Andrea S. Hirsch
Andrea S. Hirsch