# DECLARATION OF CHAD ROBERTS

I, Chad Roberts, declare as follows:

I am an Electronic Discovery consultant for the Plaintiff in the action styled *Fabiola Acevedo v. eXp Realty, LLC, et al, Case Number 2:23-CV-01304-AB-AGR*.

My *curriculum vitae* is attached. I have never been disqualified as an expert witness.

Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and if called as a witness, I could and would be competent to testify as to the following facts and opinions:

1. In this matter, the Plaintiff has made a request for the production of specific Electronically Stored Information (ESI) from a Defendant. The ESI requested is of a kind that is created and stored on a portable communications device (in this instance, a cellular smartphone.) In addition to being stored on the smartphone itself, some or all of the responsive ESI may be backed up in an online ("cloud") storage location as part of the functionality of the smartphone or the applications installed on the smartphone. In some circumstances, ESI no longer stored on the smartphone may nevertheless be found in the cloud storage locations.

2. Collecting and producing ESI (with its associated metadata) that is sourced from a smartphone is commonplace and routine in modern discovery practice. There is a robust market of vendors and software tools that can efficiently and economically

perform the extraction and collection of ESI from smartphones, while doing so in a forensically defensible way.

3. By "forensically defensible collection" it is meant that the original ESI content can be collected in a manner that does not disturb or alter the metadata associated with the responsive ESI. This protects the integrity and authenticity of the ESI, and permits the producing and requesting party to efficiently search and organize the ESI's content.

4. Additionally, vendors and software tools in the marketplace can conduct specific "targeted collections" from a smartphone. A targeted collection may limit the collection of ESI to that associated with specific applications. In some cases, for example, a targeted collection may permit specific text message participants to be collected. An example of such a product tool is found here: Industry-First Participant Filtering For Targeted Data Collection [1]

5. A targeted collection obviates the need to "image" the entire smartphone and protects the privacy interests of the custodian by not collecting from information sources on the smartphone that are unlikely to contain responsive content.

6. While a forensically defensible collection permits content to be comprehensively searched for responsive information, a client "self collection" (consisting of screen shots) typically does not, and in all such cases the associated metadata is lost.

---

[1] https://modeone.io/press/modeone-announces-industry-first-participant-filtering-feature/

7. A forensically defensible collection using these routine, economical, and commonplace software tools allows for the metadata to be maintained and text messages to be authenticated as to date, time, participants, etc.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief under the laws of the United States of America.

Executed this 19th day of November.

                                            _/s/ Chad S. Roberts__
                                                  Chad Roberts

# Chad S. Roberts

+1.305.240.5148
www.edcclaw.com
Chad.Roberts@edcclaw.com
~ Jacksonville, Florida ~

Professional
    2014-Present    eDISCOVERY CoCOUNSEL, PLLC, Jacksonville, FL
        Principal and Founder

    2000-2014    SPOHRER & DODD, P.L., Jacksonville, FL
        Partner and Trial Lawyer

    1992-2000    HOLLAND & KNIGHT, LLP, Jacksonville, FL
        Litigation Partner

    1991-1992    FOLEY & LARDNER, Jacksonville, FL
        Litigation Associate

Educational
    1991    FLORIDA STATE UNIVERSITY COLLEGE OF LAW
        J.D., *magna cum laude*
        Associate Editor, *Florida State University Law Review*

    1981    GEORGIA INSTITUTE OF TECHNOLOGY
        B.S., Engineering Science and Mechanics

Civic
    2003-2008    JACKSONVILLE AREA LEGAL AID, INC.
        Board of Directors (President, 2007)

    2004    Florida Bar President's *Pro Bono* Award, Fourth Judicial Circuit

    1992-Present    American Inns of Court, Chester Bedell Chapter
        2004-Present    Master of the Court (*Emeritus*)

        Martindale Hubbel "AV" Rated since 1996
        Bar Admissions: Florida (FBN: 896977), Georgia (GBN: 608307), Eleventh Circuit Court of Appeals, Southern, Middle, and Northern District Courts of Florida

Other
    1981-1988    Lieutenant (Surface Warfare), UNITED STATES NAVY

## Electronic Discovery

<u>Positions</u>:

Jacksonville University School of Law (Adjunct Professor)
    - Electronic Discovery in Civil Procedure Course (2024 – Present)

Samford University Cumberland School of Law (Adjunct Professor)
    - Legal Project Management and Electronic Discovery (2019 - 2020)

American Association for Justice
    - Co-Chairman, Electronic Discovery Litigation Group (2017 – present)
    - MDL Rules Amendments Committee (2021 – present)

The Sedona Conference – Working Group 1 Electronic Discovery (2019 – present)

Complex Litigation e-Discovery Forum (2018 – present)

