Jennifer A. Lenze, Esq., CA Bar No. 246858
**LENZE LAWYERS, PLC**
999 Corporate Drive, Suite 100
Ladera Ranch, CA 91765
T: (310) 322-8800
F: (310) 322-8811
jlenze@lenzelawyers.com

Brooke Cohen, Esq., TX Bar No. 24007019 PHV admitted
Andrea Hirsch, Esq. GA Bar No. 666557 PHV admitted
**COHEN HIRSCH, LP**
5256 Peachtree Road, Suite 195-E
Atlanta, GA 30341
T: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com
*Attorneys for PLAINTIFF*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FABIOLA ACEVEDO, TAMI SIMS, CHRISTIANA LUNDY, MEGAN FARRELL-NELSON,**<br><br>Plaintiffs,<br><br>v.<br><br>**EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN; GLENN SANFORD; BRENT GOVE, and DOES 1-10,**<br><br>Defendants. | CASE NO. 2:23-cv-01304-AB-AGR<br><br>**JOINT AGENDA** |

149456696.1

1

# JOINT AGENDA

**Plaintiffs' Discussion Points:**

1. Sources of Complaints produced in responses to eXp's production of Complaints in response to Plaintiffs' Requests for Production.

2. The production of Complaints from eXp employees.

**Defendants' Discussion Points:**

Date: December 6, 2024

By: /s/ Jennifer A. Lenze
Jennifer A. Lenze (CA No 246858)
LENZE LAWYERS, PLC
999 Corporate Drive, Suite 100
Ladera Ranch, California 92694
Telephone (310) 322-8800
jlenze@lenzelawyers.com

Brooke F. Cohen TX 24007019 PHV Adm
Andrea S. Hirsch, GA 666557 PHV Adm
COHEN HIRSCH, LP
5256 Peachtree Road, Suite 195-E
Atlanta, Georgia 30341
Tel: (678) 268-4683
brooke@cohenhirsch.com
sandrea@cohenhirsch.com

Attorneys for Plaintiffs

149456696.1

2

JOINT AGENDA

| | | |
|---|---|---|
| DATED: December 6, 2024 | | LEWIS BRISBOIS BISGAARD & SMITH LLP |

By: /s/ William E. Pallares
 WILLIAM E. PALLARES
 Attorneys for Defendants EXP REALTY, LLC, EXP WORLD HOLDINGS, INC. and GLENN SANFORD

DATED: December 6, 2024 CHESNOFF & SCHONFELD

By: /s/ Richard A. Schonfeld
 RICHARD A. SCHONFELD
 Attorneys for Defendant MICHAEL L. BJORKMAN

DATED: December 6, 2024 PETER K. LEVINE, APLC

By: /s/ Peter K. Levine
 PETER K. LEVINE
 Attorneys for Defendants DAVID S. GOLDEN

DATED: December 6, 2024 PHILLIPS SPALLAS & ANGSTADT LLP

By: /s/ George Morris
 GEORGE MORRIS
 Attorneys for Defendant BRENT GOVE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record by way of email this 6th day of December 2024.

/s/ Jennifer A. Lenze
Jennifer A. Lenze