UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  CV-23-01304-AB (AGRx)                                                  Date: December 10, 2024

Title  Fabiola Acevedo, et. al. v. eXp World Holdings, Inc., et.al.

Present: The Honorable:  Alicia G. Rosenberg, United States Magistrate Judge

| K. Lozada | CS 12/10/2024 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jennifer A. Lenze | Kyle R. Maland |
| Andrea S. Hirsch | William Edward Pallares |
| Brooke F. Cohen | Richard A. Schonfeld |
|  | David Anthony Poull |
|  | Peter K. Levine |

**Proceedings: VIDEO DISCOVERY CONFERENCE**

   Case is called.  Counsel state their appearances.  The court and counsel conferred as stated on the record regarding the Joint Agenda filed on December 9, 2024 (Dkt. No. 216).  Based on extensive discussion with counsel, the court concludes that Item No. 2 is premature on the existing record.

   With respect to Item No. 1, defense counsel explained that they are investigating how to identify responsive complaints in the Trello database and how to export such responsive complaints.

   For the reasons stated on the record, IT IS ORDERED that:

1. On or before December 27, 2024, defense counsel will get back to Plaintiffs' counsel in writing regarding an estimated dated for completion of the investigation and any production of documents for Item No. 1.
2. The court determined that Item No. 2 is premature.  Counsel agreed to confer further.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV-23-01304-AB (AGRx)                              Date: December 10, 2024

Title      Fabiola Acevedo, et. al. v. eXp World Holdings, Inc., et.al.

cc: District Judge Andre Birotte Jr.

|  | 0:40 |
|---|---|
| **Initials of Preparer** | kl |