WILLIAM E. PALLARES, SB# 187740
E-Mail: William.Pallares@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

KYLE MALAND, SB# 292210
E-Mail: Kyle.Maland@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West C Street, Suite 1700
San Diego, California 92101
Telephone: 619.233.1006
Facsimile: 619.233.8627

Attorneys for Defendants EXP REALTY, LLC, EXP WORLD HOLDINGS, INC. and GLENN SANFORD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIOLA ACEVEDO, JANE DOE 1, JANE DOE 2, JANE DOE 3, and JOHN DOE 1,<br><br>Plaintiffs,<br><br>vs.<br><br>EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN; GLENN SANFORD; BRENT GOVE; and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv- 01304-AB-AGR<br><br>**STIPULATION RE ESI PROTOCOL FOR PRODUCTION OF DOCUMENTS**<br><br>Trial Date:    September 20, 2025 |

## STIPULATION TO ENTER INTO AN ESI PROTOCOL

Counsel for defendants eXp Realty, LLC, eXp World Holdings, Inc., and Glenn Sanford (collectively "eXp Defendants"), defendant Michael L. Bjorkman ("Defendant Bjorkman"), defendant David S. Golden ("Defendant Golden"), defendant Brent Gove ("Defendant Gove"), and plaintiffs Fabiola Acevedo, Tami Sims, Christiana Lundy, and Megan Farrell (together "the Plaintiffs") (collectively the "Parties") hereby submit the following stipulation for a Electronically Stored Information ("ESI") Protocol for the Production of documents:

WHEREAS, the parties intend to exchange electronically stored information;

WHEREAS, the parties wish to enter into an order that governs the discovery and production of documents and ESI;

WHEREAS, the parties have engaged in an extensive meet and confer process, including appearing before the Honorable Alicia G Rosenberg, Judge Magistrate, to resolve their dispute and agree upon a final ESI protocol, which is attached as Exhibit A to the Stipulation.

WHEREAS, an ESI protocol will facilitate the exchange of ESI discovery;

WHEREAS, the parties agree to abide by the terms set forth in the [Proposed] Order Establishing Protocol For The Production Of Documents And Electronically Stored Information, attached as Exhibit;

IT IS SO STIPULATED:

Respectfully submitted,

DATED: December 11, 2024     LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____/s/ William E. Pallares_____
WILLIAM E. PALLARES
Attorneys for Defendants EXP REALTY, LLC, EXP WORLD HOLDINGS, INC. and GLENN SANFORD

| | | |
|---|---|---|
| 1 | DATED: December 11, 2024 | CHESNOFF & SCHONFELD |
| 3 | | By:    /s/ Richard A. Schonfeld |
| 4 | | RICHARD A. SCHONFELD |
| 5 | | Attorneys for Defendant MICHAEL L. BJORKMAN |
| 7 | DATED: December 11, 2024 | PETER K. LEVINE, APLC |
| 9 | | By:    /s/ Peter K. Levine |
| 10 | | PETER K. LEVINE |
| 11 | | Attorneys for Defendants DAVID S. GOLDEN |
| 13 | DATED: December 11, 2024 | PHILLIPS SPALLAS & ANGSTADT LLP |
| 14 | | By:    /s/ George Morris |
| 15 | | GEORGE MORRIS |
| 16 | | Attorneys for Defendant BRENT GOVE |
| 17 | DATED: December 11, 2024 | LENZE LAWYERS, PLC |
| 19 | | By:    /s/ Jennifer A. Lenze |
| 20 | | JENNIFER A. LENZE |
| 21 | | Attorneys for Plaintiffs FABIOLA ACEVEDO, TAMI SIMS, CHRISTIANA LUNDY, JANE DOE 3 and JOHN DOE 1 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of December, 2024, I electronically filed the foregoing SECOND STIPULATION TO MODIFY THE SCHEDULING ORDER with the Clerk of the Court using the CM/ECF system.

/s/ William E. Pallares