WILLIAM E. PALLARES, SB# 187740
  E-Mail: William.Pallares@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

KYLE MALAND, SB# 292210
  E-Mail: Kyle.Maland@lewisbrisbois.com
ERIN MULLEN, SB# 356383
  E-Mail: Erin.Mullen@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West C Street, Suite 1700
San Diego, California 92101
Telephone: 619.233.1006
Facsimile: 619.233.8627

Attorneys for Defendants eXp REALTY, LLC, eXp WORLD HOLDINGS, INC. and GLENN SANFORD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIOLA ACEVEDO, JANE DOE 1, JANE DOE 2, JANE DOE 3, and JOHN DOE 1,<br><br>Plaintiffs,<br><br>vs.<br><br>EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN; GLENN SANFORD; BRENT GOVE; and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv- 01304-AB-AGR<br><br>**JOINT AGENDA RE DISCOVERY DISPUTE**<br><br>Trial Date:       September 18, 2025 |

# JOINT AGENDA

Counsel for defendants eXp Realty, LLC, eXp World Holdings, Inc., and Glenn Sanford (collectively "eXp Defendants") and plaintiffs Fabiola Acevedo, Tami Sims, Christiana Lundy, and Megan Farrell-Nelson (together "the Plaintiffs") (collectively the "Parties") hereby submit their Joint Agenda as to their discovery dispute:

**A.  Defendants' Discussion Points.**

Plaintiffs' responses to Defendants' Rule 34 Requests for Production of Documents, Set Two;

**B.  Plaintiffs' Discussion Points.**

Plaintiffs believe this issue is not ripe for a discovery conference with the Court as the parties have not completed the meet and confer process.

Respectfully submitted,

DATED: December 19, 2024    LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  /s/ William E. Pallares
WILLIAM E. PALLARES
Attorneys for Defendants eXp REALTY, LLC, eXp WORLD HOLDINGS, INC. and GLENN SANFORD

DATED: December 19, 2024    COHEN HIRSCH, PC

By:  /s/ Andrea Hirsch
ANDREA HIRSCH
Attorneys for Plaintiffs FABIOLA ACEVEDO, TAMI SIMS, CHRISTIANA LUNDY, JANE DOE 3 and JOHN DOE 1



## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of December, 2024, I electronically filed the foregoing JOINT AGENDA RE DISCOVERY DISPUTE with the Clerk of the Court using the CM/ECF system.

/s/ Debbie Wilhelm