PETER K. LEVINE, ESQ.  SBN: 113672
**PETER K. LEVINE, A PROFESSIONAL LAW CORP.**
5455 WILSHIRE BLVD., SUITE 1250
LOS ANGELES, CA 90036
TELEPHONE: (323) 934-1234
FACSIMILE: (323) 934-1230
peter@peterlawfirm.com

DAVID A. POULL, ESQ. SBN: 288458
**CANNON & NELMS, PC**
160 SOUTH OLD SPRINGS ROAD
SUITE 200
ANAHEIM, CALIF. 92808
TELEPHONE:  (714) 637-4400
FACSIMILE:  (714) 637-4444

Attorneys for Defendant David S. Golden

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FABIOLA ACEVEDO, TAMI SIMS, CHRISTIANA LUNDY, AND JANE DOE 3,<br><br>Plaintiffs,<br><br>vs.<br><br>EXP REALTY, LLC., EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN; GLENN SANFORD; BRENT GOVE; And DOES 10,<br><br>Defendants. | CASE NO. 2:23-CV-01304-AB-AGR<br><br>Hon. Alicia G. Rosenberg<br><br>**JOINT AGENDA**<br><br>HEARING DATE:  JANUARY 7, 2025<br>TIME:               1:30 P.M. (PST) |

///
///
///

1
JOINT AGENDA

**Defendant Golden's Discussion Points as to Defendant Brent Gove**:

    a. Defendant Brent Gove's refusal to state whether documents exist in response to FRCP 34 request for production of documents.

    b. Defendant Brent Gove's refusal to produce documents in his custody, possession or control.

    c. Defendant Brent Gove's objections to request for production of documents.

**Defendant Golden's Discussion Points as to Defendant eXp Realty, LLC.**

    a. eXp Realty identified document 2eXp_004384 as an internal report reflecting an email notification to David Golden. However, the document eXp Realty produced under this designation is not related to Mr. Golden at all but is instead an independent contractor agreement for a non-party, Noelle Nielsen.

    b. eXp Realty's refusal to identify and produce documents related to its suspension of David Golden's vested revenue share compensation.

    c. eXp Realty's refusal to identify documents amending David Golden's Independent Contractor Agreement from January 18, 2018 through April 13, 2023.

    d. eXp Realty's refusal to produce non-party witness statements.

    e. eXp Realty's refusal to produce unredacted minutes relating to suspension of David Golden's revenue share.

    f. eXp Realty's refusal to produce documents related to investigations of other individual's alleged sexual misconduct, alleged illegal drug use and alcohol.

    g. Defendant eXp's objections to requests for production of documents.

Plaintiffs' Discussion Points as to eXp Realty, LLC:

    a. Defendant eXp's failure to comply with the Court's Order (Doc. 217) by not informing Plaintiffs' the estimated date of completion of the investigation and any production of documents from Trello.

    b. Defendant eXp's failure to comply with the Court's Order (Doc. 225) by not informing Plaintiffs by December 23, 2024 with an estimated date for completion of workplace chats for witnesses scheduled to be deposed in January.

| | |
|---|---|
| Dated: January 6, 2025 | /s/Peter K. Levine<br>Peter K. Levine, Esq.<br>Attorney for Defendant Golden |

Dated: January 6, 2025        LENZE LAWYERS, PLC

By:    /s/ Jennifer A. Lenze    
JENNIFER A. LENZE
Attorneys for Plaintiffs FABIOLA ACEVEDO, TAMI SIMS, CHRISTIANA LUNDY, JANE DOE 3 and JOHN DOE 1

_____

JOINT AGENDA - JANUARY 7, 2025

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record by way of email this 6th day of January 2025.

                                                /s/Peter K. Levine
                                                Peter K. Levine, Esq.

golden\discovery\joint agenda\2025 jan 7 hearing\2025 jan 7 final joint agenda.docx