1  PETER K. LEVINE, ESQ.  SBN: 113672
2  **PETER K. LEVINE, A PROFESSIONAL LAW CORP.**
   5455 WILSHIRE BLVD., SUITE 1250
3  LOS ANGELES, CA 90036
   TELEPHONE: (323) 934-1234
4  FACSIMILE: (323) 934-1230
5  peter@peterlawfirm.com

6  DAVID A. POULL, ESQ. SBN: 288458
   **CANNON & NELMS, PC**
7  160 SOUTH OLD SPRINGS ROAD
8  SUITE 200
   ANAHEIM, CALIF. 92808
9  TELEPHONE:  (714) 637-4400
   FACSIMILE:  (714) 637-4444
10

11 Attorneys for Defendant David S. Golden

12
               **UNITED STATES DISTRICT COURT**
13
               **CENTRAL DISTRICT OF CALIFORNIA**
14

15

| FABIOLA ACEVEDO, TAMI SIMS, CHRISTIANA LUNDY, AND JANE DOE 3,<br><br>Plaintiffs,<br><br>vs.<br><br>EXP REALTY, LLC., EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN; GLENN SANFORD; BRENT GOVE; And DOES 10,<br><br>Defendants. | CASE NO. 2:23-CV-01304-AB-AGR<br><br>Hon. Alicia G. Rosenberg<br><br>**AMENDED JOINT AGENDA**<br><br>HEARING DATE:  JANUARY 7, 2025<br>TIME:                  1:30 P.M. (PST) |
|---|---|

26  ///
27  ///
28  ///

1
AMENDED JOINT AGENDA

**Defendant Golden's Discussion Points as to Defendant Brent Gove**:

    a. Defendant Brent Gove's refusal to state whether documents exist in response to FRCP 34 request for production of documents.

    b. Defendant Brent Gove's refusal to produce documents in his custody, possession or control.

    c. Defendant Brent Gove's objections to request for production of documents.

**Defendant Golden's Discussion Points as to Defendant eXp Realty, LLC.**

    a. eXp Realty identified document 2eXp_004384 as an internal report reflecting an email notification to David Golden. However, the document eXp Realty produced under this designation is not related to Mr. Golden at all but is instead an independent contractor agreement for a non-party, Noelle Nielsen.

    b. eXp Realty's refusal to identify and produce documents related to its suspension of David Golden's vested revenue share compensation.

    c. eXp Realty's refusal to identify documents amending David Golden's Independent Contractor Agreement from January 18, 2018 through April 13, 2023.

    d. eXp Realty's refusal to produce non-party witness statements.

    e. eXp Realty's refusal to produce unredacted minutes relating to suspension of David Golden's revenue share.

    f. eXp Realty's refusal to produce documents related to investigations of other individual's alleged sexual misconduct, alleged illegal drug use and alcohol.

    g. Defendant eXp's objections to requests for production of documents.

Plaintiffs' Discussion Points as to eXp Realty, LLC:

    a. Defendant eXp's failure to comply with the Court's Order (Doc. 217) by not informing Plaintiffs' the estimated date of completion of the investigation and any production of documents from Trello.

    b. Defendant eXp's failure to comply with the Court's Order (Doc. 225) by not informing Plaintiffs by December 23, 2024 with an estimated date for completion of workplace chats for witnesses scheduled to be deposed in January.

eXp's Discussion points as to Plaintiffs

    a. Plaintiffs' failure to comply with the Court's December 20,24 Order re mental health records and neurologist;

    b. Plaintiffs' failure to comply with the Court's December 20,24 Order re Plaintiffs' 1099s;

    c. Plaintiffs' production of ESI re text messages.

Dated: January 6, 2025

        /s/Peter K. Levine
        Peter K. Levine, Esq.
        Attorney for Defendant Golden

Dated: January 6, 2025    LENZE LAWYERS, PLC

By:    /s/ Jennifer A. Lenze
JENNIFER A. LENZE
Attorneys for Plaintiffs FABIOLA ACEVEDO, TAMI SIMS, CHRISTIANA LUNDY, JANE DOE 3 and JOHN DOE 1

Dated: January 6, 2025    LEWIS BRISBOIS BISGAARD & SMITH

By:    /s/ William E. Pallares
WILLIAM E. PALLARES
Attorneys for Defendants EXP REALTY, LLC, EXP WORLD HOLDINGS, INC. and GLENN SANFORD

AMENDED JOINT AGENDA - JANUARY 7, 2025

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record by way of email this 6th day of January 2025.

                                                  /s/Peter K. Levine
                                                  Peter K. Levine, Esq.

\discovery\joint agenda\2025 jan 7 hearing\2025 jan 7 final amended joint agenda.docx