WILLIAM E. PALLARES, SB# 187740
E-Mail: William.Pallares@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

KYLE MALAND, SB# 292210
E-Mail: Kyle.Maland@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West C Street, Suite 1700
San Diego, California 92101
Telephone: 619.233.1006
Facsimile: 619.233.8627

Attorneys for Defendants eXp REALTY, LLC, eXp WORLD HOLDINGS, INC. and GLENN SANFORD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIOLA ACEVEDO, JANE DOE 1, JANE DOE 2, JANE DOE 3, and JOHN DOE 1,<br><br>Plaintiffs,<br><br>vs.<br><br>EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN; GLENN SANFORD; BRENT GOVE; and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv- 01304-AB-AGR<br><br>**DECLARATION OF WILLIAM E. PALLARES IN SUPPORT OF eXp DEFENDANTS'** *EX PARTE* **APPLICATION TO MODIFY THE SCHEDULING ORDER**<br><br>Trial Date:   September 18, 2025 |

# DECLARATION OF WILLIAM E. PALLARES

I, William E. Pallares, declare as follows:

1. I am an attorney duly admitted to practice in all of the courts of the State of California and I am a partner with Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for eXp Realty, LLC, eXp World Holdings, Inc. and Glenn Sanford herein. The facts set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto.

## SUMMARY OF RELEVANT DISCOVERY HISTORY

2. On August 22, 2024, the parties conducted the deposition of eXp Realty, LLC's 30(b)(6), Holly Mabery, via zoom on the topic of Corporate Structure.

3. On August 27, 2024, the parties conducted the deposition of eXp Realty, LLC's 30(b)(6), Cory Haggard, at Salt Lake City, Utah on the topic of Complaint Handling.

4. On October 18, 2024, the parties conducted the deposition of Felicia Johnette Gentry, a third-party witness, at City of Frisco, Texas.

5. On November 4, 2024, eXp noticed the depositions of the Plaintiffs as follows: Plaintiff Fabiola Acevedo for December 9, 2024; Plaintiff Chrissy Lundy for December 11, 2024; Plaintiff Tami Sims for December 12, 2024; and Plaintiff Megan Farrel-Nelson for December 16, 2024.

6. However, counsel for other defendants advised that they were not available the dates noticed for these deposition but for December 16, 2024.

7. With the understanding that Plaintiffs would seek to modify the scheduling order, eXp agreed to forgo Plaintiffs' depositions and allow the deposition of eXp' 30(b)(6) to proceed on December 16, 2024.

8. On November 21, 2024, the parties conducted the deposition of Noelle Nielsen, a third-party witness, at Minneapolis, Minnesota.

9. On November 22, 2024, the parties conducted the deposition of Seth

Nielsen, a third-party witness, at Minneapolis, Minnesota.

10. On December 16, 2024, the parties conducted the continued deposition of eXp Realty, LLC's 30(b)(6), Cory Haggard, at Salt Lake City, Utah on the topic of Complaint Handling.

11. On January 6, 2025, the parties conducted the deposition of Stacey Onnen, a third-party witness, at Denver, Colorado.

12. On January 10, 2025, the parties conducted the first session of Courtney Keating's deposition, a third-party witness, at Costa Mesa, California.

13. On January 23, 2025, the parties conducted the first session of Plaintiff Megan Farrell-Nelson's deposition, at Los Angeles, California. The parties have yet to schedule Ms. Farrell-Nelson's second session.

14. As to the month of February 2025, other defense counsel were not available for depositions because of conflicts.

15. Notwithstanding, on February 4, 2025, eXp noticed the amended deposition of Plaintiffs as follows: Plaintiff Fabiola Acevedo for March 4, 2025; Plaintiff Tami Sims for March 5, 2025; and Plaintiff Chrissy Lundy for March 7, 2025.

16. Nevertheless, other defense advised that they were unavailable for depositions but for March 4, 2025.

17. Counsel for Plaintiffs and eXp then agreed to set Plaintiff Tami Sims' deposition for March 4, 2025. The parties were unable to complete Ms. Sims' deposition and are meeting and conferring on dates to conclude her deposition.

