UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIOLA ACEVEDO, JANE DOE 1, JANE DOE 2, JANE DOE 3, and JOHN DOE 1,<br><br>Plaintiffs,<br><br>vs.<br><br>EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN; GLENN SANFORD; BRENT GOVE; and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv- 01304-AB-AGR<br><br>**[Proposed] ORDER TO MODIFY THE SCHEDULING ORDER PURSUANT TO *EX PARTE* APPLICATION**<br><br>Trial Date:   September 18, 2025 |



# [Proposed] ORDER TO MODIFY THE SCHEDULING ORDER PURSUANT TO EX PARTE APPLICATION

Having reviewed Defendants' *Ex Parte* Application to Modify the Scheduling Order (Dkt. No. ) and Defendant Golden's Opposition (Dt. No. ), the Court finds GOOD Cause to grant the modification request and hereby modifies the Scheduling Order as follows:

| Trial and Final Pretrial Conference Dates | Court Ordered | New Modified Dates |
|---|---|---|
| Trial | September 18, 2025 | |
| Final Pretrial Conference | September 1, 2025 | |
| Last Day to Amend Pleadings and add parties | N/A | N/A |
| Non-Expert Discovery Cut-Off | May, 6, 2025 | |
| Expert Disclosures (Initial) | May, 6, 2025 | |
| Expert Disclosures (Rebuttal) | May 19, 2025 | |
| Expert Discovery Cut-Off | June 9, 2025 | |
| Last Day to Hear Motions (Friday) Rule 56 | June 9, 2025 | |
| Deadline to Complete Settlement Conference | June 23, 2025 | |
| Trial Filing (First Round) | August 11, 2025 | |
| Trial Filing (Second round) | August 20, 2025 | |

IT IS SO ORDERED:

Dated: _____

UNITED STATES DISTRICT JUDGE

1544741601.1                                 2                  Case No. 2:23-cv- 01304-AB-AGR
[Proposed] ORDER TO MODIFY THE SCHEDULING ORDER PURSUANT TO *EX PARTE* APPLICATION

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March, 2025, I electronically filed the foregoing [Proposed] ORDER TO MODIFY THE SCHEDULING ORDER PURSUANT TO *EX PARTE* APPLICATION with the Clerk of the Court using the CM/ECF system.

                                                /s/ William E. Pallares
                                                William E. Pallares