WILLIAM E. PALLARES, SB# 187740
E-Mail: William.Pallares@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

KYLE MALAND, SB# 292210
E-Mail: Kyle.Maland@lewisbrisbois.com
ERIN MULLEN, SB# 356383
E-Mail: Erin.Mullen@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West C Street, Suite 1700
San Diego, California 92101
Telephone: 619.233.1006
Facsimile: 619.233.8627

Attorneys for Defendants eXp REALTY, LLC, eXp WORLD HOLDINGS, INC. and GLENN SANFORD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIOLA ACEVEDO, JANE DOE 1, JANE DOE 2, JANE DOE 3, and JOHN DOE 1,<br><br>Plaintiffs,<br><br>vs.<br><br>EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN; GLENN SANFORD; BRENT GOVE; and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv- 01304-AB-AGR<br><br>**JOINT AGENDA RE DISCOVERY DISPUTE RE SCHEDULING DEPOSITIONS**<br><br>Trial Date:   September 18, 2025 |

# JOINT AGENDA

Counsel for defendants eXp Realty, LLC, eXp World Holdings, Inc., and Glenn Sanford (collectively "eXp Defendants"), plaintiffs Fabiola Acevedo, Tami Sims, Christiana Lundy, and Megan Farrell-Nelson (together "the Plaintiffs") and Defendant David Golden (collectively the "Parties") hereby submit their Joint Agenda as to their discovery dispute:

**A.    eXp' Discussion Points.**

eXp's seeks to schedule Defendant David Golden's deposition on March 28, 2025, as counsel for eXp is not available on April 16, 2025;

eXp also seeks to schedule the remaining depositions of Plaintiff Christy Lundy and the conclusion of the deposition of Plaintiff Megan Farrell-Nelson; and

eXp seeks to schedule the deposition of Defendant Michael Bjorkman[1];

**B.    Plaintiffs' Discussion Points.**

Plaintiffs seek to keep on schedule the 30(b)(6) spoliation deposition regarding certain eXp's Workplace Chat communications, which was noticed on February 5, 2025 to take place on March 28, 2025.

**C.    Defendant David Golden's Discussion Points**

David Golden is not available for his deposition on March 28, 2025. Further, counsel David Poull is unavailable on March 28, 2025, due to a trial.

David Golden seeks the deposition of Boyd Bastian, Managerial agent of eXp, Realty, LLC.

---

[1]    The parties have not completed their meet and confer regarding the scheduling of Defendant Michael Bjorkman's deposition. Michael Bjorkman's counsel therefore objects to this subject being included in the conference on March 21, 2025.

David Golden seeks the deposition of Leo Pareja, Managerial agent or eXp Realty, LLC.

Respectfully submitted,

DATED: March 21, 2025         LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  /s/ William E. Pallares
WILLIAM E. PALLARES
Attorneys for Defendants eXp REALTY, LLC, eXp WORLD HOLDINGS, INC. and GLENN SANFORD

DATED: March 21, 2025         COHEN HIRSCH, PC

By:  /s/ Andrea Hirsch
ANDREA HIRSCH
Attorneys for Plaintiffs FABIOLA ACEVEDO, TAMI SIMS, CHRISTIANA LUNDY, JANE DOE 3 and JOHN DOE 1

CHESNOFF & SCHONFELD

DATED: March 21, 2025

By:  /s/ Richard A. Schonfeld
RICHARD A. SCHONFELD
Attorneys for Defendant MICHAEL L. BJORKMAN

DATED: March 21, 2025         PETER K. LEVINE, APLC

By:  /s/ Peter K. Levine
PETER K. LEVINE
Attorneys for Defendants DAVID S. GOLDEN

154565016.1

3

Case No. 2:23-cv- 01304-AB-AGR
JOINT AGENDA RE DISCOVERY DISPUTE RE SCHEDULING DEPOSITIONS

| | | |
|---|---|---|
| 1 | DATED: March 20, 2125 | PHILLIPS SPALLAS & ANGSTADT LLP |
| 2 | | |
| 3 | | By: ___/s/ George Morris___ |
| 4 | | GEORGE MORRIS<br>Attorneys for Defendant BRENT GOVE |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of March, 2025, I electronically filed the foregoing JOINT AGENDA RE DISCOVERY DISPUTE with the Clerk of the Court using the CM/ECF system.

/s/ William E. Pallares