PETER K. LEVINE, ESQ.  SBN: 113672
**PETER K. LEVINE, A PROFESSIONAL LAW CORP.**
5455 WILSHIRE BLVD., SUITE 1250
LOS ANGELES, CA 90036
TELEPHONE: (323) 934-1234
FACSIMILE: (323) 934-1230

Attorney for Defendant David S. Golden

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIOLA ACEVEDO, JANE DOE 1, JANE DOE 2, JANE DOE 3, and JOHN DOE 1, A California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>EXP REALTY, LLC., EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN; GLENN SANFORD; BRENT GOVE; And DOES 10,<br><br>Defendants. | CASE NO. 2:23-CV-01304-AB-AGR<br><br>DEFENDANT DAVID S. GOLDEN'S NOTICE WITHDRAWING HIS PREVIOUSLY FILED OPPOSITION TO DEFENDANT eXp's *EX PARTE* APPLICATION TO MODIFY THE SCHEDULING ORDER; NOTICE OF NON-OPPOSITION.<br><br>Judge: Andre Birotte, Jr.<br>Trial Date: June 20, 2024 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE THAT** Defendant David Golden respectfully requests permission to withdraw his previously filed Opposition to Defendant eXp's *Ex Parte* Application to Modify the Scheduling Order, filed March 19, 2025 [*See* Dkt. Nos. 231 and 231].

Following an extensive and confer conference today with all counsel regarding the scheduling of outstanding depositions, the parties have reached a mutual understanding.  In light of counsels' respective schedules and the number of depositions that remain to be completed, and third-party witness schedules, Mr. Golden now consents to a modification of the current

<u>DEFENDANT GOLDEN'S NOTICE OF NON- OPPOSITION TO EX PARTE APPLICATION TO MODIFY SCHEDULING ORDER</u>

1

scheduling order, extending deadlines by sixty (60) days. This agreement was reached after a good-faith, extensive meet and confer process to address logistical concerns regarding the completion of necessary discovery. This notice of non-opposition is intended to facilitate the orderly and efficient completion of discovery, and to avoid burdening the Court with further scheduling disputes.

Dated: March 24, 2025                    /s/ Peter K. Levine
                                         Peter K. Levine, Esq.
                                         Attorney for Defendant Golden

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record by way of the Court's CM/ECF filing system this 24th day of March 2025.

                                         /s/ Roberto Segovia
                                         Paralegal

DEFENDANT GOLDEN'S NOTICE OF NON- OPPOSITION TO EX PARTE APPLICATION TO MODIFY SCHEDULING ORDER

2

## DECLARATION OF PETER K. LEVINE

I, Peter K. Levine, declare as follows that:

1. I am counsel for Defendant Golden and fully familiar with the facts herein. If called to testify I can state as follows:

2. Following an extensive meeting with counsel today regarding the scheduling of outstanding depositions, the parties have reached a mutual understanding. In light of counsels' respective schedules and the number of depositions that remain to be completed, and third-party witness schedules, Mr. Golden now consents to a modification of the current scheduling order, extending deadlines by sixty (60) days.

3. This notice of non-opposition is intended to facilitate the orderly and efficient completion of discovery, and to avoid burdening the Court with further scheduling disputes.

I declare under the laws of the United States that the foregoing is true and correct. Executed on March 24, 2025 at Los Angeles, Calif.

Dated: March 24, 2025

/s/ Peter K. Levine
Peter K. Levine, Esq.
Attorney for Defendant Golden

g:\new\1993-golden\ex parte\oppose 60 day continuance\withdrawnig opposition to ex parte.docx

NOTICE OF NON-OPPOSITION TO EX PARTE APPLICATION

1