1

2

3

4

5

6

7

8

9

10

11

12                          UNITED STATES DISTRICT COURT

13                          CENTRAL DISTRICT OF CALIFORNIA

14

15   FABIOLA ACEVEDO, JANE DOE 1,        Case No. 2:23-cv- 01304-AB-AGR
     JANE DOE 2, JANE DOE 3, and
16   JOHN DOE 1,                         **ORDER TO MODIFY THE**
                                         **SCHEDULING ORDER**
17            Plaintiffs,                **PURSUANT TO *EX PARTE***
                                         **APPLICATION**
18        vs.

19   EXP REALTY, LLC, EXP WORLD
     HOLDINGS, INC., MICHAEL L.
20   BJORKMAN; DAVID S. GOLDEN;
     GLENN SANFORD; BRENT GOVE;
21   and DOES 1-10,

22            Defendants.

23

24

25

26

27

28

                                    1

## ORDER

Having reviewed the *Ex Parte* Application to Modify the Scheduling Order ("Application," Dkt. No. 231), which was filed by Defendants eXp Realty, LLC, eXp World Holdings, Inc., and Glenn Sanford on behalf of all parties excluding Defendant David Golden, and Defendant Golden's Opposition (Dt. No. 232), the Court hereby finds good cause to **GRANT** the Application and modify the schedule as follows:

| Trial and Final Pretrial Conference Dates | Court Ordered | New Modified Dates |
| --- | --- | --- |
| Trial | September 18, 2025 | November 17, 2025 |
| Final Pretrial Conference | September 1, 2025 | October 31, 2025 |
| Last Day to Amend Pleadings and add parties | N/A | N/A |
| Non-Expert Discovery Cut-Off | May 6, 2025 | July 7, 2025 |
| Expert Disclosures (Initial) | May 6, 2025 | July 7, 2025 |
| Expert Disclosures (Rebuttal) | May 19, 2025 | July 18, 2025 |
| Expert Discovery Cut-Off | June 9, 2025 | August 8, 2025 |
| Last Day to Hear Motions (Friday) Rule 56 | June 9, 2025 | August 8, 2025 |
| Deadline to Complete Settlement Conference | June 23, 2025 | August 22, 2025 |
| Trial Filing (First Round) | August 11, 2025 | October 10, 2025 |
| Trial Filing (Second round) | August 20, 2025 | October 17, 2025 |

**IT IS SO ORDERED**.

Dated:  March 21, 2025

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE