WILLIAM E. PALLARES, SB# 187740
  E-Mail: William.Pallares@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

KYLE MALAND, SB# 292210
  E-Mail: Kyle.Maland@lewisbrisbois.com
ERIN MULLEN, SB# 356383
  E-Mail: Erin.Mullen@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West C Street, Suite 1700
San Diego, California 92101
Telephone: 619.233.1006
Facsimile: 619.233.8627

Attorneys for Defendants eXp REALTY, LLC, eXp WORLD HOLDINGS, INC. and GLENN SANFORD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIOLA ACEVEDO, JANE DOE 1, JANE DOE 2, JANE DOE 3, and JOHN DOE 1,<br><br>Plaintiffs,<br><br>vs.<br><br>EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN; GLENN SANFORD; BRENT GOVE; and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv- 01304-AB-AGR<br><br>**eXp'S SUPPLEMENT TO THE JOINT AGENDA (Dkt. 240)**<br><br>Trial Date:    November 17, 2025 |

# SUPPLEMENT TO JOINT AGENDA

Counsel for defendants eXp Realty, LLC, eXp World Holdings, Inc., and Glenn Sanford (collectively "eXp Defendants") hereby supplements the Joint Agenda (Dkt. 240) filed by counsel for Defendant David Golden.  Counsel for eXp did not authorize his signature to the document.  Counsel requested that Plaintiffs and Defendant Golden make their submission April 7, 2025 for eXp's counsel to review and provide comments.  Counsel further advised that he would be traveling April 8, 2025 and not available to review an proposed agenda until later in the afternoon/evening of April 8, 2025.  Notwithstanding, counsel for Plaintiffs did not submit their proposed comments until the morning of April 8, 2025.

Counsel for eXp did not have an opportunity to review.  Counsel for Defendant Golden then proceeded to file the document, affixing the signature of eXp without authorization:

**A.  eXp' Discussion Points.**

1.  eXp requests an Order to Show Cause why sanctions should not be imposed for filing documents with the court affixing counsel's signature without authorization;

2.  eXp requests Order to Show Cause why sanctions should not be imposed for discovery abuse.

Throughout this litigation Plaintiffs' counsel has routinely produced documents the night before the depositions for Plaintiffs.  Recently, in advance of Plaintiff Fabiola Acevedo's deposition for April 9, 2025, Plaintiffs' counsel produced, on April 8, 2025, approximately 381 documents which consist of approximately 1,748 pages.  Previously, for the deposition of Plaintiff Tami Sims, counsel produced approximately 13,000 pages of documents days before the deposition.

Further, Plaintiffs' counsel failed to produce all medical records of Plaintiff Megan Farrell-Nelson prior to her deposition.

1  eXp seeks to reserve its right to examine Plaintiffs after the ability to review Plaintiffs' production.

eXp further seeks a date upon which Plaintiff Christ Lundy will produce documents prior to her deposition set for April 18, 2025.

Respectfully submitted,

DATED: April 8, 2025            LEWIS BRISBOIS BISGAARD & SMITH LLP

By:      /s/ William E. Pallares
WILLIAM E. PALLARES
Attorneys for Defendants eXp REALTY, LLC, eXp WORLD HOLDINGS, INC. and GLENN SANFORD

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of April, 2025, I electronically filed the foregoing JOINT AGENDA with the Clerk of the Court using the CM/ECF system.

/s/ William E. Pallares