**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Fabiola Acevedo, et. al.<br><br>PLAINTIFF(S)<br>v.<br>eXp World Holdings, Inc., et. al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>23-cv-01304-AB-AGR<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 4/21/2025 | 244 | MOTION to Compel Rule 35 Examination |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☑ The hearing date has been rescheduled to    Tuesday, May 20, 2025    at    10:00 a.m.    .
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

The hearing will be held by video using Zoom. The steps to access the Zoom webinar are available on Judge Rosenberg's Procedures & Schedules page (www.cacd.uscourts.gov/honorable-alicia-g-rosenberg).

Dated:    4/21/2025            By:    *Alicia G. Rosenberg*
                                    ~~U.S. District Judge~~ / U.S. Magistrate Judge