1  Jennifer A. Lenze, Esq.,
2  CA Bar No. 246858
   LENZE LAWYERS, PLC
3  999 Corporate Drive, Suite 100
4  Ladera Ranch, California 92694
   Tel: (310) 322-8800
5  F: (310) 322-8811
6  jlenze@lenzelawyers.com
   Attorney for Plaintiffs
7
8  Brooke F. Cohen, Esq.,
   TX Bar No. 24007019 PHV
9  Andrea S. Hirsch, Esq.,
10 GA Bar No. 666557 PHV
   COHEN HIRSCH, LP
11 5256 Peachtree Road, Suite 195-E
12 Atlanta, Georgia 30341
   Tel: (678) 268-4683
13 brooke@cohenhirsch.com
14 andrea@cohenhirsch.com
   Attorneys for Plaintiffs

15

16                UNITED STATES DISTRICT COURT

17                CENTRAL DISTRICT OF CALIFORNIA

18

| 19 | FABIOLA ACEVEDO, et al., | Case No. 2:23-cv- 01304-AB-AGR |
|---|---|---|
| 20 | Plaintiffs, | **NOTICE OF LODGING (PROPOSED) ORDER** |
| 21 | vs. | |
| 22 | EXP REALTY, LLC, et al. | Hearing Date: May 20, 2025 |
| 23 | Defendants. | Trial Date: November 17, 2025 |

24

25     Plaintiffs respectfully submit the attached (Proposed) order granting Plaintiffs'

26 Application to File Under Seal.

27

28

| | | |
|---|---|---|
| Date: | May 1, 2025 | By: /s/ Andrea S Hirsch |
| | | Andrea S. Hirsch, GA 666557 |
| | | Brooke F. Cohen TX 24007019 |
| | | COHEN HIRSCH, LP |
| | | 5256 Peachtree Road, Suite 195-E |
| | | Atlanta, Georgia 30341 |
| | | Tel: (678) 268-4683 |
| | | brooke@cohenhirsch.com |
| | | andrea@cohenhirsch.com |
| | | |
| | | Jennifer A. Lenze (CA No 246858) |
| | | LENZE LAWYERS, PLC |
| | | 999 Corporate Drive, Suite 100 |
| | | Ladera Ranch, California 92694 |
| | | Telephone (310) 322-8800 |
| | | jlenze@lenzelawyers.com |
| | | Attorneys for Plaintiffs |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record by way of the Court's CM/ECF filing system this 1st day of May 2025.

/s/ Andrea S Hirsch
Andrea S Hirsch