UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIOLA ACEVEDO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EXP REALTY, LLC, et al.<br><br>    Defendants. | Case No. 2:23-cv- 01304-AB-AGR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL DECLARATION OF DR. KIMBERLY DEVINE AND SIGNED LETTER BY AMANDA ELKINS** |

For good cause, Plaintiffs' Application for Leave to File Under Seal is **GRANTED**. The following documents are to be filed under seal:

- Declaration of Dr. Kimberly Devine

- Signed letter by Amanda Elkins

**IT IS SO ORDERED.**

**DATED**

_____
HONORABLE ANDRÉ BIROTTE JR
UNITED STATES DISTRICT COURT JUDGE