

Jennifer A. Lenze, Esq., CA Bar No. 246858
**LENZE LAWYERS, PLC**
999 Corporate Drive, Suite 100
Ladera Ranch, CA 91765
T: (310) 322-8800
F: (310) 322-8811
jlenze@lenzelawyers.com

Brooke Cohen, Esq., TX Bar No. 24007019 PHV admitted
Andrea Hirsch, Esq. GA Bar No. 666557 PHV admitted
**COHEN HIRSCH, LP**
5256 Peachtree Road, Suite 195-E
Atlanta, GA 30341
T: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com
*Attorneys for PLAINTIFF*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FABIOLA ACEVEDO, TAMI SIMS, CHRISTIANA LUNDY, MEGAN FARRELL-NELSON,** | **CASE NO. 2:23-cv-01304-AB-AGR** |
| **Plaintiffs,** | **JOINT AGENDA** |
| **v.** | |
| **EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN; GLENN SANFORD; BRENT GOVE, and DOES 1-10,** | |
| Defendants. | |

# JOINT AGENDA

**Plaintiffs' Discussion Points:**

1. Sources of Complaints produced in responses to eXp's production of Complaints in response to Plaintiffs' Requests for Production, specifically eXp's Trello database production;

2. The production of Complaints related to eXp employees/agents from eXp's Human Resources, including but not limited to the complaint file of Mr. Conord;

3. Defendant Bjorkman and Defendant Golden's Enterprise Accounts;

4. The complaint file of Rick Geha and/or communications related to that file/complaint(s);

5. eXp's Responses to Plaintiffs' Requests, Set Seven.

6. eXp's Responses to Plaintiffs' Requests, Set Eight.

**Defendants' Discussion Points:**

**Defendant eXp's Discussion Points:**

1. Plaintiffs' redactions to medical records for Plaintiffs' treating medical providers;

2. Plaintiffs' objections to interrogatories regarding Plaintiffs' damages;

3. The location of Brent Gove's deposition noticed for May 23, 2025 at Lewis Brisbois' Miami, Florida offices;

4. Protective order regarding Defendant David Golden's notice of deposition for Spencer Walden;

5. Determining access to information and/or material designated as "Highly

Confidential – Attorneys' Eyes Only", should such designation be necessary; and

6. Protective order regarding the production of custodial emails.

## Defendant Golden's Discussion Points:

1. Defendant Golden – eXp's refusal to produce Policies and Procedures in effect when Golden signed his Independent Contractor Agreement in January 2018.

2. Deposition of Leo Pareja – per April 8, 2025 Order

## Defendant Brent Gove's Discussion Points:

1. For factual background: the deposition of Brent Gove was noticed on March 17, 2025 by Plaintiffs in the above-captioned matter and the Roberts v. eXp Realty, LLC, matter [Case No: 2:23-CV-10492-AB-AGR], and it proceeded without issue for eight (8) hours on April 4, 2025, via remote conference only, where counsel for all parties, including for Xp Realty, LLC, attended remotely only.

2. Mr. Gove's deposition was not completed; therefore, a second portion was agreed upon by all counsel to take place on a later date. To that end, Mr. Gove proposed March 23, 2025 for the continued portion, either in-person in Puerto Rico, or via remote means.

3. On May 14, 2025, eXp Realty, LLC, served a new Notice of Deposition of Defendant Brent Gove [commandeering plaintiffs' original notice], demanding an in-person deposition of Mr. Gove in an arbitrary location - Coral Gables, Florida.

4. The discovery dispute is as follows: While agreeable to a continued, in-person deposition in his primary place of residence in Puerto Rico or a continued, remotely

held deposition, Mr. Gove objects to eXp Realty LLC's belated demand for an in-person deposition in Coral Gables, Florida, and plans to file a motion for a protective order.

Date: May 16, 2025

By: /s/ Jennifer A. Lenze
Jennifer A. Lenze (CA No 246858)
LENZE LAWYERS, PLC
999 Corporate Drive, Suite 100
Ladera Ranch, California 92694
Telephone (310) 322-8800
jlenze@lenzelawyers.com

Brooke F. Cohen TX 24007019 PHV Adm
Andrea S. Hirsch, GA 666557 PHV Adm
COHEN HIRSCH, LP
5256 Peachtree Road, Suite 195-E
Atlanta, Georgia 30341
Tel: (678) 268-4683
brooke@cohenhirsch.com
sandrea@cohenhirsch.com

Attorneys for Plaintiffs

DATED:   May 16, 2025

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    /s/ William E. Pallares
WILLIAM E. PALLARES
Attorneys for Defendants EXP REALTY,
LLC, EXP WORLD HOLDINGS, INC. and
GLENN SANFORD

4

1  DATED:  May 16, 2025                 CHESNOFF & SCHONFELD

2

3                                       By: _____/s/ Richard A. Schonfeld_____

4                                           RICHARD A. SCHONFELD
                                            Attorneys for Defendant MICHAEL L.
5                                           BJORKMAN

6

7  DATED:  May 16, 2025                 PETER K. LEVINE, APLC

8

9                                       By: _____/s/ Peter K. Levine_____

10                                          PETER K. LEVINE
                                            Attorneys for Defendants DAVID S.
11                                          GOLDEN

12

13 DATED:  May 16, 2025                 PHILLIPS SPALLAS & ANGSTADT LLP

14

15                                      By: _____/s/ George Morris_____

16                                          GEORGE MORRIS
                                            Attorneys for Defendant BRENT GOVE
17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record by way of email this 6th day of May 16, 2025

<u>/s/ Jennifer A. Lenze</u>
Jennifer A. Lenze

JOINT AGENDA