UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIOLA ACEVEDO, JANE DOE 1, JANE DOE 2, JANE DOE 3, and JOHN DOE 1,<br><br>Plaintiffs,<br><br>vs.<br><br>EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN; GLENN SANFORD; BRENT GOVE; and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv- 01304-AB-AGR<br><br>**ORDER TO MODIFY THE SCHEDULING ORDER PURSUANT TO *EX PARTE* APPLICATION** |

Having reviewed Defendants' *Ex Parte* Application to Modify the Scheduling Order (Dkt. No. 263) and Defendant Golden's Opposition (Dt. No. 264), the Court finds GOOD Cause to continue deadlines in the Scheduling Order as follows:

| Trial and Final Pretrial Conference Dates | New Modified Dates |
|---|---|
| Trial | February 17, 2026 at 8:30 AM |
| Final Pretrial Conference | January 30, 2026 at 11:00 AM |
| Last Day to Amend Pleadings and add parties | N/A |
| Non-Expert Discovery Cut-Off | October 3, 2025 |
| Expert Disclosures (Initial) | October 3, 2025 |
| Expert Disclosures (Rebuttal) | October 17, 2025 |
| Expert Discovery Cut-Off | November 7, 2025 |
| Last Day to Hear Motions (Friday) Rule 56 | November 7, 2025 |
| Deadline to Complete Settlement Conference | November 20, 2025 |
| Trial Filing (First Round) | January 27, 2026 |
| Trial Filing (Second round) | February 3, 2026 |

The moving parties also request a ruling that discovery in this case be coordinated with, and may be used as evidence in, the matter of *Anya Roberts v. eXp Realty, LLC, et al.* Case No. 2:23-CV-10492-AB-AGR. The cases "have common issues of fact and overlap relative to witnesses." Dkt. No. 263. The Court agrees that coordination will allow for more efficiency and reduced litigation costs. *See* Fed. R. Civ. P. 42(a)(3). Accordingly, the Court GRANTS the request to coordinate discovery in the two matters. Information produced in discovery may be used as evidence in both proceedings if it is otherwise admissible under the Federal Rules of Evidence and any other relevant authority.

**IT SO ORDERED**.

Dated: May 30, 2025

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE