UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV-23-01304-AB (AGRx)                    Date: June 17, 2025

Title      Fabiola Acevedo, et. al. v. eXp World Holdings, Inc., et.al.

Present: The Honorable:  Alicia G. Rosenberg, United States Magistrate Judge

|  K. Lozada  |  CS 06/17/2025  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jennifer A. Lenze | William Edward Pallares |
| Andrea S. Hirsch | Robert Z. DeMarco |
| Brooke F. Cohen | David Anthony Poull |
|  | Peter K. Levine |
|  | George M. Morris |

**Proceedings: ORDER RE: VIDEO DISCOVERY CONFERENCE**

    Case is called.  Counsel state their appearances.  The court and counsel conferred as stated on the record regarding the Joint Agenda (Dkt. No. 275) filed on June 16, 2025. Defendant Golden advised that Item (b) on page 2, lines 6-10 is withdrawn.

1. Defendant eXp objects generally to questioning regarding the reasons it suspended Defendant Golden.  This general objection is overruled.  As explained on the record, Golden's suspension from the company is directly relevant to Plaintiffs' claims and eXp's own defenses to those claims, and is proportional to the needs of the case.[1]  Fed. R. Civ. P. 26(b)(1).

2. The Order dated May 20, 2025 required Plaintiffs to either (a) identify each type of damages claimed in this case and, for each type, disclose the method(s) of calculating damages based on information currently available to them or (b) file a motion for protective order.  (Dkt. No. 265.)  Plaintiffs elected to make the disclosure.  The only issue before the court is the format of Plaintiff's disclosure.

---

[1]  The parties have not submitted any deposition transcripts and have not asked the court to rule on any specific question, objection, or instruction not to answer.  Therefore, the court has addressed only the general topic.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV-23-01304-AB (AGRx)                                    Date: June 17, 2025

Title        Fabiola Acevedo, et. al. v. eXp World Holdings, Inc., et.al.


IT IS ORDERED that Plaintiffs' damages information must be disclosed in either a supplemental Initial Disclosure under Fed. R. Civ. P. 26(a)(1)(A)(iii) or a supplemental answer to an appropriate interrogatory within 14 days after entry of this order.  *See* Fed. R. Civ. P. 26(e).

3.  IT IS ORDERED that a discovery conference is set on Friday, June 27, 2025 at 9:00 a.m. via Zoom in connection with the hearing already set on the date and time.  The steps to access the Zoom webinar are available on Judge Rosenberg's Procedures & Schedules page (www.cacd.uscourts.gov/honorable-alicia-g-rosenberg).

4.  IT IS ORDERED that counsel shall confer on June 24, 2025 and be prepared to address the following subjects at the June 27 discovery conference:

    a.  Deposition dates for Defendant Bjorkman.  It is anticipated that his deposition will take two days.
    b.  Deposition dates for Plaintiff Farrell-Nelson and Plaintiff Acevedo prior to August 8, 2025.
    c.  eXp shall advise the court whether it will challenge the attorneys eyes only designation on certain medical records.

5.  The court advised that it is holding the proposed orders for the remaining three Rule 35 examinations pending notice of the specific dates and locations for each examination.  IT IS ORDERED that counsel confer and notify the Courtroom Deputy Clerk of the respective dates and locations on or before June 27, 2025.


|  | 0:50 |
|---|---|
| **Initials of Preparer** | kl |