UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  CV-23-01304-AB (AGRx)          Date: June 27, 2025

Title   Fabiola Acevedo, et. al. v. eXp World Holdings, Inc., et.al.

Present: The Honorable:  Alicia G. Rosenberg, United States Magistrate Judge

| K. Lozada | CS 06/27/2025 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Andrea S. Hirsch | William Edward Pallares |
| Brooke F. Cohen | Richard A Schonfeld |
| | Peter K. Levine |
| | George M. Morris |

**Proceedings: ORDER RE: PLAINTIFFS' MOTION TO COMPEL COMPLAINT AND/OR COMPLAINT FILES AS TO EMPLOYEES OF DEFENDANT  (Dkt. No. 268)**

Case is called.  Counsel state their appearances.

Plaintiffs filed a motion to compel complaint and/or complaint files as to employees of Defendant eXp World Holdings, Inc. ("eXp").  (Dkt. No. 268-269.)  Defendant filed an opposition.  (Dkt. No. 271-274.)  Plaintiffs filed a reply.  (Dkt. No. 277-278.)  The matter came on for hearing.

Plaintiffs allege that eXp has a pattern and practice of protecting those accused of sexual assault or sexual harassment if the accused person has achieved the stature of providing a "significant financial benefit" to eXp. (Motion at 1.)  In that regard, Plaintiffs seek the complaint and/or complaint file about an ex-employee of eXp, Mr. Conord.

The record before the court is not clear as to whether an alleged complaint about Mr. Conord falls within the scope of discovery in Fed. R. Civ. P. 26(b)(1).  The court will conduct an *in camera* review of the pertinent complaint and complaint files.

In the meantime, counsel will confer regarding the scope of discovery requested by Plaintiffs in connection with their claims about the pattern and practice of protecting

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV-23-01304-AB (AGRx)                                                          Date: June 27, 2025

Title  Fabiola Acevedo, et. al. v. eXp World Holdings, Inc., et.al.

those accused persons who have a certain stature within eXp. If the parties cannot resolve their disputes, they will return to court.

    IT IS ORDERED that Plaintiffs' motion is GRANTED IN PART AND DENIED IN PART as follows:

1. On or before July 1, 2025, or another date mutually agreed, counsel shall confer regarding Plaintiffs' claims based on the stature of the accused persons, and the proposed scope of discovery in connection with those claims. If the parties cannot resolve their disputes, they will return to court.

2. On or before July 11, 2025, counsel for eXp shall submit to the court, for *in camera* review, the complaint and complaint files for any complaints of sexual assault or sexual harassment against ex-employee Mr. Conord.

                                                0:35

**Initials of Preparer**     kl