# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fabiola Acevedo, et. al.<br><br>Plaintiff(s)<br><br>v.<br><br>eXp World Holdings, Inc., et. al.<br><br>Defendant(s) | CASE NUMBER:<br><br>CV-23-01304-AB (AGRx)<br><br><br>**MOTION RE: INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Alicia G. Rosenberg . Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required      ☒ Hearing Required
☐ In-Person Court Hearing
☒ Video Conference
☐ Telephonic

Magistrate Judge  Alicia G. Rosenberg

Date/Time      Wednesday, July 30, 2025 at 2:00 p.m. PT

Courtroom:      Zoom - www.cacd.uscourts.gov/honorable-alicia-g-rosenberg

Dated:      July 30, 2025

By: _____ kl _____
Deputy Clerk