# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIOLA ACEVEDO, JANE DOE 1, JANE DOE 2, JANE DOE 3, and JOHN DOE 1,<br><br>Plaintiffs,<br><br>vs.<br><br>EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN; GLENN SANFORD; BRENT GOVE; and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv- 01304-AB-AGR<br><br>[Proposed] ORDER TO MODIFY THE SCHEDULING ORDER PURSUANT TO *EX PARTE* APPLICATION |

## ORDER TO MODIFY THE SCHEDULING ORDER PURSUANT TO EX PARTE APPLICATION

Having reviewed Defendants' *Ex Parte* Application to Modify the Scheduling Order (Dkt. No. 295) and Defendant Golden's Opposition (Dt. No. 296), the Court grants the modification request and hereby modifies the Scheduling Order as noted below. Absent exceptional circumstances, no further continuances will be allowed.

| Trial and Final Pretrial Conference Dates | Court Ordered | New Modified Dates |
|---|---|---|
| Trial | February 17, 2026 | July 13, 2026 |
| Final Pretrial Conference | January 30, 2026 | June 26, 2026 |
| Last Day to Amend Pleadings and add parties | N/A | N/A |
| Non-Expert Discovery Cut-Off | October 3, 2026 | December 1, 2025 |
| Expert Disclosures (Initial) | October 3, 2026 | December 22, 2025 |
| Expert Disclosures (Rebuttal) | October 17, 2026 | January 12, 2026 |
| Expert Discovery Cut-Off | November 7, 2026 | February 13, 2026 |
| Last Day to Hear Motions (Friday) Rule 56 | November 7, 2026 | April 3, 2026 |
| Deadline to Complete Settlement Conference | November 20, 2026 | April 17, 2026 |
| Trial Filing (First Round) | January 27, 2026 | June 5, 2026 |
| Trial Filing (Second round) | February 3, 2026 | June 12, 2026 |

IT IS SO ORDERED.

Dated: September 2, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE