# Exhibit "A"

| Date | George Morris | Richard Schonfeld | William Pallares | Peter Levine | Jennifer Lenze | Andrea Hirsch | Brooke Cohen | Deponent |
|---|---|---|---|---|---|---|---|---|
| Oct 1 (Wednesday) | ✓ | ✗ | | | ✓ | ✓ | ✓ | |
| Oct 3 (Friday) | | Demarco | | | ✓ | ✓ | ✓ | Jim Nuth - Arizona/remote |
| Oct 6 (Monday) | ✓ | ✗ | | ✓ | ✓ | ✓ | ✓ | |
| Oct 7 (Tuesday) | ✗ | ✓ | | ✗ | ✗ | ✓ | ✓ | Christie Green |
| Oct 8 (Wednesday) | ✓ | ✗ | | ✗ | ✓ | ✓ | ✓ | |
| Oct 9 (Thursday) | ✓ | ✗ | | | ✗ | ✓ | ✓ | |
| Oct 10 (Friday) | ✓ | ✗ | | | ✓ | ✓ | ✓ | Robert in surgery |
| Oct 13 (Monday) | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | Bjorkman |
| Oct 14 (Tuesday) | ✓ | ✗ | | ✓ | ✓ | ✓ | ✓ | |
| Oct 16 (Thursday) | ✓ | ✗ | | ✓ | ✓ | ✓ | ✓ | |
| Oct 17 (Friday) | ✗ | ✗ | | ✓ | | ✗ | ✗ | |
| Oct 21 (Tuesday) | ✗ | ✓ | | ✗ | ✓ | ✓ | ✓ | |
| Oct 22 (Wednesday) | ✗ | ✓ | | ✗ | ✓ | ✓ | ✓ | |
| Oct 23 (Thursday) | ✗ | ✓ | | ✓ | ✓ | ✓ | ✓ | LVPD Vegas Location TBD |
| Oct 24 (Friday) | ✗ | ✓ | | | ✓ | ✓ | ✓ | 30b6 Miami |
| Oct 28 (Tuesday) | ✗ | ✓ | | | ✓ | ✓ | ✓ | Tunks |
| Oct 29 (Wednesday) | ✗ | ✗ | | ✓ | ✓ | ✓ | ✓ | Bjorkman |
| Oct 30 (Thursday) | ✗ | ✗ | | | ✓ | ✓ | ✓ | |
| Oct 31 (Friday) | ✓ | ✗ | | ✓ | ✓ | ✓ | ✓ | |
| Nov 3 (Monday) | ✓ | ✗ | | | ✓ | ✓ | ✓ | |
| Nov 4 (Tuesday) | ✓ | ✗ | | | ✓ | ✓ | ✓ | |
| Nov 5 (Wednesday) | ✓ | ✗ | | | ✓ | ✓ | ✓ | |
| Nov 6 (Thursday) | ✓ | ✗ | | | ✗ | ✓ | ✓ | |
| Nov 7 (Friday) | ✓ | ✗ | | | ✓ | ✓ | ✓ | |
| Nov 10 (Monday) | ✓ | ✗ | | | ✓ | ✓ | ✓ | |
| Nov 11 (Tuesday) | ✓ | ✗ | | | ✓ | ✓ | ✓ | |
| Nov 12 (Wednesday) | ✓ | ✗ | | | ✓ | ✓ | ✓ | |
| Nov 13 (Thursday) | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | Anya Roberts |
| Nov 14 (Friday) | ✓ | ✗ | | | ✓ | ✗ | ✗ | |
| Nov 17 (Monday) | ✓ | ✓ | | | ✓ | ✓ | ✓ | Anya Roberts |
| Nov 18 (Tuesday) | ✓ | ✓ | | | ✓ | ✓ | ✓ | Golden |
| Nov 20 (Thursday) | ✓ | ✗ | | | ✓ | ✗ | ✗ | |
| Nov 21 (Friday) | ✓ | ✗ | | ✓ | ✓ | ✓ | ✓ | |
| Nov 24 (Monday) | ✓ | ✗ | | | ✓ | ✓ | ✓ | |

# EXHIBIT "A"