UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  CV-23-01304-AB (AGRx) | Date: October 10, 2025 |
| Title  Fabiola Acevedo, et. al. v. eXp World Holdings, Inc., et.al. | |

Present: The Honorable:  Alicia G. Rosenberg, United States Magistrate Judge

| K. Lozada | CS 10/10/2025 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jennifer A. Lenze | William Edward Pallares |
| Andrea S. Hirsch | Ivy A. Wang |
| Brooke F. Cohen | Richard A. Schonfeld |
| | David Anthony Poull |
| | Peter K. Levine |
| | George M. Morris |

**Proceedings: ORDER RE: VIDEO DISCOVERY CONFERENCE**

Case is called. Counsel state their appearances. The court and counsel conferred as stated on the record regarding the Joint Agenda (Dkt. No. 320) filed on October 9, 2025. The parties advise the court that the issue regarding production of a Google document is withdrawn.

Based on discussion with counsel, IT IS ORDERED that:

1. Mr. Bjorkman shall appear for deposition on October 13, 2025 at a time/location to be mutually agreed by counsel. Plaintiffs will complete questioning of Mr. Bjorkman on October 13, 2025. Mr. Pallares shall be prepared to commence questioning of Mr. Bjorkman in the event Plaintiffs complete their questioning with time remaining.

   Mr. Bjorkman shall appear for deposition on October 29, 2025 at a time/location to be mutually agreed by counsel. Defendants will complete questioning of Mr. Bjorkman on October 29, 2025.

2. Ms. Farrell-Nelson shall appear for deposition on October 21, 2025 at a time/location to be mutually agreed by counsel.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV-23-01304-AB (AGRx)                                            Date: October 10, 2025

Title  Fabiola Acevedo, et. al. v. eXp World Holdings, Inc., et.al.

3. Mr. Golden shall appear for deposition on October 22, 2025 at a time/location to be mutually agreed by counsel.  Defendants will complete questioning of Mr. Golden on October 22, 2025.  Plaintiffs shall be prepared to question Mr. Golden on October 22, 2025 in the event that there is time remaining.

   Mr. Golden will hold open the date of November 19, 2025 for further questioning by Plaintiffs in the event (a) the parties agree to do so or (b) the court orders additional time for Plaintiffs to complete questioning of Mr. Golden.

4. Ms. Acevedo shall appear for deposition on November 10, 2025 at a time/location to be mutually agreed by counsel.

5. Defendant eXp's counsel will get back to Plaintiffs' counsel (a) by October 15, 2025 regarding an estimated date for production of eXp documents identified on the record; and (b) by October 17, 2025 regarding an estimated date for production of documents from Deloitte identified on the record.

0:50

**Initials of Preparer**   kl