WILLIAM E. PALLARES, SB# 187740
E-Mail: William.Pallares@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

MACK H. REED, (admitted pro hac MN SB# 0398703)
E-Mail: Mack.Reed@lewisbrisbois.com
MAKENZIE L. KRAUSE, (admitted pro hac MN SB# 0401841)
E-Mail: Makenzie.Krause@lewisbrisbois.com
AMANDA G. SPEROW, (admitted pro hac MN SB# 0403200)
E-Mail: Amanda.Sperow@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
90 South 7th Street, Suite 2800
Minneapolis, MN 55402
Telephone: 612.428.5000
Facsimile: 612.428.5001

Attorneys for Defendants eXp REALTY, LLC, eXp WORLD HOLDINGS, INC. and GLENN SANFORD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIOLA ACEVEDO, JANE DOE 1, JANE DOE 2, JANE DOE 3, and JOHN DOE 1,<br><br>Plaintiffs,<br><br>vs.<br><br>EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN; GLENN SANFORD; BRENT GOVE; and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv- 01304-AB-AGR<br><br>**JOINT AGENDA RE DISCOVERY DISPUTE RE SCHEDULING DEPOSITIONS**<br><br>Trial Date:       July 13, 2026 |

# JOINT AGENDA

Counsel for defendants eXp Realty, LLC, eXp World Holdings, Inc., and Glenn Sanford (collectively "eXp Defendants"), plaintiffs Fabiola Acevedo, Tami Sims, Christiana Lundy, and Megan Farrell-Nelson (together "the Plaintiffs"), Defendant Michael Bjorkman, Defendant Brent Gove and Defendant David Golden (collectively the "Parties") hereby submit their Joint Agenda as to their discovery dispute:

**A.  eXp' Discussion Points.**

eXp seeks an order compelling compliance with the courts order of October 10, 2025 (Dkt. No. 321) wherein Defendant David Golden was ordered to appear for his deposition on October 22, 2025. The parties learned on October 13, 2025 that counsel for Defendant Golden will not produce Mr. Golden for his deposition on October 22, 2025;

eXp further seeks an order setting the deposition of Plaintiff Megan Farrell-Nelson to take place in Orlando, Fla.;

eXp further seeks an order setting the deposition of Jason Gesing, third-party witness, for October 24, 2025 at Newburyport, MA; and

eXp further seeks an order setting the deposition of James Bramble, chief counsel for eXp, for October 31, 2025 in Costa Mesa, CA.

**B.  Plaintiffs' Discussion Points.**

a.  Plaintiffs seek a date certain for the 30(b)(6) Deposition related to Revenue Share.

b.  Plaintiffs seek discovery on the financial condition of the Defendants.

c.  Plaintiffs seek certainty on the time allotment amongst Defendants for the third session of depositions of Plaintiffs Ms. Farrell-Nelson and Ms. Acevedo.

d.  Plaintiffs seek assistance in the location for the third session of the deposition of Ms. Acevedo to a more convenient location than Miami.

e. Plaintiffs have already agreed to Plaintiff Megan Farrell-Nelson's deposition in Orlando—this issue is moot.

C. **Defendant David Golden's Discussion Points.**

a. Mr. Golden is requesting modification to the Oct. 10, 2025 Order compelling his depositions for Oct. 22, 2025. Mr. Golden has a pre-paid trip from October 18 to October 22, 2025. Mr. Golden is requesting his deposition be moved five days to October 27, 2025. He booked the trip (pre-paid) on October 8, 2025. Counsel for Mr. Golden was not aware of his client's unavailability at the time of the appearance before the Magistrate on October 10, 2025. Should the Court consider modifying its Order, Mr. Golden has no objection to the discussion points set forth by Defendants Bjorkman and Gove, below.

b. The depositions of Cory Haggard, James Bramble and Jason Gesing were not completed.

c. Mr. Golden seeks assistance compelling Cory Haggard to answer several deposition questions. First, Mr. Haggard was instructed not to answer questions related to the attached document. See Exhibit "A". Second, Mr. Haggard was also instructed not to answer several questions based on attorney client privilege.

d. Compel eXp to produce documents in response to Golden's Fifth Request for Production of Documents,, Request Nos. 4, 7, 8, and 10. See Exhibit "B" attached.

e. Further, Defendant Golden objects to Plaintiffs' topic of financial discovery as there has been no meet and confer.

D. **Defendant Brent Gove's Discussion Points.**

Defendant Gove joins in eXp's position. At the prior magistrate hearing, Mr. Gove's counsel previously agreed that Mr. Golden's deposition would proceed October 22, 2025 with the parties' understanding Mr. Gove's counsel is not available October 23 to November 1, 2025 and would need to question Mr. Golden. In the

event the Court grants Mr. Golden's request, a November date would suffice for his deposition.

### E. **Defendant Michael Bjorkman's Discussion Points.**

In the event that Mr. Golden's deposition is rescheduled to October 27, 2025, Defendant Bjorkman's counsel is not available on October 27, 2025, until 11:00 a.m. As such, should the court order Mr. Golden's deposition on October 27, 2025, Defendant Bjorkman seeks an order that the deposition commence no sooner than 11:00 a.m. PST.

Further, Defendant Bjorkman objects to Plaintiffs' topic of financial discovery as there has been no meet and confer.

Respectfully submitted,

DATED: October 16, 2025                LEWIS BRISBOIS BISGAARD & SMITH LLP

By:     /s/ William E. Pallares
WILLIAM E. PALLARES
Attorneys for Defendants eXp REALTY, LLC, eXp WORLD HOLDINGS, INC. and GLENN SANFORD

DATED: October 16, 2025        GREENBERG TRAURIG, LLP

By:  /s/ Ivy A. Wang
IVY ANN WANG
Attorneys for Defendants eXp REALTY, LLC, eXp WORLD HOLDINGS, INC. and GLENN SANFORD

DATED: October 16, 2025        COHEN & HIRSCH

By:  /s/ Andrea Hirsch
ANDREA HIRSCH
Attorneys for Plaintiffs FABIOLA ACEVEDO, TAMI SIMS, CHRISTIANA LUNDY, JANE DOE 3 and JOHN DOE 1

DATED: October 16, 2025        CHESNOFF & SCHONFELD

By:  /s/ Richard A. Schonfeld
RICHARD A. SCHONFELD
Attorneys for Defendant MICHAEL L. BJORKMAN

DATED: October 16, 2025        CANNON & NELMS, P.C.

By:  /s/ David A. Poull
DAVID A. POULL
Attorneys for Defendants DAVID S. GOLDEN

| | | |
|---|---|---|
| 1 | DATED:  October 16, 2025 | PETER K. LEVINE, APLC |
| 2 | | |
| 3 | | By:     /s/ Peter K. Levine |
| 4 | | PETER K. LEVINE |
| 5 | | Attorneys for Defendants DAVID S. GOLDEN |
| 7 | DATED:  October 16, 2125 | PHILLIPS SPALLAS & ANGSTADT LLP |
| 9 | | By:     /s/ George Morris |
| 10 | | GEORGE MORRIS |
| | | Attorneys for Defendant BRENT GOVE |

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October, 2025, I electronically filed the foregoing JOINT AGENDA RE DISCOVERY DISPUTE with the Clerk of the Court using the CM/ECF system.

/s/ Debbie Wilhelm