# EXHIBIT B

EXHIBIT "B"

**STATE OF NEVADA**
**DEPARTMENT OF BUSINESS AND INDUSTRY**
**REAL ESTATE DIVISION**
3300 W. Sahara Ave., Suite 350, Las Vegas, Nevada 89102
(702) 486-4033 / realest@red.nv.gov / http://red.nv.gov/



# REAL ESTATE TERMINATION FORM

All sections **must** be completed by broker or authorized signer except for item 4.
Form will be **voided and returned** to the broker if all sections are not completed.

## 1. LICENSEE INFORMATION:

Termination Date: 05/10/2023

First Name: David    Middle Name: ____    Last Name: Golden

License Number: S.0057742.LLC

Residence Address: 2700 Las Vegas Blvd S 1110

City: LAS VEGAS    State: NEVADA    Zip: 89109

Phone Number: (702) 469-3402

## 2. REASON FOR TERMINATION OF EMPLOYMENT:

[✓] CIRCUMSTANCES:

Terminated from eXp for being out of compliance with the MLS

[ ] DECEASED: Date of decease required: ____

Also attach a copy of an obituary or the certificate of death.

## 3. SIGNATURE OF BROKER, DEVELOPER OR AUTHORIZED SALESMANAGER:

Name of Business: eXp Realty LLC    License Number: B.0144881

First Name: Spencer    Middle Name: ____    Last Name: Walden

Signature: [signature]

## 4. SIGNATURE OF LICENSED SALESPERSON OR BROKER SALESPERSON:

Signature of Licensee Named in Section 1: ____    Date: ____

## 5. HAND DELIVERY PERMISSION:

____ has permission to hand carry license to the Real Estate Division.

Signature (Broker Authorized Broker-Salesperson): ____

Revised 6/18/2021    Page **2** of **2**    505

RF 5.15.23




Termination Date: 05/10/2023
License Number: S.0057742.LLC
Address: 2700 Las Vegas Blvd S 1110, Las Vegas, NV 89109

David Golden,

The Division requires this letter to be sent to notify you have been terminated from eXp Realty and your license is/has been returned to the Division.

You must continue to cease any and all real estate activities under eXp. These activities include, but are not limited to, showing properties, conversing with current or prospective clients, and hosting open houses. Any active listings and/or open contracts shall be immediately assigned to another agent.

The State Department of Licensing deems it a serious offense to practice real estate without an active license. eXp Realty LLC is hereby held harmless against any actions taken by you in the future.

Sincerely,

Spencer Walden

Designated Managing Broker
License # B.0144881 LLC
EXP Realty LLC

# REAL ESTATE LICENSE

## STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY

**NOT TRANSFERABLE**          **REAL ESTATE DIVISION**          **NOT TRANSFERABLE**

This is to Certify That: DAVID S GOLDEN

License Number: S.0057742.LLC

Is duly authorized to act as a real estate SALESPERSON
from the issue date to the expiration date at the business address stated here in, unless license is sooner revoked, cancelled, withdrawn, or invalidated.

Issue Date: November 15, 2022

Expire Date: September 30, 2024

In Witness Whereof, THE DEPARTMENT OF BUSINESS AND INDUSTRY REAL ESTATE DIVISION, by virtue of the authority vested in Chapter 645 of the Nevada Revised Statues, has caused the license to be issued with its Seal printed thereon. This license must be conspicuously displayed in place of business

FOR: EXP REALTY LLC
10845 GRIFFITH PEAK DR #2
LAS VEGAS, NV 89135

REAL ESTATE DIVISION

**SHARATH CHANDRA**
*Administrator*