Jennifer A. Lenze, Esq., CA Bar No. 246858
LENZE LAWYERS, PLC
999 Corporate Drive, Suite 100
Ladera Ranch, California 92694
Tel: (310) 322-8800 F: (310) 322-8811
jlenze@lenzelawyers.com
Attorney for Plaintiffs

Brooke Cohen, Esq., TX Bar No. 24007019 PHV Admitted
Andrea Hirsch, Esq., GA Bar No. 666557 PHV Admitted
COHEN HIRSCH, LP
5256 Peachtree Road, Suite 195-E
Atlanta, Georgia 30341
Tel: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIOLA ACEVEDO, CHRISTY LUNDY, TAMI SIMS, MEGAN FARRELL-NELSON,<br>    Plaintiffs,<br>    v.<br>EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN; GLENN SANFORD; BRENT GOVE; and DOES 1-10,<br>    Defendants. | Case No. 2:23-CV-01304-AB-AGR<br><br>Hon. Andrea Birotte, Jr.<br><br>**EX PARTE APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

NOTICE IS HEREBY GIVEN that in accordance with Local Rule 79.5.2.2, of the Central District of California, Plaintiffs hereby apply for an order permitting them to file under seal the following: Exhibit "A" of the Declaration of Andrea Hirsch in support of Plaintiffs' Ex Parte Application for Protective Order Under Fed. R. Civ. P. 26(c) and Rule 412.

## REASONS TO SUPPORT RELIEF REQUESTED

Good cause exists to seal Exhibit "A" of the Declaration of Andrea Hirsch to Plaintiffs' Application for Protective Order Under Fed. R. Civ. 26(c) and Rule 412. See Declaration of Andrea Hirsch and Plaintiffs' Ex Parte Application for Protective Order. The aforementioned documents discuss testimony and evidence that remains confidential pursuant to the Protective Order in this action.

Date: October 29, 2025        By: /s/ Jennifer A. Lenze
            Jennifer A. Lenze (CA No 246858)
            LENZE LAWYERS, PLC
            999 Corporate Drive, Suite 100
            Ladera Ranch, California 92694
            Telephone (310) 322-8800
            jlenze@lenzelawyers.com

            Brooke F. Cohen TX 24007019 PHV Adm
            Andrea S. Hirsch, GA 666557 PHV Adm
            COHEN HIRSCH, LP
            5256 Peachtree Road, Suite 195-E
            Atlanta, Georgia 30341
            Tel: (678) 268-4683

brooke@cohenhirsch.com
andrea@cohenhirsch.com

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record by way of the Court's CM/ECF filing system this 29th day of October 2025.

/s/ Andrea S. Hirsch
Andrea S. Hirsch