Jennifer A. Lenze, Esq., CA Bar No. 246858
LENZE LAWYERS, PLC
999 Corporate Drive, Suite 100
Ladera Ranch, California 92694
Tel: (310) 322-8800 F: (310) 322-8811
jlenze@lenzelawyers.com
Attorney for Plaintiffs

Brooke Cohen, Esq., TX Bar No. 24007019 PHV Admitted
Andrea Hirsch, Esq., GA Bar No. 666557 PHV Admitted
COHEN HIRSCH, LP
5256 Peachtree Road, Suite 195-E
Atlanta, Georgia 30341
Tel: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIOLA ACEVEDO, CHRISTY LUNDY, TAMI SIMS, MEGAN FARRELL-NELSON,<br>    Plaintiffs,<br>    v.<br>EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN; GLENN SANFORD; BRENT GOVE; and DOES 1-10,<br>    Defendants. | Case No. 2:23-CV-01304-AB-AGR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL** |

This Matter, having come before the Court on the Plaintiffs' Application for Leave to File Documents Under Seal and upon argument of counsel and for good cause shown that the Application should be granted.

IT IS HEREBY ORDERED that Plaintiffs are granted leave to file under seal Exhibit "A" of the Declarations of Andrea Hirsch in support of the Plaintiffs' Ex Parte Application for Protective Order Under Fed. R. Civ. P. 26(c) and Rule 412.

Date: _____, 2025.

_____
Hon. Alicia G. Rosenberg
District States Magistrate Judge
Central District of California