RICHARD A. SCHONFELD
California Bar No. 202182
CHESNOFF & SCHONFELD
520 S. 4th Street
Las Vegas, Nevada 89101
(702) 384-5563
rschonfeld@cslawoffice.net
Attorney for Defendant
Michael Bjorkman

# UNTIED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FABIOLA ACEVEDO, TAMI SIMS, CHRISTIANA LUNDY and MEGAN FARRELL-NELSON,** | ) Case No. 2:23-CV-01304-AB-AGR |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) **DEFENDANT MICHAEL** |
| | ) **BJORKMAN'S ANSWER** |
| **EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVIS S. GOLDEN; GLENN SANFORD; BRENT GOVE; and DOES 1-10,** | ) **TO THIRD AMENDED** |
| | ) **COMPLAINT AND HIS DEMAND** |
| | ) **FOR JURY TRIAL** |
| | ) |
| | ) |
| **Defendants.** | ) |

COMES NOW, Defendant Michael Bjorkman, by and through his counsel of record, RICHARD A. SCHONFELD, ESQ., of the law offices of CHESNOFF & SCHONFELD, and hereby files his Answer to Plaintiffs' Third Amended Complaint ("Complaint") as follows:

---

Any allegation not specifically addressed by Defendant in this Answer shall be considered a denial of the same.

1.    Answering Paragraph 1 of Plaintiffs' Complaint, the Defendant denies the allegations;

2.    Answering Paragraph 2 of Plaintiffs' Complaint, Defendant denies the allegations;

3.    Answering Paragraph 3 of Plaintiffs' Complaint, the Defendant denies the allegations;

4.    Answering Paragraph 4 of Plaintiffs' Complaint, the Defendant denies the allegations;

5.    Answering Paragraph 5 of Plaintiffs' Complaint, the Defendant denies the allegations;

6.    Answering Paragraph 6 of Plaintiffs' Complaint, the Defendant denies the allegations;

7.    Answering Paragraph 7 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

8.    Answering Paragraph 8 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

9.    Answering Paragraph 9 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies

the allegations;

10.    Answering Paragraph 10 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

11.    Answering Paragraph 11 of Plaintiffs' Complaint, the Defendant admits the allegations;

12.    Answering Paragraph 12 of Plaintiffs' Complaint, the Defendant admits the allegations;

13.    Answering Paragraph 13 of Plaintiffs' Complaint, the Defendant admits that he is a resident of the State of California, residing in Ventura County.  Defendant further admits that he is a former real estate agent with Defendant eXp Realty.  Defendant denies the remainder of the allegations;

14.    Answering Paragraph 14 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

15.    Answering Paragraph 15 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

16.    Answering Paragraph 16 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

17.     Answering Paragraph 17 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

18.     Answering Paragraph 18 of Plaintiffs' Complaint, the Defendant admits that eXp Realty is a multi-level marketing real estate company that is publicly traded on the NASDAQ. As to the remainder of the allegations, Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

19.     Answering Paragraph 19 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

20.     Answering Paragraph 20 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

21.     Answering Paragraph 21 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

22.     Answering Paragraph 22 of Plaintiffs' Complaint, the Defendant denies the allegations;

23.     Answering Paragraph 23 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

24.     Answering Paragraph 24 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

25.     Answering Paragraph 25 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

26.     Answering Paragraph 26 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

27.     Answering Paragraph 27 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

28.     Answering Paragraph 28 of Plaintiffs' Complaint, the Defendant denies the allegations as written;

29.     Answering Paragraph 29 of Plaintiffs' Complaint, the Defendant denies the allegations as written;

30.     Answering Paragraph 30 of Plaintiffs' Complaint, the Defendant denies the allegations as written;

31.     Answering Paragraph 31 of Plaintiffs' Complaint, the Defendant denies the allegations as written;

32.   Answering Paragraph 32 of Plaintiffs' Complaint, the Defendant denies the allegations as written;

33.   Answering Paragraph 33 of Plaintiffs' Complaint, while there is no time frame alleged, the Defendant admits that he and Defendant Golden were at one time real estate agents of Defendant eXp Realty;

34.   Answering Paragraph 34 of Plaintiffs' Complaint, the allegations are vague and ambiguous and therefor denies the allegations as written;

