Jennifer A. Lenze, Esq., CA Bar No. 246858
**LENZE LAWYERS, PLC**
999 Corporate Drive, Suite 100
Ladera Ranch, CA 91765
T: (310) 322-8800
F: (310) 322-8811
jlenze@lenzelawyers.com

Brooke Cohen, Esq., TX Bar No. 24007019 PHV Admitted
Andrea Hirsch, Esq. GA Bar No. 666557 PHV Admitted
**COHEN HIRSCH, LP**
5256 Peachtree Road, Suite 195-E
Atlanta, GA 30341
T: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIOLA ACEVEDO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EXP REALTY, LLC, et al.,<br><br>Defendants. | Case No. 2:23-CV-01304-AB-AGR<br><br>**DECLARATION OF ANDREA S. HIRSCH IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR COURT-ORDERED BRIEF REGARDING FINANCIAL CONDITION** |

# DECLARATION OF ANDREA S. HIRSCH

I, Andrea S. Hirsch, declare under penalty of perjury that the following is true and correct:

1. I am a partner at Cohen Hirsch, LP, which represents Plaintiffs in this action. I am over the age of twenty-one and competent to make this declaration based on my personal knowledge. This Declaration is being submitted in support of Plaintiffs' Reply In Support of Their Court Ordered Brief Regarding Financial Condition.

2. A true and correct copy of the California Living Medical Weight Loss Statement of Information filed with the California Secretary of State is attached to the Declaration as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 5, 2025

                                              */s/ Andrea S. Hirsch*
                                              Andrea S. Hirsch

# EXHIBIT A

B3186-6074 11/11/2024

BA20241992386



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

**For Office Use Only**

**-FILED-**

File No.: BA20241992386
Date Filed: 11/11/2024

| Entity Details | |
|---|---|
| Corporation Name | California Living Medical Weight Loss |
| Entity No. | 6258611 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 1516 E. THOMPSON BLVD. VENTURA, CA 93001 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 1516 E. THOMPSON BLVD. VENTURA, CA 93001 |
| Attention | |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | None |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| Andrew Bjorkman | 1516 E. THOMPSON BLVD. VENTURA, CA 93001 | Chief Executive Officer |
| Maximus Bjorkman | 1516 E. THOMPSON BLVD. VENTURA, CA 93001 | Chief Financial Officer, Secretary |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| Andrew Bjorkman | 1516 E. THOMPSON BLVD. VENTURA, CA 93001 |
| Maximus Bjorkman | 1516 E. THOMPSON BLVD. VENTURA, CA 93001 |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
|---|---|
| Agent Name | Maryam Lisa Odom |
| Agent Address | 24801 PICO CANYON ROAD SUITE 100 STEVENSON RANCH, CA 91381 |

| Type of Business | |
|---|---|
| Type of Business | Supplement Sales |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

Labor Judgment

B3186-6075 11/11/2024 4:34 PM Received by California Secretary of State

| | |
|---|---|
| No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code. | |
| Electronic Signature | |
| ☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign. | |
| *Maryam Lisa Odom* <br> Signature | *11/11/2024* <br> Date |

Page 2 of 2