1  PETER K. LEVINE, ESQ.  SBN: 113672
2  **PETER K. LEVINE, A PROFESSIONAL LAW CORP.**
   5455 WILSHIRE BLVD., SUITE 1250
3  LOS ANGELES, CA 90036
   TELEPHONE: (323) 934-1234
4  FACSIMILE: (323) 934-1230
5  peter@peterlawfirm.com

6  DAVID A. POULL, ESQ. SBN: 288458
   **CANNON & NELMS, PC**
7  160 SOUTH OLD SPRINGS ROAD
8  SUITE 200
   ANAHEIM, CALIF. 92808
9  TELEPHONE:  (714) 637-4400
   FACSIMILE:  (714) 637-4444
10

11 Attorneys for Defendant David S. Golden

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIOLA ACEVEDO, TAMI SIMS, CHRISTIANA LUNDY, AND JANE DOE 3,<br><br>Plaintiffs,<br><br>vs.<br><br>EXP REALTY, LLC., EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN; GLENN SANFORD; BRENT GOVE; And DOES 10,<br><br>Defendants. | CASE NO. 2:23-CV-01304-AB-AGR<br><br>Hon. Alicia G. Rosenberg<br><br>JOINT AGENDA RE: DISCOVERY DISPUTES<br><br>HEARING DATE:  NOVEMBER 7, 2025<br>TIME:                  10:00 A.M. (PST) |

///
///
///

166719546.1

1

JOINT AGENDA

# JOINT AGENDA

Following meet and confer discussions pursuant to Civil Minutes Order dated October 17, 2025 (Dkt. #325), Defendant David Golden and Defendants eXp Realty, LLC, eXp World Holdings, Inc., and Glenn Sanford (collectively "eXp Defendants"), and the Plaintiffs Fabiola Acevedo, Tami Sims, Christiana Lundy, and Megan Farrell-Nelson (together "the Plaintiffs"), (collectively the "Parties") hereby submit their Joint Agenda as to their remaining discovery disputes:

**Defendant Golden's Discussion Points:**

1. Mr. Golden is not filing a motion to compel Mr. Haggard to answer certain deposition questions (*See* Item No. 5, October 17, 2025 Civil Minutes);
2. On or before the close of business on Friday, November 14, 2025, eXp agrees to serve a supplemental response to Golden's RFP No. 5, confirming that no documents exist in response to Document Request Nos. 4 and 10; with respect to Document Request No. 8, eXp agrees to identify by Bates number the previously produced documents that are responsive (*See* Item No. 6, October 17, 2025 Civil Minutes).

**Defendant eXp's Discussion Points:**

1. eXp seeks the production of documents for Plaintiffs regarding their loss of earnings claim that the Magistrate had previously ordered. Plaintiffs have represented that Plaintiff Fabiola Acevedo and Plaintiff Megan Farrell-Nelson are no longer seeking as a measure of their damages loss of earnings.
2. eXp seeks a date upon which Plaintiffs Christy Lundy and Tami Sims will identify by bates label those documents produced that identify their 1099s;
3. eXp seeks a date certain upon which Plaintiffs Fabiola Acevedo and Megan Farrell-Nelson will provide their respective 1099s in support of their loss of earnings claims or, in the alternative, file with the court a stipulation and

order dismissing their claims for loss of earnings.

**Plaintiff's Discussion Points.**

1. While Plaintiffs received documents directly from Deloitte in the afternoon on November 6, 2025, Plaintiffs have still not received any documents directly from the eXp Defendants that are responsive to their requests for documents related to Deloitte. Plaintiffs seek a date certain for production that will allow Plaintiffs time to file a motion to compel should those documents not be produced.

2. Plaintiffs have requested the metadata for approximately 16 documents, all of which are eXp's Agent Compliance Committee Meeting Minutes. Specifically, Plaintiffs seek compliance with the ESI protocol that requires production of the following fields: Author, Date Created, Date Modified, Author of Modification, if any. Plaintiffs seek a date certain for that production. In the event the eXp Defendants contend that metadata was provided with their load file, Plaintiffs request that the parties' ESI vendors communicate directly to determine why there is no metadata in the production that Plaintiffs received.

PETER K. LEVINE, APLC

Dated: November 6, 2025

By /s/ Peter K. Levine
Peter K. Levine, Esq.
*Attorney for Defendant Golden*

LEWIS BRISBOIS BISGAARD & SMITH LLP

Dated:

By: /s/ William Pallares
William Pallares, Esq.
*Attorneys for Defendants eXp World Holdings, Inc, eXp Realty, LLC and Glenn Sanford*

Dated

LENZE LAWYERS, PLC

By:  /s/ Jennifer A. Lenze
JENNIFER A. LENZE
Attorneys for Plaintiffs FABIOLA ACEVEDO, TAMI SIMS, CHRISTIANA LUNDY, JANE DOE 3 and JOHN DOE 1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record by way of email this 7TH day of November 2025

/s/ Andrea S. Hirsch
Andrea S. Hirsch