**REDACTED**

**Defendants eXp Realty, LLC's, eXp World Holdings, Inc.'s, and Glenn Sanford's Opposition to Plaintiffs' Ex Parte Application for Protective Order Under FRCP 26(c) and Rule 412, ECF No. 330**

**(Pending Filing Under Seal)**

**Case No. 2:23-cv- 01304-AB-AGR**

166793967.1