CHESNOFF & SCHONFELD
RICHARD A. SCHONFELD, ESQ. (SBN 202182)
Email: rschonfeld@cslawoffice.net
ROBERT Z. DEMARCO, ESQ. (admitted *pro hac vice*)
Email: rdemarco@cslawoffice.net
520 S. 4th Street
Las Vegas, NV 89101
Telephone: 702-384-5563
Facsimile: 702-598-1425
Attorneys for Defendant
Michael Bjorkman

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIOLA ACEVEDO;<br>CHRISTY LUNDY;<br>TAMI SIMS;<br>MEGAN FARRELL-NELSON,<br><br>             Plaintiffs,<br>v.<br><br>EXP REALTY, LLC,<br>EXP WORLD HOLDINGS, INC.,<br>MICHAEL L. BJORKMAN;<br>DAVIS S. GOLDEN;<br>GLENN SANFORD;<br>BRENT GOVE; and DOES 1-10,<br>Defendants<br><br>             Defendants. | Case No. 2:23-CV-01304-AB-AGR |

**DEFENDANT MICHAEL BJORKMAN'S JOINDER IN ExP REALTY, LLC, eXp WORLD HOLDINGS, INC. AND GLENN SANFORD'S OPPOSITION TO PLAINTIFFS' EX-PARTE APPLICATION THAT PLAINTIFFS FILED AT DKT 330**

**TO:**  PLAINTIFFS AND THEIR COUNSEL OF RECORD;

**TO:**  DEFENDANTS AND THEIR COUNSEL OF RECORD;

**TO:**  ANY OTHER INTERESTED PARTY

1  Please take notice that Defendant Michael Bjorkman hereby joins in Defendant eXp Realty, LLC, eXp World Holdings, Inc., and Glenn Sanford's Opposition to Plaintiffs' Ex-Parte Application that Plaintiffs filed at Dkt 330.

Defendant Bjorkman joins in the Opposition for all of the reasons set forth in the Opposition and Memorandum in support thereof.

Dated this 7th day of November, 2025

Respectfully Submitted:

CHESNOFF & SCHONFELD

/s/ Richard A. Schonfeld
RICHARD A. SCHONFELD, ESQ.
(SBN 202182)
Email: rschonfeld@cslawoffice.net
ROBERT Z. DEMARCO, ESQ.
(admitted *pro hac vice*)
Email: rdemarco@cslawoffice.net
520 S. 4th Street
Las Vegas, NV 89101
Telephone: 702-384-5563
Facsimile: 702-598-1425
Attorneys for Defendant
Michael Bjorkman

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of CHESNOFF & SCHONFELD that on the 7th day of November 2025, I served a true and correct copy of the foregoing to all those registered to receive electronic service through the Court's electronic filing system.

/s/ Rosemary Reyes
Employee of Chesnoff & Schonfeld