# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Fabiola Acevedo, et. al., Plaintiff(s) v. eXp World Holdings, Inc., et. al., Defendant(s) | CASE NUMBER: CV-23-01304-AB (AGRx) MOTION RE: INFORMAL DISCOVERY DISPUTE |
|---|---|

The parties have requested an informal discovery conference with Magistrate Judge Alicia G. Rosenberg. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required    ☒ Hearing Required
☐ In-Person Court Hearing
☒ Video Conference
☐ Telephonic

Magistrate Judge   Alicia G. Rosenberg

Date/Time          Monday, November 10, 2025 at 1:30 p.m. PT

Courtroom:         Zoom - apps.cacd.uscourts.gov/Jps/honorable-alicia-g-rosenberg

Dated: November 10, 2025                    By: _____kl_____
                                                Deputy Clerk