PETER K. LEVINE, ESQ.  SBN: 113672
**PETER K. LEVINE, A PROFESSIONAL LAW CORP.**
5455 WILSHIRE BLVD., SUITE 1250
LOS ANGELES, CA 90036
TELEPHONE: (323) 934-1234
FACSIMILE: (323) 934-1230
peter@peterlawfirm.com

DAVID A. POULL, ESQ. SBN: 288458
**CANNON & NELMS, PC**
160 SOUTH OLD SPRINGS ROAD
SUITE 200
ANAHEIM, CALIF. 92808
TELEPHONE:  (714) 637-4400
FACSIMILE:  (714) 637-4444

Attorneys for Defendant David S. Golden

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIOLA ACEVEDO, TAMI SIMS, CHRISTIANA LUNDY, AND JANE DOE 3,<br><br>Plaintiffs,<br><br>vs.<br><br>EXP REALTY, LLC., EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN; GLENN SANFORD; BRENT GOVE; And DOES 10,<br><br>Defendants. | CASE NO. 2:23-CV-01304-AB-AGR<br><br>**DEFENDANT DAVID GOLDEN'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT.**<br><br>**DEMAND FOR JURY TRIAL.** |

    **COMES NOW**, Defendant David Golden, who answers the Third  Amended

Complaint filed by the plaintiffs in the above-entitle action.

///

///

## **ADMISSIONS AND DENIALS**

1.      In response to paragraph 1, the allegations in this paragraph consist of Plaintiffs' characterization of claims, which do not require a response; to the extent a response is required Defendant denies each and every allegation therein.

2.      In response to paragraph 2, Defendant admits plaintiffs are bringing this action under the Federal sex trafficking statute.  The remaining allegations in this paragraph consist of Plaintiffs' characterization of claims, which do not require a response; to the extent a response is required Defendant denies each and every allegation therein.

3.      In response to paragraph 3, the allegations in this paragraph state a legal conclusion to which no response is required. To the extent a response is required, Defendant denies this Court has subject matter jurisdiction because Plaintiffs fails to state facts sufficient to assert federal claims against him.

4.      In response to paragraph 4, the allegations in this paragraph state a legal conclusion to which no response is required. To the extent a response is required, Defendant admits that Plaintiffs assert state claims against him.

5.      In response to paragraph 5, Golden does not contest this district Court is appropriate.

6.      In response to paragraph 6, Golden does not contest venue in this district.

7.      In response to paragraph 7, Golden lacks sufficient knowledge and information to form a belief as to the truth of the allegations, and on that ground can neither confirm nor deny them.

8.      In response to paragraph 8, Golden lacks sufficient knowledge and information to form a belief as to the truth of the allegations, and on that ground can neither confirm nor deny them.

9.      In response to paragraph 9, Golden lacks sufficient knowledge and information to form a belief as to the truth of the allegations, and on that ground can neither confirm nor deny them.

10.      In response to paragraph 10, Golden does not oppose Plaintiff's use of a pseudonym for purposes of pre-trial public filings but opposes the use of a pseudonym at trial

as well as any restrictions that might impede Golden's right to fully investigate and mount a

defense to Plaintiff's allegations.  The allegations in this paragraph also consist of Plaintiffs'

legal conclusions and characterization the claims filed in this action to which no response is

required; to the extent a response is required, Golden denies the allegations to the extent they

mischaracterize, or are incomplete or inconsistent with the docket or documents filed in this

action.

11.     In response to paragraph 11, Golden lacks sufficient knowledge and information

to form a belief as to the truth of the allegations, and on that ground can neither confirm nor

deny them.

12.     In response to paragraph 12, Golden lacks sufficient knowledge and information

to form a belief as to the truth of the allegations, and on that ground can neither confirm nor

deny them.

13.     In response to paragraph 13, Golden admits BJORKMAN was a real estate

agent for eXp.  To the extent BJORKMAN was an "influencer," the cited source speaks for

itself.  For the remaining allegations, to the extent a response is needed Golden lacks sufficient

knowledge and information to form a belief as to the truth of the allegations, and on that

ground can neither confirm nor deny them.

14.     In response to paragraph 14, Golden admits he worked for eXp.  To the extent

GOLDEN was an "influencer," the cited source speaks for itself.  For the remaining

allegations, to the extent a response is needed Golden lacks sufficient knowledge and

information to form a belief as to the truth of the allegations, and on that ground can neither

confirm nor deny them.  Golden further denies that he is receiving revenue share.

15.     In response to paragraph 15, the cited sources speak for themselves.  For the

remaining allegations, Golden lacks sufficient knowledge and information to form a belief as

to the truth of the allegations, and on that ground can neither confirm nor deny them.

16.     In response to paragraph 16, the cited sources speak for themselves.  For the

remaining allegations, Golden lacks sufficient knowledge and information to form a belief as

to the truth of the allegations, and on that ground can neither confirm nor deny them.

///

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

17.     In response to paragraph 17, Doe amendments speak for themselves and Golden lacks sufficient knowledge and information to form a belief as to the truth of the allegations, and on that ground can neither confirm nor deny them.

18.     In response to paragraph 18, Golden admits eXp is a publicly traded corporation. The allegations in this paragraph also consist of Plaintiffs' legal conclusions and characterization of the claims filed in this action to which no response is required; to the extent a response is required, Golden denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent with the docket or documents filed in this action.

19.     In response to paragraph 19, the quoted material speaks for itself, has been taken out of context and defendant refers to the referenced source for its content.  The remaining allegations in this paragraph consist of Plaintiffs' argument and characterization of claims, which do not require a response; to the extent a response is required Defendant denies each and every allegation therein.

20.     In response to paragraph 20, the quoted material speaks for itself, has been taken out of context and defendant refers to the referenced source for its content.  The remaining allegations in this paragraph consist of Plaintiffs' argument and characterization of claims, which do not require a response; to the extent a response is required Defendant denies each and every allegation therein.

21.     Paragraph 21 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations which consist of Plaintiffs' argument and characterization of claims, to which no response is required and on that ground can neither confirm nor deny it.

22.     In response to paragraph 22, the allegations in this paragraph consist of Plaintiffs' argument and characterization of claims, taken out of context to which Plaintiff refers to the referenced source for its content, and which Defendant lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations in the third-party source and which do not require a response; to the extent a response is required,

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent with the cited source.