MDL-3081 In re: Bard Port Catheter Multi-district Litigation (2023 – present)
    - Court Appointed eDiscovery Liaison Plaintiffs' Leadership Committee

<u>Certifications</u>:

CEDS (2016 - present); Association of Electronic Discovery Specialists.
RCA (2017 – present); Relativity™ Certified Administrator

<u>CLE Presentations</u>:

| Conference Name | Title | Date |
| --- | --- | --- |
| Georgetown University School of Law – Advanced Electronic Discovery Institute – Washington, DC | Modern ESI Protective Orders | 2024 |
| The Sedona Conference WG-1 | Emerging eDiscovery Case Uses with Generative AI | 2024 |
| American Board of Trial Advocates | Judicial Education Forum, Jacksonville, FL | 2024 |
| Complex Litigation eDiscovery Forum | eDiscovery Boot-Camp | 2024 |
| 4th District Public Defender's Office | Electronic Discovery for PD's | 2024 |
| The Sedona Conference WG-1 | Generative AI in Electronic Discovery | 2023 |
| Jacksonville Bar Association | Effective Meet and Confers with contemporary electronic information sources | 2023 |
| Complex Litigation E-Discovery Forum | Cyber Security Trends for eDiscovery Practice | 2023 |
| University of Florida E-Discovery Conference | Emerging Trends in eDiscovery Sources | 2023 |

| Conference Name | Title | Date |
|---|---|---|
| Georgetown University School of Law – Advanced Electronic Discovery Institute – Washington, DC | The Duty of Competence – Professional Standards for Practitioners | 2022 |
| Louisiana Bar Judicial Conference – Destin, FL | Digital Evidence in the Courtroom | 2022 |
| eDiscovery and Information Governance Retreat – Newport, CA | Plaintiffs' Side Electronic Discovery Issues | 2022 |
| CLEF - Complex Litigation eDiscovery Forum | Pending Rule Amendments and Case Law | 2022 |
| National Employment Lawyers Association | e-Discovery & ESI Primer | 2022 |
| University of Florida E-Discovery Conference | eDiscovery in Healthcare | 2022 |
| EDRM™ | Privacy as a Rule 26 Burden | 2021 |
| ACEDS-Jacksonville | Electronic Health Records | 2021 |
| Jacksonville Justice Association | E-Discovery Workflows | 2021 |
| MTMP™ | E-Discovery Basics | 2021 |
| Louisiana Association for Justice | Louisiana Judicial Conference | 2021 |
| Louisiana Association for Justice | Evidence Visualization in the Courtroom | 2021 |
| American Association for Justice | Electronic Discovery during Covid 19 | 2020 |
| The Florida Bar Annual Evidence Seminar | Electronic Discovery by the Rules | 2020 |
| The Master's Conference – Washington DC | Proportionality Objections under Rule 26 | 2019 |
| 2019 Louisiana Judicial College | Electronic Discovery Practice and Procedure | 2019 |
| RelativityFest 2018 | Plaintiffs' Side Rule 26 Conferences | 2018 |
| National Legal Aid and Defender Association 2018 Annual Conference | ESI for Legal Aid Clients and Causes | 2018 |
| MDL Conference 2018 American Association for Justice | eDiscovery ESI Protocol Orders | 2018 |
| Advanced 30(b)(6) Seminar - 2018 | Rule 30(b)(6) Depositions for ESI Information Sources and Electronic Discovery | 2018 |
| The Master's Conference - Orlando | Electronic Discovery for Plaintiffs - Evidence Management (Legal Project Management) Principles | 2017 |

| | | |
|---|---|---|
| Florida Justice Association Workhorse Seminar | eDiscovery for Plaintiffs' Counsel | 2017 |
| Technology and Law Conference of the Jacksonville Bar Association CLE | Electronic Discovery and Information Governance CLE | 2016 |
| North Carolina Advocates for Justice Discovery Conference CLE | Plaintiffs' Discovery for the Contemporary Plaintiffs' Practice CLE | 2016 |
| Jacksonville ACEDS Chapter | Analysis in the EDRM | 2016 |
| Florida Justice Association CLE Conference | CLE Electronic Discovery for the Plaintiffs' Paralegal | 2015 |

Publications

| Publication name | Title | Date |
|---|---|---|
| Trial Magazine – July 2023 | Navigating Data Security in eDiscovery | 2023 |
| Trial Magazine – May 2020 | Artificial Intelligence in the E-Discovery Toolkit | 2020 |
| American Association for Justice (AAJ) | ESI Protocol Orders - Strategic Purposes for Plaintiffs | 2018 |
| Trial Magazine - November 2018 | Turn the Tables on ESI | 2018 |