18. Counsel for the other defendants have advised that they are available for a few days in March to take depositions and limited dates for the month of April.

## SUMMARY OF MEET AND CONFER EFFORTS
## TO SCHEDULE DEPOSITIONS

19. While the parties have set and conducted ten (10) depositions, they still need to take the depositions of the five (5) individually named parties. Moreover,

they are approximately ten (10) additional third-party witnesses to be deposed. Also, Plaintiffs have requested the depositions of numerous eXp's employees.

20. On March 11, 2025, the parties met and conferred via video conference to discuss the scheduling of party depositions and to ascertain other depositions the parties intend to take.

21. As a result of the meet and confer, the parties have scheduled the following depositions:

| Deposition Date | Deponent |
| --- | --- |
| March 21, 2025 | Defendant Glenn Sanford |
| March 28, 2025 | eXp's 30(b)(6), Defendant Michael Bjorkman or Defendant David Golden |
| April 4, 2025 | Defendant Brent Gove |
| April 7, 2025 | Plaintiff Tami Sims |
| April 9, 2025 | Plaintiff Fabiola Acevedo |
| April 18, 2025 | Plaintiff Christy Lundy |
| April 25, 2025 | Third-party Patrick Wannis, Phd. |

22. With the pace of deposition to date and the availability of counsel, the parties will need to modify the Scheduling Order to allow for additional time to complete the number of anticipated depositions.

**SUMMARY OF DOCUMENT PRODUCTION**

23. Further, the parties continue to produce documents in compliance with their ESI protocol.

24. To date, the parties have exchanged in excess of 24,000 pages of documents.

25. Plaintiffs have identified twenty (20) custodians for whom Plaintiffs

have requested ESI discovery from eXp. To date, eXp has produced documents from three (3) custodians and is preparing a production for an additional two (2), which should occur within a week from the date of this declaration.

26. Plaintiffs recently produced thousands of pages of documents prior to the deposition of Plaintiff Tami Sims. While the parties have taken the first session of her deposition, the parties reserved their rights to additional questioning upon processing her document production.

## SUMMARY OF MEET AND CONFER FOR PLAINTIFFS' INDEPENDENT MENTAL EXAMINATIONS

27. Pursuant to Rule 35, eXp has advised Plaintiffs' counsel that it intends to conduct independent mental examinations of Plaintiffs.

28. As such, eXp has identified Marc A. Coehn, M.D., M.S. as its forensic consultant in psychiatry and behavioral sciences. Dr. Cohen will conduct the psychiatric evaluation of each Plaintiff.

29. eXp has advised Plaintiffs' counsel that Dr. Cohen is available to conduct the evaluations on the following dates: April 29, 2025; April 30, 20; May 2, 2025; May 8, 2025; May 9, 2025; and May 14, 2025.

30. eXp and Plaintiffs need to meet and confer as to Plaintiffs' availability and the scope of the evaluations.

## STATUS OF SETTLEMENT DISCUSSIONS

31. Pursuant to the Court's scheduling order, the parties selected private mediation before the Honorable Gail Andler (Ret.) with JAMS.

32. The first session of mediation occurred on January 27, 2025. The parties have scheduled additional sessions to take place on April 14 & 15, 2025.

33. Counsel for eXp and Plaintiffs have met and conferred with other defense counsel regarding a modification of the scheduling order. All parties, but for David Golden, agree to a modification of the scheduling order for a period of sixty (60) days.

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

154473875.1                    5                    Case No. 2:23-cv- 01304-AB-AGR
DECLARATION OF PALLARES ISO *EX PARTE* APPLICATION TO MODIFY THE SCHEDULING ORDER

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct and that this declaration was executed
3  on this 19th day of March, 2025, at Los Angeles, California.

                                            /s/ William E. Pallares
                                              William E. Pallares

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of March, 2025, I electronically filed the foregoing  DECLARATION OF PALLARES ISO EX PARTE APPLICATION TO MODIFY HE SCHEDULING ORDER with the Clerk of the Court using the CM/ECF system.

/s/ William E. Pallares
William E. Pallares