35.   Answering Paragraph 35 of Plaintiffs' Complaint, the Defendant denies the allegations as written;

36.   Answering Paragraph 36 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

37.   Answering Paragraph 37 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

38.   Answering Paragraph 38 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

39.   Answering Paragraph 39 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

40. Answering Paragraph 40 of Plaintiffs' Complaint, the Defendant denies the allegations;

41. Answering Paragraph 41 of Plaintiffs' Complaint, the Defendant denies the allegations;

42. Answering Paragraph 42 of Plaintiffs' Complaint, the Defendant denies the allegations;

43. Answering Paragraph 43 of Plaintiffs' Complaint, the Defendant denies the allegations;

44. Answering Paragraph 44 of Plaintiffs' Complaint, the Defendant denies the allegations;

45. Answering Paragraph 45 of Plaintiffs' Complaint, the Defendant denies the allegations;

46. Answering Paragraph 46 of Plaintiffs' Complaint, the Defendant denies the allegations;

47. Answering Paragraph 47 of Plaintiffs' Complaint, the Defendant denies the allegations;

48. Answering Paragraph 48 of Plaintiffs' Complaint, the Defendant denies the allegations;

49. Answering Paragraph 49 of Plaintiffs' Complaint, the Defendant denies the allegations;

50.    Answering Paragraph 50 of Plaintiffs' Complaint, the Defendant denies the allegations;

51.    Answering Paragraph 51 of Plaintiffs' Complaint, the Defendant denies the allegations;

52.    Answering Paragraph 52 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

53.    Answering Paragraph 53 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

54.    Answering Paragraph 54 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

55.    Answering Paragraph 55 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

56.    Answering Paragraph 56 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

57.    Answering Paragraph 57 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies

the allegations;

58.    Answering Paragraph 58 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

59.    Answering Paragraph 59 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

60.    Answering Paragraph 60 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

61.    Answering Paragraph 61 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

62.    Answering Paragraph 62 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

63.    Answering Paragraph 63 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

64.    Answering Paragraph 64 of Plaintiffs' Complaint, the Defendant admits that he was a licensed real estate agent in the State of California in 2018, and further admits that Defendant

Golden encouraged him to join eXp realty, Defendant denies the remainder of the allegations;

65.    Answering Paragraph 65 of Plaintiffs' Complaint, the Defendant admits the allegations;

66.    Answering Paragraph 66 of Plaintiffs' Complaint, the Defendant admits the allegations;

67.    Answering Paragraph 67 of Plaintiffs' Complaint, the Defendant denies the allegations as written;

68.    Answering Paragraph 68 of Plaintiffs' Complaint, the Defendant denies the allegations as written;

69.    Answering Paragraph 69 of Plaintiffs' Complaint, the Defendant denies the allegations;

70.    Answering Paragraph 70 of Plaintiffs' Complaint, the Defendant denies the allegations;

71.    Answering Paragraph 71 of Plaintiffs' Complaint, the Defendant admits that he was arrested as a result of a warrant issued in Las Vegas, Nevada, with a case that was later dismissed.  Defendant denies the remainder of the allegations;

72.    Answering Paragraph 72 of Plaintiffs' Complaint, the Defendant admits that a Declaration of Warrant/Summons was submitted in conjunction with the Las Vegas, Nevada, case that was later dismissed.  The Defendant denies the remainder of the allegations;