23.    In response to paragraph 23, the allegations in this paragraph consist of Plaintiffs' argument and characterization of claims, taken out of context. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations which consist of Plaintiffs' argument and characterization of claims, to which no response is required and on that ground can neither confirm nor deny it.

24.    Paragraph 24 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations which consist of Plaintiffs' argument and characterization of claims, to which no response is required and on that ground can neither confirm nor deny it.

25.    Paragraph 25 is not directed toward this Defendant, and therefore no response is required. The allegations constitute argument to which no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations which consist of Plaintiffs' argument and characterization of claims, to which no response is required and on that ground can neither confirm nor deny it.

26.    In response to paragraph 26, Defendant admits he was recruited by Defendant Gove. The allegations in this paragraph consist of Plaintiffs' argument and characterization of claims, taken out of context. Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations which consist of Plaintiffs' argument and characterization of claims, to which no response is required and on that ground can neither confirm nor deny it. To the extent a response is required, Defendant denies the allegations to the extent they mischaracterize, or are incomplete, inconsistent or taken out of context.

27.    In response to paragraph 27, the allegations in this paragraph consist of Plaintiffs' argument and characterization of claims, taken out of context, and on that basis

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations which consist of Plaintiffs' argument and characterization of claims, to which no response is required and on that ground can neither confirm nor deny it. To the extent a response is required, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

28.    Paragraph 28 is not directed toward this Defendant, and therefore no response is required. The quoted material speaks for itself, has been taken out of context and defendant refers to the referenced source for its content.  The remaining allegations in this paragraph consist of Plaintiffs' argument and characterization of claims, which do not require a response; to the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

29.    Paragraph 29 is not directed toward this Defendant, and therefore no response is required. The quoted material speaks for itself, has been taken out of context and defendant refers to the referenced source for its content.  The remaining allegations in this paragraph consist of Plaintiffs' argument and characterization of claims, which do not require a response; to the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

30.    Paragraph 30 is not directed toward this Defendant, and therefore no response is required. The quoted material speaks for itself, has been taken out of context and defendant refers to the referenced source for its content.  The remaining allegations in this paragraph consist of Plaintiffs' argument and characterization of claims, which do not require a response; to the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

31.    Paragraph 31 is not directed toward this Defendant, and therefore no response is required. The quoted material speaks for itself, has been taken out of context and defendant refers to the referenced source for its content.  The remaining allegations in this paragraph consist of Plaintiffs' argument and characterization of claims, which do not require a response; to the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

32.    Paragraph 32 is not directed toward this Defendant, and therefore no response is required. The quoted material speaks for itself, has been taken out of context and defendant refers to the referenced source for its content.  The remaining allegations in this paragraph consist of Plaintiffs' argument and characterization of claims, which do not require a response; to the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

33.    Defendant admits the allegations of this paragraph.

34.    Paragraph 34 is not directed toward this Defendant, and therefore no response is required. The quoted material speaks for itself, has been taken out of context and defendant refers to the referenced source for its content.  The remaining allegations in this paragraph consist of Plaintiffs' argument and characterization of claims, which do not require a response; to the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

35.    Paragraph 35 is not directed toward this Defendant, and therefore no response is required. The quoted material speaks for itself, has been taken out of context and defendant refers to the referenced source for its content.  The remaining allegations in this paragraph consist of Plaintiffs' argument and characterization of claims, which do not require a response;

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

to the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

36.    Paragraph 36 is not directed toward this Defendant, and therefore no response is required. The quoted material speaks for itself, has been taken out of context and defendant refers to the referenced source for its content.  The remaining allegations in this paragraph consist of Plaintiffs' argument and characterization of claims, which do not require a response; to the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

37.    Paragraph 37 is not directed toward this Defendant, and therefore no response is required. The quoted material speaks for itself, has been taken out of context and defendant refers to the referenced source for its content.  The remaining allegations in this paragraph consist of Plaintiffs' argument and characterization of claims, which do not require a response; to the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

38.    Paragraph 38 is not directed toward this Defendant, and therefore no response is required. The quoted material speaks for itself, has been taken out of context and defendant refers to the referenced source for its content.  The remaining allegations in this paragraph consist of Plaintiffs' argument and characterization of claims, which do not require a response; to the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

///

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

39.     Paragraph 39 is not directed toward this Defendant, and therefore no response is required. The quoted material speaks for itself, has been taken out of context and defendant refers to the referenced source for its content.  The remaining allegations in this paragraph consist of Plaintiffs' argument and characterization of claims, which do not require a response; to the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

40.     Paragraph 40 consists of materials taken out of context and defendant refers to the referenced source for its content.  The remaining allegations in this paragraph consist of Plaintiffs' argument and characterization of claims, which do not require a response; to the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

41.     In response to paragraph 41, Golden lacks sufficient knowledge and information to form a belief as to the truth of the allegations, and on that ground can neither confirm nor deny them.

42.     In response to paragraph 42, Golden lacks sufficient knowledge and information to form a belief as to the truth of the allegations, and on that ground can neither confirm nor deny them.

43.     In response to paragraph 43, Golden lacks sufficient knowledge and information to form a belief as to the truth of the allegations, and on that ground can neither confirm nor deny them.

44.     Paragraph 44 consists of Plaintiffs' argument and characterization of claims, which do not require a response; to the extent a response is required, Defendant denies the allegations to the extent that they are vague as to the time frame referenced mischaracterize, or are incomplete or inconsistent, or taken out of context, Golden lacks sufficient knowledge and information to form a belief as to the truth of the allegations, and on that ground can neither confirm nor deny them.

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

45.     Paragraph 45 consists of Plaintiffs' argument and characterization of claims, which do not require a response; to the extent a response is required, Defendant denies the allegations to the extent they are vague as to the time frame referenced mischaracterize, or are incomplete or inconsistent, or taken out of context, Golden lacks sufficient knowledge and information to form a belief as to the truth of the allegations, and on that ground can neither confirm nor deny them.

46.     Paragraph 46 consists of Plaintiffs' argument and characterization of claims, which do not require a response; to the extent a response is required, Defendant denies the allegations to the extent they are vague as to the time frame referenced mischaracterize, or are incomplete or inconsistent, or taken out of context, Golden lacks sufficient knowledge and information to form a belief as to the truth of the allegations, and on that ground can neither confirm nor deny them.