73.    Answering Paragraph 73 of Plaintiffs' Complaint, the Defendant denies the allegations;

74.     Answering Paragraph 74 of Plaintiffs' Complaint, the Defendant denies the allegations;

75.     Answering Paragraph 75 of Plaintiffs' Complaint, the Defendant denies the allegations;

76.     Answering Paragraph 76 of Plaintiffs' Complaint, the Defendant denies the allegations;

77.     Answering Paragraph 77 of Plaintiffs' Complaint, the Defendant denies the allegations;

78.     Answering Paragraph 78 of Plaintiffs' Complaint, the Defendant denies the allegations;

79.     Answering Paragraph 79 of Plaintiffs' Complaint, the Defendant denies the allegations;

80.     Answering Paragraph 80 of Plaintiffs' Complaint, the Defendant denies the allegations;

81.     Answering Paragraph 81 of Plaintiffs' Complaint, the Defendant denies the allegations;

82.     Answering Paragraph 82 of Plaintiffs' Complaint, the Defendant denies the allegations;

83.     Answering Paragraph 83 of Plaintiffs' Complaint, the Defendant denies the allegations;

84. Answering Paragraph 84 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

85. Answering Paragraph 85 of Plaintiffs' Complaint, the Defendant admits the allegations;

86. Answering Paragraph 86 of Plaintiffs' Complaint, the Defendant denies the allegations as written;

87. Answering Paragraph 87 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

88. Answering Paragraph 88 of Plaintiffs' Complaint, the Defendant denies the allegations;

89. Answering Paragraph 89 of Plaintiffs' Complaint, the Defendant denies the allegations;

90. Answering Paragraph 90 of Plaintiffs' Complaint, the Defendant denies the allegations;

91. Answering Paragraph 91 of Plaintiffs' Complaint, the Defendant denies the allegations;

92. Answering Paragraph 92 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

93.    Answering Paragraph 93 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

94.    Answering Paragraph 94 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

95.    Answering Paragraph 95 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

96.    Answering Paragraph 96 of Plaintiffs' Complaint, the Defendant denies the allegations;

97.    Answering Paragraph 97 of Plaintiffs' Complaint, the Defendant denies the allegations;

98.    Answering Paragraph 98 of Plaintiffs' Complaint, the Defendant denies the allegations;

99.    Answering Paragraph 99 of Plaintiffs' Complaint, the Defendant denies the allegations;

100.    Answering Paragraph 100 of Plaintiffs' Complaint, the Defendant denies the allegations;

101.    Answering Paragraph 101 of Plaintiffs' Complaint, the Defendant denies the allegations;

102.    Answering Paragraph 102 of Plaintiffs' Complaint, the Defendant denies the allegations;

103.    Answering Paragraph 103 of Plaintiffs' Complaint, the Defendant denies the allegations;

104.    Answering Paragraph 104 of Plaintiffs' Complaint, the Defendant denies the allegations;

105.    Answering Paragraph 105 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

106.    Answering Paragraph 106 of Plaintiffs' Complaint, the Defendant denies the allegations;

107.    Answering Paragraph 107 of Plaintiffs' Complaint, the Defendant denies the allegations;

108.    Answering Paragraph 108 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

109.    Answering Paragraph 109 of Plaintiffs' Complaint, the Defendant denies the allegations;

110.    Answering Paragraph 110 of Plaintiffs' Complaint, the Defendant denies the allegations;

111.    Answering Paragraph 111 of Plaintiffs' Complaint, the Defendant denies the allegations;

112.    Answering Paragraph 112 of Plaintiffs' Complaint, the Defendant denies the allegations;

113.    Answering Paragraph 113 of Plaintiffs' Complaint, the Defendant denies the allegations;

114.    Answering Paragraph 114 of Plaintiffs' Complaint, the Defendant denies the allegations;

115.    Answering Paragraph 115 of Plaintiffs' Complaint, the Defendant denies the allegations;

116.    Answering Paragraph 116 of Plaintiffs' Complaint, the Defendant denies the allegations;

117.    Answering Paragraph 117 of Plaintiffs' Complaint, the Defendant denies the allegations;

118.    Answering Paragraph 118 of Plaintiffs' Complaint, the Defendant denies the allegations;

119.    Answering Paragraph 119 of Plaintiffs' Complaint, the Defendant denies the allegations;

120.    Answering Paragraph 120 of Plaintiffs' Complaint, the Defendant denies the allegations;

121.    Answering Paragraph 121 of Plaintiffs' Complaint, this paragraph calls for a legal conclusion and the Defendant denies the allegations;

122.    Answering Paragraph 122 of Plaintiffs' Complaint, this paragraph calls for a legal conclusion and the Defendant denies the allegations;

123.    Answering Paragraph 123 of Plaintiffs' Complaint, this paragraph calls for a legal conclusion and the Defendant denies the allegations;

124.    Answering Paragraph 124 of Plaintiffs' Complaint, this paragraph calls for a legal conclusion and the Defendant denies the allegations;

125.    Answering Paragraph 125 of Plaintiffs' Complaint, the Defendant denies the allegations;

126.    Answering Paragraph 126 of Plaintiffs' Complaint, the Defendant denies the allegations;

127.    Answering Paragraph 127 of Plaintiffs' Complaint, the Defendant denies the allegations;

128.    Answering Paragraph 128 of Plaintiffs' Complaint, the Defendant denies the allegations;

129.    Answering Paragraph 129 of Plaintiffs' Complaint, the Defendant denies the allegations;

130.    Answering Paragraph 130 of Plaintiffs' Complaint, the Defendant denies the allegations;

131.     Answering Paragraph 131 of Plaintiffs' Complaint, the Defendant denies the allegations;

132.     Answering Paragraph 132 of Plaintiffs' Complaint, the Defendant denies the allegations;

133.     Answering Paragraph 133 of Plaintiffs' Complaint, the Defendant denies the allegations;

134.     Answering Paragraph 134 of Plaintiffs' Complaint, the Defendant denies the allegations;

135.     Answering Paragraph 135 of Plaintiffs' Complaint, the Defendant denies the allegations;

136.     Answering Paragraph 136 of Plaintiffs' Complaint, the Defendant denies the allegations;

137.     Answering Paragraph 137 of Plaintiffs' Complaint, the Defendant denies the allegations;

138.     Answering Paragraph 138 of Plaintiffs' Complaint, the Defendant denies the allegations;

139.     Answering Paragraph 139 of Plaintiffs' Complaint, the Defendant denies the allegations;

140.     Answering Paragraph 140 of Plaintiffs' Complaint, the Defendant denies the allegations;

141.     Answering Paragraph 141 of Plaintiffs' Complaint, the Defendant denies the allegations;

142.     Answering Paragraph 142 of Plaintiffs' Complaint, the Defendant denies the allegations;

143.     Answering Paragraph 143 of Plaintiffs' Complaint, the Defendant admits that Plaintiff Sims is a real estate agent and that she and Defendant did business together.  The Defendant denies the remainder of the allegations;