47.     Paragraph 47 is not directed toward this Defendant, and therefore no response is required.

48.     Paragraph 48 is not directed toward this Defendant, and therefore no response is required.

49.     Paragraph 49 consists of Plaintiffs' argument and characterization of claims, which do not require a response; to the extent a response is required, Defendant denies the allegations to the extent they are vague as to the time frame referenced mischaracterize, or are incomplete or inconsistent, or taken out of context, Golden lacks sufficient knowledge and information to form a belief as to the truth of the allegations, and on that ground can neither confirm nor deny them.

50.     Paragraph 50 is not directed toward this Defendant, and therefore no response is required.

51.     Paragraph 51 is not directed toward this Defendant, and therefore no response is required.

52.     Paragraph 52 consists of materials taken out of context and defendant refers to the referenced source for its content.  The remaining allegations in this paragraph consist of Plaintiffs' argument and characterization of claims, which do not require a response; to the

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

53.    Paragraph 53 consists of materials taken out of context and defendant refers to the referenced source for its content.  The remaining allegations in this paragraph consist of Plaintiffs' argument and characterization of claims, which do not require a response; to the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

54.    Paragraph 54 is not directed toward this Defendant, and therefore no response is required.

55.    Paragraph 55 is not directed toward this Defendant, and therefore no response is required.

56.    Paragraph 56 consists of materials taken out of context and defendant refers to the referenced source for its content.  The remaining allegations in this paragraph consist of Plaintiffs' argument and characterization of claims, which do not require a response; to the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

57.    Paragraph 57 is not directed toward this Defendant, and therefore no response is required.

58.    Paragraph 58 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

59.    Paragraph 59 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

60.     Paragraph 60 consists of materials taken out of context and defendant refers to the referenced source for its content. The remaining allegations in this paragraph consist of Plaintiffs' argument and characterization of claims, which do not require a response; to the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

61.     Paragraph 61 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

62.     Paragraph 62 consists of materials taken out of context and defendant refers to the referenced source for its content. The remaining allegations in this paragraph consist of Plaintiffs' argument and characterization of claims, which do not require a response; to the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

63.     Paragraph 63 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

64.     Regarding paragraph 64, Defendant admits he recruited Defendant Bjorkman to eXp.

65.     Paragraph 65 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

66.    Defendant admits he was named as Bjorkman's Sponsor Agent.

67.    Paragraph 67 is not directed toward this Defendant, and therefore no response is required and consists of materials taken out of context and defendant refers to the referenced source for its content.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

68.    Paragraph 68 is not directed toward this Defendant, and therefore no response is required and consists of materials taken out of context and defendant refers to the referenced source for its content.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

69.    Paragraph 69 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

70.    Paragraph 70 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

71.    Paragraph 71 is not directed toward this Defendant, and therefore no response is required and consists of materials taken out of context and defendant refers to the referenced source for its content.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

72.    Paragraph 72 is not directed toward this Defendant, and therefore no response is required and consists of materials taken out of context and defendant refers to the referenced source for its content.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context, and are vague as to the time period in question.

73.    Paragraph 73 is not directed toward this Defendant, and therefore no response is required and consists of materials taken out of context and defendant refers to the referenced source for its content.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and are vague as to the time period in question.

74.    Paragraph 74 is not directed toward this Defendant, and therefore no response is required and consists of materials taken out of context and defendant refers to the referenced source for its content.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

75.    Paragraph 75 is not directed toward this Defendant, and therefore no response is required and consists of materials taken out of context and defendant refers to the referenced source for its content.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

///

14

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

76.     Paragraph 76 is not directed toward this Defendant, and therefore no response is required and consists of materials taken out of context and defendant refers to the referenced source for its content.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

77.     Paragraph 77 is not directed toward this Defendant, and therefore no response is required and consists of materials taken out of context and defendant refers to the referenced source for its content.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

78.     Paragraph 78 is not directed toward this Defendant, and therefore no response is required and consists of materials taken out of context and defendant refers to the referenced source for its content.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

79.     Paragraph 79 is not directed toward this Defendant, and therefore no response is required and consists of materials taken out of context and defendant refers to the referenced source for its content.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

80.     Paragraph 80 is not directed toward this Defendant, and therefore no response is required and consists of materials taken out of context and defendant refers to the referenced source for its content.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

81.     Paragraph 81 is not directed toward this Defendant, and therefore no response is required and consists of materials taken out of context and defendant refers to the referenced source for its content.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

82.     Paragraph 82 is not directed toward this Defendant, and therefore no response is required and consists of materials taken out of context and defendant refers to the referenced source for its content.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

83.     Paragraph 83 is not directed toward this Defendant, and therefore no response is required and consists of materials taken out of context and defendant refers to the referenced source for its content.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

84.     Paragraph 84 is not directed toward this Defendant, and therefore no response is required and consists of materials taken out of context and defendant refers to the referenced source for its content.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

85.     Paragraph 85 is not directed toward this Defendant, and therefore no response is required and consists of materials taken out of context and defendant refers to the referenced source for its content.  To the extent a response is required, Defendant presently lacks

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

86.     Paragraph 86 is not directed toward this Defendant, and therefore no response is required and consists of materials taken out of context and defendant refers to the referenced source for its content.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

87.     Paragraph 87 is not directed toward this Defendant, and therefore no response is required and consists of materials taken out of context and defendant refers to the referenced source for its content.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

88.     Paragraph 88 is not directed toward this Defendant, and therefore no response is required and consists of materials taken out of context and defendant refers to the referenced source for its content.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

89.     Paragraph 89 is not directed toward this Defendant, and therefore no response is required and consists of materials taken out of context and defendant refers to the referenced source for its content.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

90.     Paragraph 90 is not directed toward this Defendant, and therefore no response is required and consists of materials taken out of context and defendant refers to the referenced

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

source for its content. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

91. Paragraph 91 is not directed toward this Defendant, and therefore no response is required and consists of materials taken out of context and defendant refers to the referenced source for its content. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

92. Regarding paragraph 92, Defendant admits Rosie Rodriguez introduced him to eXp.

93. Regarding paragraph 93, Defendant admits he joined eXp and named Rosie Rodriguez his recruiting agent.

94. Regarding paragraph 94, Defendant refers to the materials from the Nevada Department of Real Estate.

95. Paragraph 95 consists of materials taken out of context and defendant refers to the referenced source for its content. The remaining allegations in this paragraph consist of Plaintiffs' argument and characterization of claims, which do not require a response; to the extent a response is required, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

96. Paragraph 96 consists of materials taken out of context and defendant refers to the referenced source for its content. The remaining allegations in this paragraph consist of Plaintiffs' argument and characterization of claims, which do not require a response; in addition, Defendant is without knowledge or information to form a belief as to the truth of each and every allegation and therefore to the extent a response is required, Defendant denies the allegations.