144.     Answering Paragraph 144 of Plaintiffs' Complaint, the Defendant denies the allegations;

145.     Answering Paragraph 145 of Plaintiffs' Complaint, the Defendant denies the allegations;

146.     Answering Paragraph 146 of Plaintiffs' Complaint, the Defendant denies the allegations;

147.     Answering Paragraph 147 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

148.     Answering Paragraph 148 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

149.     Answering Paragraph 149 of Plaintiffs' Complaint, the Defendant denies the allegations;

DEFENDANT MICHAEL BJORKMAN'S ANSWER TO THIRD AMENDED COMPLAINT

-18-

150. Answering Paragraph 150 of Plaintiffs' Complaint, the Defendant denies the allegations;

151. Answering Paragraph 151 of Plaintiffs' Complaint, the Defendant denies the allegations;

152. Answering Paragraph 152 of Plaintiffs' Complaint, the Defendant denies the allegations;

153. Answering Paragraph 153 of Plaintiffs' Complaint, the Defendant denies the allegations;

154. Answering Paragraph 154 of Plaintiffs' Complaint, the Defendant denies the allegations;

155. Answering Paragraph 155 of Plaintiffs' Complaint, the Defendant denies the allegations;

156. Answering Paragraph 156 of Plaintiffs' Complaint, the Defendant denies the allegations;

157. Answering Paragraph 157 of Plaintiffs' Complaint, the Defendant denies the allegations;

158. Answering Paragraph 158 of Plaintiffs' Complaint, the Defendant denies the allegations;

159. Answering Paragraph 159 of Plaintiffs' Complaint, the Defendant denies the allegations;

160. Answering Paragraph 160 of Plaintiffs' Complaint, the Defendant denies the allegations;

161. Answering Paragraph 161 of Plaintiffs' Complaint, the Defendant denies the allegations;

162. Answering Paragraph 162 of Plaintiffs' Complaint, the Defendant denies the allegations;

163. Answering Paragraph 163 of Plaintiffs' Complaint, the Defendant denies the allegations;

164. Answering Paragraph 164 of Plaintiffs' Complaint, the Defendant denies the allegations;

165. Answering Paragraph 165 of Plaintiffs' Complaint, the Defendant denies the allegations;

166. Answering Paragraph 166 of Plaintiffs' Complaint, the Defendant denies the allegations;

167. Answering Paragraph 167 of Plaintiffs' Complaint, the Defendant denies the allegations;

168. Answering Paragraph 168 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

169. Answering Paragraph 169 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore

1 denies the allegations;

2      170.    Answering Paragraph 170 of Plaintiffs' Complaint, the Defendant denies the

3 allegations;

4      171.    Answering Paragraph 171 of Plaintiffs' Complaint, the Defendant denies the

5 allegations;

6      172.    Answering Paragraph 172 of Plaintiffs' Complaint, the Defendant denies the

7 allegations;

8      173.    Answering Paragraph 173 of Plaintiffs' Complaint, the Defendant denies the

9 allegations;

10     174.    Answering Paragraph 174 of Plaintiffs' Complaint, the Defendant denies the

11 allegations;

12     175.    Answering Paragraph 175 of Plaintiffs' Complaint, the Defendant denies the

13 allegations;

14     176.    Answering Paragraph 176 of Plaintiffs' Complaint, the Defendant denies the

15 allegations;

16     177.    Answering Paragraph 177 of Plaintiffs' Complaint, the Defendant denies the

17 allegations;

18     178.    Answering Paragraph 178 of Plaintiffs' Complaint, the Defendant denies the

19 allegations;

20     179.    Answering Paragraph 179 of Plaintiffs' Complaint, the Defendant denies the

21 allegations;

180.    Answering Paragraph 180 of Plaintiffs' Complaint, the Defendant denies the allegations;

181.    Answering Paragraph 181 of Plaintiffs' Complaint, the Defendant denies the allegations;

182.    Answering Paragraph 182 of Plaintiffs' Complaint, the Defendant denies the allegations;

183.    Answering Paragraph 183, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

184.    Answering Paragraph 184 of Plaintiffs' Complaint, the Defendant denies the allegations;

185.    Answering Paragraph 185 of Plaintiffs' Complaint, the Defendant is without sufficient information with which to form a basis as to the truth of the matters asserted and therefore denies the allegations;

186.    Answering Paragraph 186 of Plaintiffs' Complaint, the Defendant denies the allegations;

187.    Answering Paragraph 187 of Plaintiffs' Complaint, the Defendant denies the allegations;

188.    Answering Paragraph 188 of Plaintiffs' Complaint, the Defendant denies the allegations;

189.    Answering Paragraph 189 of Plaintiffs' Complaint, the Defendant denies the allegations;

190.    Answering Paragraph 190 of Plaintiffs' Complaint, the Defendant denies the allegations;

191.    Answering Paragraph 191 of Plaintiffs' Complaint, the Defendant denies the allegations;

192.    Answering Paragraph 192 of Plaintiffs' Complaint, the Defendant denies the allegations;

193.    Answering Paragraph 193 of Plaintiffs' Complaint, the Defendant denies the allegations;

194.    Answering Paragraph 194 of Plaintiffs' Complaint, the Defendant denies the allegations;

195.    Answering Paragraph 195 of Plaintiffs' Complaint, the Defendant denies the allegations;

196.    Answering Paragraph 196 of Plaintiffs' Complaint, the Defendant denies the allegations;

197.    Answering Paragraph 197 of Plaintiffs' Complaint, the Defendant denies the allegations;

198.    Answering Paragraph 198 of Plaintiffs' Complaint, the Defendant denies the allegations;

199.    Answering Paragraph 199 of Plaintiffs' Complaint, the Defendant denies the allegations;

200.    Answering Paragraph 200 of Plaintiffs' Complaint, the Defendant admits that he was arrested and the Complaint was later dismissed;