97. Paragraph 97 consists of materials taken out of context and defendant refers to the referenced source for its content. The remaining allegations in this paragraph consist of

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

Plaintiffs' argument and characterization of claims, which do not require a response; in addition, Defendant is without knowledge or information to form a belief as to the truth of each and every allegation and therefore to the extent a response is required, Defendant denies the allegations.

98.    Paragraph 98 consists of materials taken out of context and defendant refers to the referenced source for its content. The remaining allegations in this paragraph consist of Plaintiffs' argument and characterization of claims, which do not require a response; in addition, Defendant is without knowledge or information to form a belief as to the truth of each and every allegation and therefore to the extent a response is required, Defendant denies the allegations.

99.    Paragraph 99 consists of Plaintiffs' argument and characterization of claims, which do not require a response; in addition, Defendant denies each and every allegation.

100.    Paragraph 100 consists of materials taken out of context and defendant refers to the referenced source for its content. The remaining allegations in this paragraph consist of Plaintiffs' argument and characterization of claims, which do not require a response; in addition, Defendant is without knowledge or information to form a belief as to the truth of each and every allegation and therefore to the extent a response is required, Defendant denies the allegations.

101.    Paragraph 101 consists of materials taken out of context and defendant refers to the referenced source for its content. The remaining allegations in this paragraph consist of Plaintiffs' argument and characterization of claims, which do not require a response; to the extent a response is required, Defendant denies the allegations.

102.    Paragraph 102 consists of Plaintiffs' argument and characterization of claims, which do not require a response; to the extent a response is required, Defendant denies the allegations.

103.    Paragraph 103 consists of Plaintiffs' argument and characterization of claims, which do not require a response; to the extent a response is required, Defendant denies the allegations.

///

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

104.    Paragraph 104 is not directed toward this Defendant, and therefore no response is required and consists of materials taken out of context and defendant refers to the referenced source for its content.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

105.    Paragraph 105 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

106.    Paragraph 106 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

107.    Paragraph 107 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

108.    Paragraph 108 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

109.    Paragraph 109 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

110.    Paragraph 110 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

111.    Paragraph 111 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

112.    Paragraph 112 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.  Defendant denies any inappropriate conduct, whether criminal or otherwise.

113.    Paragraph 113 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

114.    Paragraph 114 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

///

21

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

115.    Paragraph 115 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations.  Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

116.    Paragraph 116 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations.  Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

117.    Paragraph 117 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

118.    With regard to Paragraph 118, to the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations.  Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

119.    Paragraph 119 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

120.    Paragraph 120 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

121.    The allegations in paragraph 121 constitute argument to which no response is required, except Defendant admits it purports to address a claim under 18 U.S.C. §1591. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

122.    The allegations in paragraph 122 constitute argument to which no response is required, except Defendant admits it purports to address a claim under 18 U.S.C. §1591. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

123.    The allegations in paragraph 123 constitute argument to which no response is required, except Defendant admits it purports to address a claim under 18 U.S.C. §1591. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

124.    The allegations in paragraph 124 constitute argument to which no response is required, except Defendant admits it purports to address a claim under 18 U.S.C. §1591. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

125.    Paragraph 125 consists of materials taken out of context and Plaintiffs' argument and characterization of claims, which do not require a response; Defendant admits he tried to recruit Plaintiff Acevedo.

126.    Paragraph 126 consists of materials taken out of context and Plaintiffs' argument and characterization of claims, which do not require a response; in addition,

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

Defendant is without knowledge or information to form a belief as to the truth of each and every allegation and therefore to the extent a response is required, Defendant denies the allegations.

127.    Paragraph 127 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

128.    Paragraph 128 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

129.    Paragraph 129 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

130.    With regard to paragraph 130, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

131.    With regard to paragraph 131, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

132.    With regard to paragraph 132, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

133.   With regard to paragraph 133, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.  Defendant denies any inappropriate or wrongful conduct.

134.   With regard to paragraph 134, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

135.   Paragraph 135 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

136.   Paragraph 136 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

137.   Paragraph 137 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

138.   Paragraph 138 is not directed toward this Defendant, and therefore no response is required.  Paragraph 138 consists of materials taken out of context and Defendant refers to the referenced source for its content.  To the extent a response is required, Defendant presently

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

139.    With regard to paragraph 139, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

140.    Paragraph 140 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

141.    Paragraph 141 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

142.    Paragraph 142 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

143.    Paragraph 143 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations.

144.    Paragraph 144 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

145.    With regard to paragraph 145, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

146.    Paragraph 146 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

147.    Paragraph 147 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

148.    Paragraph 148 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

149.    Paragraph 149 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

150.    Paragraph 150 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

151.    Paragraph 151 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

152.    Paragraph 152 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

153.    Paragraph 153 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

154.    Paragraph 154 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

155.    Paragraph 155 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

156.    Paragraph 156 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

157.    Paragraph 157 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

158.    Paragraph 158 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

159.    Paragraph 159 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

160.    Paragraph 160 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

161.    Paragraph 161 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

///

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

162.    Paragraph 162 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

163.    Paragraph 163 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

164.    With regard to paragraph 164, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.  Defendant denies any inappropriate or wrongful conduct.

165.    With regard to paragraph 165, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

166.    Paragraph 166 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

167.    With regard to paragraph 167, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

///

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

168.    With regard to paragraph 168, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

169.    With regard to paragraph 169, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

170.    With regard to paragraph 170, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

171.    With regard to paragraph 171, Defendant admits an event at the Encore Hotel and Casino, and with regard to the balance of the allegations presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

172.    Paragraph 172 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

173.    Paragraph 173 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

174.    Paragraph 174 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and

31

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

information sufficient to form a belief as to the basis and truth of the allegations, and
Defendant denies the allegations to the extent they mischaracterize, or are incomplete or
inconsistent, or taken out of context.

175.    Paragraph 175 is not directed toward this Defendant, and therefore no response
is required.  To the extent a response is required, Defendant presently lacks knowledge and
information sufficient to form a belief as to the basis and truth of the allegations, and
Defendant denies the allegations to the extent they mischaracterize, or are incomplete or
inconsistent, or taken out of context.