201.    Answering Paragraph 201 of Plaintiffs' Complaint, the Defendant denies the allegations;

202.    Answering Paragraph 202 of Plaintiffs' Complaint, the Defendant denies the allegations;

203.    Answering Paragraph 203 of Plaintiffs' Complaint, the Defendant denies the allegations;

204.    Answering Paragraph 204 of Plaintiffs' Complaint, the Defendant denies the allegations;

205.    Answering Paragraph 205 of Plaintiffs' Complaint, the Defendant denies the allegations;

206.    Answering Paragraph 206 of Plaintiffs' Complaint, the Defendant denies the allegations;

207.    Answering Paragraph 207 of Plaintiffs' Complaint, the Defendant denies the allegations;

208.    Answering Paragraph 208 of Plaintiffs' Complaint, the Defendant denies the allegations;

209.    Answering Paragraph 209 of Plaintiffs' Complaint, the Defendant denies the allegations;

210.    Answering Paragraph 210 of Plaintiffs' Complaint, the Defendant denies the allegations;

211.    Answering Paragraph 211 of Plaintiffs' Complaint, the Defendant denies the allegations;

212.    Answering Paragraph 212 of Plaintiffs' Complaint, the Defendant denies the allegations;

213.    Answering Paragraph 213 of Plaintiffs' Complaint, the Defendant denies the allegations;

214.    Answering Paragraph 214 of Plaintiffs' Complaint, the Defendant denies the allegations;

215.    Answering Paragraph 215 of Plaintiffs' Complaint, the Defendant denies the allegations;

216.    Answering Paragraph 216 of Plaintiffs' Complaint, the Defendant denies the allegations;

217.    Answering Paragraph 217 of Plaintiffs' Complaint, the Defendant denies the allegations;

218.    Answering Paragraph 218 of Plaintiffs' Complaint, the Defendant denies the allegations;

219.    Answering Paragraph 219 of Plaintiffs' Complaint, the Defendant denies the allegations;

220.    Answering Paragraph 220 of Plaintiffs' Complaint, the Defendant denies the allegations;

221.    Answering Paragraph 221 of Plaintiffs' Complaint, the Defendant denies the allegations;

222.    Answering Paragraph 222 of Plaintiffs' Complaint, the Defendant denies the allegations;

223.    Answering Paragraph 223 of Plaintiffs' Complaint, the Defendant denies the allegations;

224.    Answering Paragraph 224 of Plaintiffs' Complaint, the Defendant denies the allegations;

225.    Answering Paragraph 225 of Plaintiffs' Complaint, the Defendant denies the allegations;

226.    Answering Paragraph 226 of Plaintiffs' Complaint, the Defendant denies the allegations;

227.    Answering Paragraph 227 of Plaintiffs' Complaint, the Defendant denies the allegations;

228.    Answering Paragraph 228 of Plaintiffs' Complaint, the Defendant denies the allegations;

229.    Answering Paragraph 229 of Plaintiffs' Complaint, the Defendant denies the allegations;

230.     Answering Paragraph 230 of Plaintiffs' Complaint, the Defendant denies the allegations;

231.     Answering Paragraph 231 of Plaintiffs' Complaint, the Defendant denies the allegations;

232.     Answering Paragraph 232 of Plaintiffs' Complaint, the Defendant denies the allegations;

233.     Answering Paragraph 233 of Plaintiffs' Complaint, the Defendant denies the allegations;

234.     Answering Paragraph 234 of Plaintiffs' Complaint, the Defendant denies the allegations;

235.     Answering Paragraph 235 of Plaintiffs' Complaint, the Defendant denies the allegations;

236.     Answering Paragraph 236 of Plaintiffs' Complaint, the Defendant denies the allegations;

237.     Answering Paragraph 237 of Plaintiffs' Complaint, the Defendant denies the allegations;

238.     Answering Paragraph 238 of Plaintiffs' Complaint, the Defendant denies the allegations;

239.     Answering Paragraph 239 of Plaintiffs' Complaint, the Defendant denies the allegations;

240.    Answering Paragraph 240 of Plaintiffs' Complaint, the Defendant denies the allegations;

241.    Answering Paragraph 241 of Plaintiffs' Complaint, the Defendant denies the allegations;

242.    Answering Paragraph 242 of Plaintiffs' Complaint, the Defendant denies the allegations;

243.    Answering Paragraph 243 of Plaintiffs' Complaint, the Defendant denies the allegations;

244.    Answering Paragraph 244 of Plaintiffs' Complaint, the Defendant denies the allegations;

245.    Answering Paragraph 245 of Plaintiffs' Complaint, the Defendant denies the allegations;

246.    Answering Paragraph 246 of Plaintiffs' Complaint, the Defendant denies the allegations;

247.    Answering Paragraph 247 of Plaintiffs' Complaint, the Defendant denies the allegations;

248.    Answering Paragraph 248 of Plaintiffs' Complaint, the Defendant denies the allegations;

249.    Answering Paragraph 249 of Plaintiffs' Complaint, the Defendant denies the allegations;