176.    Paragraph 176 is not directed toward this Defendant, and therefore no response
is required.  To the extent a response is required, Defendant presently lacks knowledge and
information sufficient to form a belief as to the basis and truth of the allegations, and
Defendant denies the allegations to the extent they mischaracterize, or are incomplete or
inconsistent, or taken out of context.

177.    Paragraph 177 is not directed toward this Defendant, and therefore no response
is required.  To the extent a response is required, Defendant presently lacks knowledge and
information sufficient to form a belief as to the basis and truth of the allegations, and
Defendant denies the allegations to the extent they mischaracterize, or are incomplete or
inconsistent, or taken out of context.

178.    Paragraph 178 is not directed toward this Defendant, and therefore no response
is required.  To the extent a response is required, Defendant presently lacks knowledge and
information sufficient to form a belief as to the basis and truth of the allegations, and
Defendant denies the allegations to the extent they mischaracterize, or are incomplete or
inconsistent, or taken out of context.

179.    Paragraph 179 is not directed toward this Defendant, and therefore no response
is required.  Paragraph 179 consists of materials taken out of context and Defendant refers to
the referenced source for its content.  To the extent a response is required, Defendant presently
lacks knowledge and information sufficient to form a belief as to the basis and truth of the
allegations, and Defendant denies the allegations to the extent they mischaracterize, or are
incomplete or inconsistent, or taken out of context.

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

180.    Paragraph 180 consists of materials taken out of context and Defendant refers to the referenced source for its content.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.  Defendant denies any inappropriate or wrongful conduct.

181.    Paragraph 181 consists of materials taken out of context and Defendant refers to the referenced source for its content.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.  Defendant denies any inappropriate  or wrongful conduct.

182.    Paragraph 182 consists of materials taken out of context and Defendant refers to the referenced source for its content.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.  Defendant denies any inappropriate or wrongful conduct.

183.    Defendant admits JANE DOE 3 was a real estate agent for eXp.

184.    Paragraph 184 consists of materials taken out of context and Defendant refers to the referenced source for its content.  Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.  Defendant denies any inappropriate or wrongful conduct.

185.    Paragraph 185 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

///

33

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

186.   Paragraph 186 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

187.   Paragraph 187 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

188.   Paragraph 188 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

189.   With regard to Paragraph 189, to the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context, and Defendant refers to the argumentative source material.  Defendant denies any inappropriate or wrongful conduct.

190.   With regard to Paragraph 190, to the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context, and Defendant refers to the argumentative source material.  Defendant denies any inappropriate or wrongful conduct.

191.   With regard to Paragraph 191, to the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

are incomplete or inconsistent, or taken out of context, and Defendant refers to the argumentative source material. Defendant denies any inappropriate or wrongful conduct.

192. Paragraph 192 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.

193. Paragraph 193 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context. Defendant denies any inappropriate or wrongful conduct.

194. Paragraph 194 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context. Defendant denies any inappropriate or wrongful conduct.

195. With regard to Paragraph 195, to the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context. Defendant denies any inappropriate or wrongful conduct.

196. With regard to Paragraph 196, to the extent a response is required, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context, and lacks information sufficient to form a belief as to the truth of the allegations regarding other defendants. Defendant denies any inappropriate or wrongful conduct.

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

197.   Paragraph 197 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.  Defendant denies any inappropriate conduct.

198.   Paragraph 198 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.  Defendant denies any inappropriate conduct.

199.   Paragraph 199 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.  Defendant denies any inappropriate conduct.

200.   Paragraph 200 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.  Defendant denies any inappropriate conduct.

201.   Paragraph 201 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context.  Defendant denies any inappropriate conduct.

202.   Paragraph 202 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context. Defendant denies any inappropriate conduct.

203. Paragraph 203 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context. Defendant denies any inappropriate conduct.

204. Paragraph 204 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context. Defendant denies any inappropriate conduct.

205. Paragraph 205 is not directed toward this Defendant, and therefore no response is required. With regard to Paragraph 205, to the extent a response is required, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context, and lacks information sufficient to form a belief as to the truth of the allegations regarding other defendants. Defendant denies any inappropriate or wrongful conduct.

206. Paragraph 206 is not directed toward this Defendant, and therefore no response is required. The allegations constitute argument to which no response is required. With regard to Paragraph 206, to the extent a response is required, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context, and lacks information sufficient to form a belief as to the truth of the allegations regarding other defendants. Defendant denies any inappropriate or wrongful conduct.

207. Paragraph 207 is not directed toward this Defendant, and therefore no response is required. The allegations constitute argument to which no response is required. With regard to Paragraph 205, to the extent a response is required, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context,

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

and lacks information sufficient to form a belief as to the truth of the allegations regarding other defendants. Defendant denies any inappropriate conduct.

208.    With regard to Paragraph 208, to the extent a response is required, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context, and lacks information sufficient to form a belief as to the truth of the allegations regarding other defendants. Defendant denies any inappropriate conduct.

209.    Paragraph 209 is not directed toward this Defendant, and therefore no response is required. The allegations constitute argument to which no response is required. With regard to Paragraph 209, to the extent a response is required, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument and lacks information sufficient to form a belief as to the truth of the allegations regarding other defendants. Defendant denies any inappropriate or wrongful conduct.

210.    Paragraph 210 is not directed toward this Defendant, and therefore no response is required. The allegations constitute argument to which no response is required. With regard to Paragraph 210, to the extent a response is required, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context, and consist of Plaintiffs' argument and lacks information sufficient to form a belief as to the truth of the allegations regarding other defendants. Defendant denies any inappropriate or wrongful conduct.

211.    Paragraph 211 is not directed toward this Defendant, and therefore no response is required. The allegations constitute argument to which no response is required. With regard to Paragraph 211, to the extent a response is required, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context, and consist of Plaintiffs' argument and lacks information sufficient to form a belief as to the truth of the allegations regarding other defendants. Defendant denies any inappropriate or wrongful conduct.

212.    Paragraph 212 is not directed toward this Defendant, and therefore no response is required. The allegations constitute argument to which no response is required. With

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

regard to Paragraph 212, to the extent a response is required, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context, and consist of Plaintiffs' argument and lacks information sufficient to form a belief as to the truth of the allegations regarding other defendants. Defendant denies any inappropriate or wrongful conduct.