250.     Answering Paragraph 250 of Plaintiffs' Complaint, the Defendant denies the
allegations;

251.     Answering Paragraph 251 of Plaintiffs' Complaint, the Defendant denies the
allegations;

252.     Answering Paragraph 252 of Plaintiffs' Complaint, the Defendant denies the
allegations;

253.     Answering Paragraph 253 of Plaintiffs' Complaint, the Defendant denies the
allegations;

254.     Answering Paragraph 254 of Plaintiffs' Complaint, the Defendant denies the
allegations;

255.     Answering Paragraph 255 of Plaintiffs' Complaint, the Defendant denies the
allegations;

256.     Answering Paragraph 256 of Plaintiffs' Complaint, the Defendant denies the
allegations;

257.     Answering Paragraph 257 of Plaintiffs' Complaint, the Defendant denies the
allegations;

258.     Answering Paragraph 258 of Plaintiffs' Complaint, the Defendant denies the
allegations;

259.     Answering Paragraph 259 of Plaintiffs' Complaint, the Defendant denies the
allegations;

260.    Answering Paragraph 260 of Plaintiffs' Complaint, the Defendant denies the allegations;

261.    Answering Paragraph 261 of Plaintiffs' Complaint, the Defendant denies the allegations;

262.    Answering Paragraph 262 of Plaintiffs' Complaint, the Defendant denies the allegations;

263.    Answering Paragraph 263 of Plaintiffs' Complaint, the Defendant denies the allegations;

264.    Answering Paragraph 264 of Plaintiffs' Complaint, the Defendant denies the allegations;

265.    Answering Paragraph 265 of Plaintiffs' Complaint, the Defendant denies the allegations;

266.    Answering Paragraph 266 of Plaintiffs' Complaint, the Defendant denies the allegations;

267.    Answering Paragraph 267 of Plaintiffs' Complaint, the Defendant denies the allegations;

268.    Answering Paragraph 268 of Plaintiffs' Complaint, the Defendant denies the allegations;

269.    Answering Paragraph 269 of Plaintiffs' Complaint, the Defendant denies the allegations;

270. Answering Paragraph 270 of Plaintiffs' Complaint, the Defendant denies the allegations;

271. Answering Paragraph 271 of Plaintiffs' Complaint, the Defendant denies the allegations;

272. Answering Paragraph 272 of Plaintiffs' Complaint, the Defendant denies the allegations;

273. Answering Paragraph 273 of Plaintiffs' Complaint, the Defendant denies the allegations;

274. Answering Paragraph 274 of Plaintiffs' Complaint, the Defendant denies the allegations;

275. Answering Paragraph 275 of Plaintiffs' Complaint, the Defendant denies the allegations;

276. Answering Paragraph 276 of Plaintiffs' Complaint, the Defendant denies the allegations;

277. Answering Paragraph 277 of Plaintiffs' Complaint, the Defendant denies the allegations;

278. Answering Paragraph 278 of Plaintiffs' Complaint, the Defendant denies the allegations;

279. Answering Paragraph 279 of Plaintiffs' Complaint, the Defendant denies the allegations;

280.    Answering Paragraph 280 of Plaintiffs' Complaint, the Defendant denies the allegations;

281.    Answering Paragraph 281 of Plaintiffs' Complaint, the Defendant denies the allegations;

282.    Answering Paragraph 282 of Plaintiffs' Complaint, the Defendant denies the allegations;

283.    Answering Paragraph 283 of Plaintiffs' Complaint, the Defendant denies the allegations;

284.    Answering Paragraph 284 of Plaintiffs' Complaint, the Defendant denies the allegations;

285.    Answering Paragraph 285 of Plaintiffs' Complaint, the Defendant denies the allegations;

286.    Answering Paragraph 286 of Plaintiffs' Complaint, the Defendant denies the allegations;

287.    Answering Paragraph 287 of Plaintiffs' Complaint, the Defendant denies the allegations;

288.    Answering Paragraph 288 of Plaintiffs' Complaint, the Defendant denies the allegations;

289.    Answering Paragraph 289 of Plaintiffs' Complaint, the Defendant denies the allegations;

290.     Answering Paragraph 290 of Plaintiffs' Complaint, the Defendant denies the allegations;

291.     Answering Paragraph 291 of Plaintiffs' Complaint, the Defendant denies the allegations;

292.     Answering Paragraph 292 of Plaintiffs' Complaint, the Defendant denies the allegations;

293.     Answering Paragraph 293 of Plaintiffs' Complaint, the Defendant denies the allegations;

294.     Answering Paragraph 294 of Plaintiffs' Complaint, the Defendant denies the allegations;

295.     Answering Paragraph 295 of Plaintiffs' Complaint, the Defendant denies the allegations;

296.     Answering Paragraph 296 of Plaintiffs' Complaint, the Defendant denies the allegations;

297.     Answering Paragraph 297 of Plaintiffs' Complaint, the Defendant denies the allegations;

298.     Answering Paragraph 298 of Plaintiffs' Complaint, the Defendant denies the allegations;

299.     Answering Paragraph 299 of Plaintiffs' Complaint, the Defendant denies the allegations;