213.    Paragraph 213 is not directed toward this Defendant, and therefore no response is required. The allegations constitute argument to which no response is required. With regard to Paragraph 213, to the extent a response is required, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context, and consist of Plaintiffs' argument and lacks information sufficient to form a belief as to the truth of the allegations regarding other defendants. Defendant denies any inappropriate or wrongful conduct.

214.    Paragraph 214 is not directed toward this Defendant, and therefore no response is required. The allegations constitute argument to which no response is required. With regard to Paragraph 214, to the extent a response is required, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context, and consist of Plaintiffs' argument and lacks information sufficient to form a belief as to the truth of the allegations regarding other defendants. Defendant denies any inappropriate or wrongful conduct.

215.    Paragraph 215 is not directed toward this Defendant, and therefore no response is required. The allegations constitute argument to which no response is required. With regard to Paragraph 215, to the extent a response is required, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context, and consist of Plaintiffs' argument and lacks information sufficient to form a belief as to the truth of the allegations regarding other defendants. Defendant denies any inappropriate or wrongful conduct.

216.    Paragraph 216 is not directed toward this Defendant, and therefore no response is required. The allegations constitute argument to which no response is required. With regard to Paragraph 216, to the extent a response is required, Defendant denies the allegations

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context, and consist of Plaintiffs' argument and lacks information sufficient to form a belief as to the truth of the allegations regarding other defendants. Defendant denies any inappropriate or wrongful conduct.

217.   Paragraph 217 is not directed toward this Defendant, and therefore no response is required. The allegations constitute argument to which no response is required. With regard to Paragraph 217, to the extent a response is required, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context, and consist of Plaintiffs' argument and lacks information sufficient to form a belief as to the truth of the allegations regarding other defendants. Defendant denies any inappropriate or wrongful conduct.

218.   Paragraph 218 is not directed toward this Defendant, and therefore no response is required. The allegations constitute argument to which no response is required. With regard to Paragraph 218, to the extent a response is required, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context, and consist of Plaintiffs' argument and lacks information sufficient to form a belief as to the truth of the allegations regarding other defendants. Defendant denies any inappropriate or wrongful conduct.

219.   Paragraph 219 is not directed toward this Defendant, and therefore no response is required. The allegations constitute argument to which no response is required. With regard to Paragraph 219, to the extent a response is required, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context, and consist of Plaintiffs' argument and lacks information sufficient to form a belief as to the truth of the allegations regarding other defendants. Defendant denies any inappropriate or wrongful conduct.

220.   Defendant incorporates by reference each foregoing response as if fully restated here.

221.   Paragraph 221 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument. Defendant denies any inappropriate conduct.

222.    This Paragraph is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument. Defendant denies any inappropriate conduct.

223.    Paragraph 223 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

224.    Paragraph 224 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

225.    Paragraph 225 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

226.    Paragraph 226 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

227.    Paragraph 227 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

228.    Paragraph 228 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

229.    Paragraph 229 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

230.    Paragraph 230 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

231.    Paragraph 231 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

232.    Paragraph 232 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

information sufficient to form a belief as to the basis and truth of the allegations, and
Defendant denies the allegations to the extent they mischaracterize, or are incomplete or
inconsistent, or taken out of context and consist of Plaintiffs' argument.

233.    Paragraph 233 is not directed toward this Defendant, and therefore no response
is required.  To the extent a response is required, Defendant presently lacks knowledge and
information sufficient to form a belief as to the basis and truth of the allegations, and
Defendant denies the allegations to the extent they mischaracterize, or are incomplete or
inconsistent, or taken out of context and consist of Plaintiffs' argument.
Defendant incorporates by reference each foregoing response as if fully restated here.

234.    With regard to paragraph 234, Defendant presently lacks knowledge and
information sufficient to form a belief as to the basis and truth of the allegations because the
paragraph is unintelligible as written.

235.    With regard to paragraph 235, Defendant denies each and every allegation in
paragraph 236.

236.    Paragraph 236 is not directed toward this Defendant, and therefore no response
is required.  To the extent a response is required, Defendant presently lacks knowledge and
information sufficient to form a belief as to the basis and truth of the allegations, and
Defendant denies the allegations to the extent they mischaracterize, or are incomplete or
inconsistent, or taken out of context and consist of Plaintiffs' argument.

237.    Paragraph 237 is not directed toward this Defendant, and therefore no response
is required.  To the extent a response is required, Defendant presently lacks knowledge and
information sufficient to form a belief as to the basis and truth of the allegations, and
Defendant denies the allegations to the extent they mischaracterize, or are incomplete or
inconsistent, or taken out of context and consist of Plaintiffs' argument.

238.    Paragraph 238 is not directed toward this Defendant, and therefore no response
is required.  To the extent a response is required, Defendant presently lacks knowledge and
information sufficient to form a belief as to the basis and truth of the allegations, and
Defendant denies the allegations to the extent they mischaracterize, or are incomplete or
inconsistent, or taken out of context and consist of Plaintiffs' argument.

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

239.  With regard to Paragraph 239, to the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

240.  Paragraph 240 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

241.  Paragraph 241 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

242.  With regard to Paragraph 242, to the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

243.  With regard to Paragraph 243, to the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

244.  Paragraph 244 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

245.  Defendant incorporates by reference each foregoing response as if fully restated here.

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

246.    With regard to Paragraph 246, to the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

247.    With regard to Paragraph 247, to the extent a response is required, Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument and are vague as to the time frame referenced.

248.    Paragraph 248 is not directed toward this Defendant, and therefore no response is required.  With regard to Paragraph 249, to the extent a response is required, Defendant denies engaging in any misconduct and denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

249.    With regard to Paragraph 249, to the extent a response is required, Defendant denies engaging in any misconduct and denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

250.    Paragraph 250 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant denies engaging in any misconduct, and presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

251.    With regard to Paragraph 251, to the extent a response is required, Defendant denies engaging in any misconduct and denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