300. Answering Paragraph 300 of Plaintiffs' Complaint, the Defendant denies the allegations;

301. Answering Paragraph 301 of Plaintiffs' Complaint, the Defendant denies the allegations;

302. Answering Paragraph 302 of Plaintiffs' Complaint, the Defendant denies the allegations;

303. Answering Paragraph 303 of Plaintiffs' Complaint, the Defendant denies the allegations;

304. Answering Paragraph 304 of Plaintiffs' Complaint, the Defendant denies the allegations;

305. Answering Paragraph 305 of Plaintiffs' Complaint, the Defendant denies the allegations;

306. Answering Paragraph 306 of Plaintiffs' Complaint, the Defendant denies the allegations;

307. Answering Paragraph 307 of Plaintiffs' Complaint, the Defendant denies the allegations;

308. Answering Paragraph 308 of Plaintiffs' Complaint, the Defendant denies the allegations;

309. Answering Paragraph 309 of Plaintiffs' Complaint, the Defendant denies the allegations;

310.    Answering Paragraph 310 of Plaintiffs' Complaint, the Defendant denies the allegations;

311.    Answering Paragraph 311 of Plaintiffs' Complaint, the Defendant denies the allegations;

312.    Answering Paragraph 312 of Plaintiffs' Complaint, the Defendant denies the allegations;

313.    Answering Paragraph 313 of Plaintiffs' Complaint, the Defendant denies the allegations;

314.    Answering Paragraph 314 of Plaintiffs' Complaint, the Defendant denies the allegations;

315.    Answering Paragraph 315 of Plaintiffs' Complaint, the Defendant denies the allegations;

316.    Answering Paragraph 316 of Plaintiffs' Complaint, the Defendant denies the allegations;

317.    Answering Paragraph 317 of Plaintiffs' Complaint, the Defendant denies the allegations;

318.    Answering Paragraph 318 of Plaintiffs' Complaint, the Defendant denies the allegations;

319.    Answering Paragraph 319 of Plaintiffs' Complaint, the Defendant denies the allegations;

320.    Answering Paragraph 320 of Plaintiffs' Complaint, the Defendant denies the allegations;

321.    Answering Paragraph 321 of Plaintiffs' Complaint, the Defendant denies the allegations;

322.    Answering Paragraph 322 of Plaintiffs' Complaint, the Defendant denies the allegations;

333.    Answering Paragraph 333 of Plaintiffs' Complaint, the Defendant denies the allegations;

334.    Answering Paragraph 334 of Plaintiffs' Complaint, the Defendant denies the allegations;

335.    Answering Paragraph 335 of Plaintiffs' Complaint, the Defendant denies the allegations;

336.    Answering Paragraph 336 of Plaintiffs' Complaint, the Defendant denies the allegations;

337.    Answering Paragraph 337 of Plaintiffs' Complaint, the Defendant denies the allegations;

338.    Answering Paragraph 338 of Plaintiffs' Complaint, the Defendant denies the allegations;

339.    Answering Paragraph 339 of Plaintiffs' Complaint, the Defendant denies the allegations;

340.    Answering Paragraph 340 of Plaintiffs' Complaint, the Defendant denies the

allegations;

341.    Answering Paragraph 341 of Plaintiffs' Complaint, the Defendant denies the allegations;

342.    Answering Paragraph 342 of Plaintiffs' Complaint, the Defendant denies the allegations;

343.    Answering Paragraph 343 of Plaintiffs' Complaint, the Defendant denies the allegations;

344.    Answering Paragraph 344 of Plaintiffs' Complaint, the Defendant denies the allegations;

345.    Answering Paragraph 345 of Plaintiffs' Complaint, the Defendant denies the allegations;

346.    Answering Paragraph 346 of Plaintiffs' Complaint, the Defendant denies the allegations;

347.    Answering Paragraph 347 of Plaintiffs' Complaint, the Defendant denies the allegations;

348.    Answering Paragraph 348 of Plaintiffs' Complaint, the Defendant denies the allegations;

349.    Answering Paragraph 349 of Plaintiffs' Complaint, the Defendant denies the allegations;

350.    Answering Paragraph 350 of Plaintiffs' Complaint, the Defendant denies the allegations;

351. Answering Paragraph 351 of Plaintiffs' Complaint, the Defendant denies the allegations;

352. Answering Paragraph 352 of Plaintiffs' Complaint, the Defendant denies the allegations;

353. Answering Paragraph 353 of Plaintiffs' Complaint, the Defendant denies the allegations;

354. Answering Paragraph 354 of Plaintiffs' Complaint, the Defendant denies the allegations;

355. Answering Paragraph 355 of Plaintiffs' Complaint, the Defendant denies the allegations;

356. Answering Paragraph 356 of Plaintiffs' Complaint, the Defendant denies the allegations;

357. Answering Paragraph 357 of Plaintiffs' Complaint, the Defendant denies the allegations;

**AFFIRMATIVE DEFENSES**

FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against the Defendant upon which relief can be Granted.