252.    Defendant incorporates by reference each foregoing response as if fully restated here.

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

253.    Paragraph 253 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

254.    Paragraph 254 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

255.    Paragraph 255 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

256.    Paragraph 256 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

257.    Defendant incorporates by reference each foregoing response as if fully restated here.

258.    Paragraph 258 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

259.    Paragraph 259 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

260.    Paragraph 260 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

261.    Paragraph 261 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

262.    Paragraph 262 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

263.    Paragraph 263 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

264.    Defendant incorporates by reference each foregoing response as if fully restated here.

265.    Defendant denies each and every allegation in paragraph 265.

266.    Defendant denies each and every allegation in paragraph 266.

267.    Defendant denies each and every allegation in paragraph 267.

268.    Defendant denies each and every allegation in paragraph 268.

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

269. Defendant denies each and every allegation in paragraph 269.

270. Defendant denies each and every allegation in paragraph 270.

271. Defendant incorporates by reference each foregoing response as if fully restated here.

272. Paragraph 272 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

273. Paragraph 273 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

274. Paragraph 274 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

275. Paragraph 275 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

276. Defendant incorporates by reference each foregoing response as if fully restated here.

277. Defendant denies each and every allegation in paragraph 277.

278. Defendant denies each and every allegation in paragraph 278.

279. Defendant denies each and every allegation in paragraph 279.

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

280.    Defendant denies each and every allegation in paragraph 280.

281.    Defendant incorporates by reference each foregoing response as if fully restated here.

282.    Paragraph 282 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

283.    Paragraph 283 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

284.    Paragraph 284 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

285.    Paragraph 285 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

286.    Paragraph 286 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

///

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

287.    Paragraph 287 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

288.    Defendant incorporates by reference each foregoing response as if fully restated here.

289.    Paragraph 289 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

290.    Paragraph 290 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

291.    Paragraph 291 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

292.    Paragraph 292 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

293.    Paragraph 293 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

294.   Defendant incorporates by reference each foregoing response as if fully restated here.

295.   With regard to Paragraph 295, to the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument. Defendant denies owing a duty to the Plaintiff.

296.   With regard to Paragraph 296, to the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

297.   With regard to Paragraph 297, to the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

298.   With regard to Paragraph 298, to the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

299.   Defendant incorporates by reference each foregoing response as if fully restated here.

300.   Paragraph 300 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

301.  Paragraph 301 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

302.  Paragraph 302 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

303.  Paragraph 303 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

304.  Paragraph 304 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

305.  Paragraph 305 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

306.  Paragraph 306 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

307.    Paragraph 307 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

308.    Paragraph 308 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

309.    Paragraph 309 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

310.    Defendant incorporates by reference each foregoing response as if fully restated here.

311.    Paragraph 311 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

312.    Paragraph 312 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

313.    Paragraph 313 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

314.    Paragraph 314 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

315.    Paragraph 315 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

316.    Paragraph 316 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

317.    Paragraph 317 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

318.    Paragraph 318 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

319.    Paragraph 319 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

320.    Paragraph 320 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

321.    Paragraph 321 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

322.    Paragraph 322 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

323.    Paragraph 323 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

324.    Paragraph 324 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

information sufficient to form a belief as to the basis and truth of the allegations, and
Defendant denies the allegations to the extent they mischaracterize, or are incomplete or
inconsistent, or taken out of context and consist of Plaintiffs' argument.

325.    Paragraph 325 is not directed toward this Defendant, and therefore no response
is required.  To the extent a response is required, Defendant presently lacks knowledge and
information sufficient to form a belief as to the basis and truth of the allegations, and
Defendant denies the allegations to the extent they mischaracterize, or are incomplete or
inconsistent, or taken out of context and consist of Plaintiffs' argument.

326.    Paragraph 326 is not directed toward this Defendant, and therefore no response
is required.  To the extent a response is required, Defendant presently lacks knowledge and
information sufficient to form a belief as to the basis and truth of the allegations, and
Defendant denies the allegations to the extent they mischaracterize, or are incomplete or
inconsistent, or taken out of context and consist of Plaintiffs' argument.

327.    Paragraph 327 is not directed toward this Defendant, and therefore no response
is required.  To the extent a response is required, Defendant presently lacks knowledge and
information sufficient to form a belief as to the basis and truth of the allegations, and
Defendant denies the allegations to the extent they mischaracterize, or are incomplete or
inconsistent, or taken out of context and consist of Plaintiffs' argument.

328.    Paragraph 328 is not directed toward this Defendant, and therefore no response
is required.  To the extent a response is required, Defendant presently lacks knowledge and
information sufficient to form a belief as to the basis and truth of the allegations, and
Defendant denies the allegations to the extent they mischaracterize, or are incomplete or
inconsistent, or taken out of context and consist of Plaintiffs' argument.

329.    Paragraph 329 is not directed toward this Defendant, and therefore no response
is required.  To the extent a response is required, Defendant presently lacks knowledge and
information sufficient to form a belief as to the basis and truth of the allegations, and
Defendant denies the allegations to the extent they mischaracterize, or are incomplete or
inconsistent, or taken out of context and consist of Plaintiffs' argument.

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

330.    Paragraph 330 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

331.    Paragraph 331 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

332.    Paragraph 332 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

333.    Paragraph 333 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

334.    Paragraph 334 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

335.    Paragraph 335 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

336.    Paragraph 336 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

337.    Paragraph 337 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

338.    Paragraph 338 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

339.    Paragraph 339 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

340.    Paragraph 340 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

341.    Paragraph 341 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

342.    Paragraph 342 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

343.    Paragraph 343 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

344.    Paragraph 344 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

345.    Paragraph 345 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

346.    Paragraph 346 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

347.   Paragraph 347 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

348.   Paragraph 348 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

349.   Paragraph 349 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

350.   Paragraph 350 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

351.   Paragraph 351 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

352.   Paragraph 352 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

353.    Paragraph 353 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

354.    Paragraph 354 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

355.    Paragraph 355 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

356.    Paragraph 356 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

357.    Paragraph 357 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

358.    Paragraph 358 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

359.    Paragraph 359 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

360.    Paragraph 360 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

361.    Paragraph 361 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

362.    Paragraph 362 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

363.    Paragraph 363 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

///

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

364. Paragraph 364 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

365. Paragraph 365 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

366. Paragraph 366 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

367. Paragraph 367 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

368. Paragraph 368 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

369. Paragraph 369 is not directed toward this Defendant, and therefore no response is required. To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

370.   Paragraph 370 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

371.   Paragraph 371 is not directed toward this Defendant, and therefore no response is required.  To the extent a response is required, Defendant presently lacks knowledge and information sufficient to form a belief as to the basis and truth of the allegations, and Defendant denies the allegations to the extent they mischaracterize, or are incomplete or inconsistent, or taken out of context and consist of Plaintiffs' argument.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
#### (Failure to State a Cause of Action)

372.   The Third Amended Complaint, as a whole, fails to state facts sufficient to constitute a claim upon which relief can be granted as to this Defendant.  Plaintiffs have insufficiently alleged a "sex act," and even if a "sex act" is sufficiently alleged, it was not "commercial" in nature because it was not part of a "quid pro quo" or "bargained for" exchange.  In addition, Plaintiffs' claims are not ripe for adjudication because there has been no findings of any alleged criminal liability.  Moreover, Plaintiffs lack standing to bring a civil action.