SECOND AFFIRMATIVE DEFENSE

The Plaintiffs are estopped from pursuing any claims against the Defendant.

THIRD AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by the doctrine of waiver.

FOURTH AFFIRMATIVE DEFENSE

Plaintiffs are barred by the doctrine of laches in pursuing the claims.

FIFTH AFFIRMATIVE DEFENSE

Any claims of the Plaintiffs are barred by the doctrine of unclean hands.

SIXTH AFFIRMATIVE DEFENSE

Any claims of the Plaintiffs are barred based upon equitable estoppel.

SEVENTH AFFIRMATIVE DEFENSE

Any claims of the Plaintiffs are barred based upon the statute of limitations.

EIGHTH AFFIRMATIVE DEFENSE

The Plaintiffs' Complaint is an abuse of process.

NINTH AFFIRMATIVE DEFENSE

Any and all recovery by Plaintiffs would be unjust and inequitable under the circumstances.

TENTH AFFIRMATIVE DEFENSE

Plaintiffs suffered no damages for which Defendant is legally responsible.

ELEVENTH AFFIRMATIVE DEFENSE

If any damages were suffered, which they were not, they are not attributable to acts on the part of the Defendant.

TWELFTH AFFIRMATIVE DEFENSE

Plaintiffs have failed to mitigate their damages, if any, as required by law.

THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiffs have freely and voluntarily incurred fees, costs, and expenses which they had no legal obligation to incur, if in fact such fees, costs, and expenses were incurred. Therefore, Plaintiffs are barred from recovering fees, costs, and expenses, if any, from the Defendant.

FOURTEENTH AFFIRMATIVE DEFENSE

The Plaintiffs claims are barred, in whole or in part, by their failure to plead those claims with sufficient particularity.

FIFTEENTH AFFIRMATIVE DEFENSE

The Plaintiffs' Complaint fails to allege sufficient facts and cannot meet the burden of proof necessary for an award of attorneys' fees.

SIXTEENTH AFFIRMATIVE DEFENSE

The Defendant incorporates herein by reference all arguments set forth in his Motion to Dismiss and the Supplement associated therewith, as though fully set forth herein.

SEVENTEENTH AFFIRMATIVE DEFENSE

The Defendant denies each and every allegation in the Complaint unless specifically admitted to.

EIGHTEENTH AFFIRMATIVE DEFENSE

The Defendant hereby incorporates by reference those affirmative defenses enumerated in FRCP 8 of the Federal Rules of Civil Procedure as is fully set forth herein.  The Defendant does not have sufficient information to enable him to form a belief as to whether he has additional, as yet unstated, affirmative defenses.  The Defendant reserves the right to assert such defenses in the event that discovery indicates that the defense is appropriate.

NINETEENTH  AFFIRMATIVE DEFENSE

All possible affirmative defenses may not have been alleged herein insofar as sufficient facts were not available after reasonable inquiry, and therefore the Defendant reserves the right to amend this Answer to allege additional affirmative defenses if subsequent investigation warrants.

TWENTIETH AFFIRMATIVE DEFENSE

It has been necessary for Defendant to retain the services of an attorney to defend this Complaint, and he should receive an award of attorney's fees and costs.

**WHEREFORE,** the Defendant prays that this Court enter judgment as follows:

1.    That the Plaintiffs take nothing by way of their Complaint;

2.    That the Defendant be awarded his attorneys fees and costs of suit;

3.    That the Defendant receive such other and further relief as this Court deems just and proper.

---

## DEMAND FOR JURY TRIAL

Defendant hereby demands a jury trial on all claims lodged by Plaintiffs.

Dated this 4th day of November, 2025.

CHESNOFF & SCHONFELD

_____/s/ Richard A. Schonfeld_____
RICHARD A. SCHONFELD
520 S. 4th Street
Las Vegas, Nevada 89101
(702) 384-5563
rschonfeld@cslawoffice.net
Attorney for Defendant
Michael Bjorkman

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was served on all counsel of record on November 4th, 2025, via the Court's Electronic Filing Service.

                                       _____/s/ Rosemary Reyes_____
                                       Rosemary Reyes
                                       Employee of Chesnoff & Schonfeld

DEFENDANT MICHAEL BJORKMAN'S ANSWER TO THIRD AMENDED COMPLAINT
-43-