### SECOND AFFIRMATIVE DEFENSE
#### (Statute Of Limitations)

373.   Plaintiffs' claims are not revived and are barred in whole or in part under the applicable statutes of limitations and other applicable laws, including but not limited to Cal. Civ. Proc. Code, §335.1; Nev. Rev. Stat. §§11.90, 11.190(4), 11.190(4(c); and 18 USC 1595

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

(c)(1).  Plaintiffs do not get the benefit of Nevada SB 129 because there is no sexual assault alleged by Jane Doe 2 and Jane Doe 3.  In addition, the original complaint was not filed until February 22, 2023, more than two years past the date of the last alleged event.

## THIRD AFFIRMATIVE DEFENSE
### (Laches)

374.  The injuries and damages, if any, are barred by the Doctine of Laches.

## FOURTH AFFIRMATIVE DEFENSE
### (Waiver and Consent)

375.  Plaintiffs' claims are barred in whole or in part by the doctrines of consent, waiver and/or estoppel.  Plaintiffs were ready, willing and able participants in any of the acts alleged in the operative complaint, and any injuries allegedly suffered therein are a result of Plaintiffs' voluntary participation and/or negligence.

## FIFTH AFFIRMATIVE DEFENSE
### (In Pari Delicto)

376.  Plaintiffs' claims are barred because Plaintiffs engaged in acts and/or courses of conduct which render them *in pari delicto*, whereby they willingly and voluntarily without duress attended the functions and engaged/participated in the activities states in the complaint.

## SIXTH AFFIRMATIVE DEFENSE
### (Unclean Hands/Equitable Estoppel)

377.  Plaintiffs' claims are barred in whole or in part by the Doctrine of Unclean Hands to the extent that any injuries were suffered by Plaintiffs, were caused by their own conduct.

378.  Any and all recovery by Plaintiffs, if any, would be unjust, unfair and inequitable under the circumstances.

379.  Plaintiffs are barred from any recovery based on equitable estoppel.

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

## SEVENTH AFFIRMATIVE DEFENSE

### (Failure To Mitigate Damages)

380.    Plaintiffs' claims are barred in whole or in part insofar as reasonable steps were not taken to mitigate damages.

## EIGHTH AFFIRMATIVE DEFENSE

### (Superseding and/or Intervening Acts/Comparative Fault)

381.    Plaintiffs' claims are barred in whole or in part because the incidents alleged (and all damages complaint of, if any) were directly or proximately caused or contributed to by the superseding and/or intervening acts of other parties, persons and/or entities over whom Defendant had no right of control.

382.    If any damages were suffered, which they were not, they are not attributable to any acts on the part of the Defendant.

## NINTH AFFIRMATIVE DEFENSE

### (Apportionment)

383.    Plaintiff's claims are barred in whole or in part because any damage, loss, or liability by must be reduced, diminished and/or barred in proportion to the wrongful or negligent conduct of persons or entities other than this Defendant under the principles of proportionate responsibility, equitable allocation, recoupment, set-off, comparative causation and/or comparative fault.

## TENTH AFFIRMATIVE DEFENSE

### (No Right To Punitive Damages)

384.    Punitive damages are not authorized or warranted for Plaintiffs' claims.

///
///
///

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

## ELEVENTH AFFIRMATIVE DEFENSE

### (No Intent)

385.    Defendant did not knowingly participate or benefit financially or by receiving anything of value from the alleged sex trafficking venture, and did not know and should not have known of any alleged sex trafficking acts.

## TWELFTH AFFIRMATIVE DEFENSE

### (Pleading is Defective)

386.    The Plaintiffs' Complaint fails to plausibly plead with sufficient particularity and clarity, and is conclusory.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Pleading is Defective)

387.    The Plaintiffs' Complaint fails to plausibly plead with sufficient particularity the existence of a common undertaking or enterprise involving risk and potential profit.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Pleading is Defective)

388.    The Plaintiffs' Complaint fails to plausibly plead with sufficient particularity participation in an alleged sex trafficking venture or acts.

## FIFTHEENTH AFFIRMATIVE DEFENSE

### (NO DUTY OWED TO PLAINTIFFS)

389.    Plaintiffs' claims are barred, in whole or part, because the alleged incidents in question and all damages complained of and claimed by Plaintiffs, if any, were the result of actions, inactions, or fault of other persons or parties not under the control of Defendant, and to which this Defendant is not responsible.

390.    The statute sued upon does not permit the imposition on Defendant of damages caused, in whole or in part, by parties, individuals, or entities other than Defendant.  Rather,

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

Defendant's liability, if any, is limited to damages caused by his alleged covered conduct, if any.

### SIXTEENTH AFFIRMATIVE DEFENSE
### (UNCONSTITUTIONALITY)

391.    Plaintiffs' claims are barred, in whole or part, because the statute sued upon is unconstitutionally vague and ambiguous.

### SEVENTEENTH AFFIRMATIVE DEFENSE
### (Reservation of Rights To Amend)

392.    Defendant reserves the right to amend this Answer and to allege additional Affirmative Defenses as new evidence is discovered or existing evidence is developed.

393.    In stating these affirmative defenses, Defendant does not concede that he has the burden of proof on any of the aforementioned defenses and denials.

**WHEREFORE**, Defendant prays for judgment as follows:

1.    That Plaintiffs take nothing by way of their Complaint herein;

2.    That Defendant be dismissed from the within action with costs of suit incurred herein;

3.    For Defendant's attorneys' fee, costs and expenses incurred in defense of this matter, including expert assistance and testimony; and

4.    Such other and further relief that the court deems just and proper.

### DEMAND FOR JURY TRIAL

Defendant respectfully demands a jury trial on all claims and defenses.

Dated:  November 10, 2025

_____
Peter K. Levine, Esq.
Attorney for Defendant Golden

1993-golden\pleading\answer to tac\(2) final answer to tac golden.docx

68

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on all counsel of record via electronic mail on this 10th day of November 2025.

_____
Roberto Segovia

DAVID GOLDEN'S ANSWER TO THIRD AMENDED COMPLAINT