1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Todd A. Angstadt (SBN 166404)
Elisa R. Marcaletti (SBN 227263)
George M. Morris (SBN 315371)
**PHILLIPS, SPALLAS & ANGSTADT LLP**
560 Mission Street, Suite 1010
San Francisco, CA 94105
Telephone (415) 278-9400
Facsimile (415) 278-9411
gmorris@psalaw.net

Attorney for Defendant
BRENT GOVE

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

FABIOLA ACEVEDO, TAMI SIMS, CHRISTIANA LUNDY,  and MEGAN-FARRELL-NELSON,

    Plaintiffs,

  v.

EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL J. BJORKMAN; DAVID S. GOLDEN; GLENN SANFORD; BRENT GOVE; and DOES 1 to 10,

    Defendants.

Case No.: 2:23-cv-01304-AB-AGR

**DEFENDANT BRENT GOVE'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

**Trial Date**: July 13, 2026
**Time**: 8:30 A.M.
**Judge**: Hon. André Birotte, Jr.

**TO THE CLERK OF THE ABOVE ENTITLED COURT AND ALL PARTIES**:

   COMES NOW Defendant BRENT GOVE, an individual ("Defendant" and "Defendant GOVE"), by and through his counsel of record, PHILLIPS, SPALLAS & ANGSTADT, LLP, and for no other Defendants and for his Answer to Plaintiffs FABIOLA ACEVEDO, TAMI SIMS, CHRISTIANA LUNDY, and MEGAN FARRELL-NELSON's (collectively, "Plaintiffs") Third Amended Complaint ("TAC") Docket No. 327, filed on October 27, 2025, states as follows:

**I.  PRELIMINARY STATEMENT**

   1.  Answering Paragraph 1 of Plaintiffs' TAC on file herein, Defendant denies all allegations therein.

2.     Answering Paragraph 2 of Plaintiffs' TAC on file herein, Defendant admits that this is a civil action for damages under 18 U.S.C. §§1591 and 1595 and state law actions.  Defendant denies the remaining allegations contained therein.

## II.     **JURISDICTION**

3.     Answering Paragraph 3 of Plaintiffs' TAC on file herein, Defendant incorporates by reference all his responses to paragraphs 1 to 2 as though fully set forth herein, and Defendant denies he has violated either 18 U.S.C. §§1595 or 1591 but admits the Court has subject matter jurisdiction over alleged violations of same.

4.     Answering Paragraph 4 of Plaintiffs' TAC on file herein, Defendant denies he has violated any California statutory and common law.  Defendant admits the Court has supplemental jurisdiction over Plaintiffs' state law causes of action under 28 U.S.C. §1367.

5.     Answering Paragraph 5 of Plaintiffs' TAC on file herein, Defendant denies he has violated either 18 U.S.C. §§1595 or 1591 but admits the Court is "an appropriate district court of the United States" as described in 18 U.S.C. §1595.

6.     Answering Paragraph 6 of Plaintiffs' TAC on file herein, the allegations state a legal conclusion, and as such require no response from Defendant.  However, to the extent an answer is required, Defendant denies that Plaintiffs suffered damages and admits that venue is proper in the United States District Court, for the Central District of California, pursuant to 28 U.S.C. §1391(b)(2).  Defendant lacks sufficient knowledge or information upon which to form a basis or belief, and therefore denies that Defendant Michael Bjorkman ("Defendant Bjorkman") resides in the Central District of California.

## III.     **PLAINTIFFS**

7.     Answering Paragraph 7 of Plaintiffs' TAC on file herein, Defendant incorporates by reference all his responses to paragraphs 1 to 6 as though fully set forth herein, and Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein, and, therefore, denies same.

8.     Answering Paragraph 8 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein, and, therefore, denies same.

9.    Answering Paragraph 9 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein, and, therefore, denies same.

10.    Answering Paragraph 10 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein, and, therefore, denies same.

## IV.    **DEFENDANTS**

11.    Answering Paragraph 11 of Plaintiffs' TAC on file herein, Defendant admits the allegations contained therein.  Defendant incorporates by reference all his responses to paragraphs 1 to 10 as though fully set forth herein.

12.    Answering Paragraph 12 of Plaintiffs' TAC on file herein, Defendant admits the allegations contained therein.

13.    Answering Paragraph 13 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein, and, therefore, denies same.

14.    Answering Paragraph 14 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein, and, therefore, denies same.

15.    Answering Paragraph 15 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein, and, therefore, denies same.

16.    Answering Paragraph 16 of Plaintiffs' TAC on file herein, Defendant admits that he is a citizen and resident of Puerto Rico and a real estate agent with Defendant eXp Realty, but to the extent that Plaintiffs have provided erroneous or incomplete definitions for "Influencer" and "Revenue Share Participant," Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein, and, therefore, denies same.

17.    Answering Paragraph 17 of Plaintiffs' TAC on file herein, Defendant admits Plaintiffs have sued DOES 1 through 10, but Defendant denies the remaining allegations contained therein.

## V.    EXP REALTY, LLC AND EXP WORLD HOLDINGS, INC.
## ("DEFENDANT eXp REALTY")

18.    Answering Paragraph 18 of Plaintiffs' TAC on file herein, Defendant incorporates by reference all his responses to paragraphs 1 to 17 as though fully set forth herein and Defendant admits that Defendant eXp Realty is a publicly traded real-estate company.  Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the remaining allegations contained therein, including whether it is "touted" as a "cloud-based model," and, therefore, denies same.

19.    Answering Paragraph 19 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein, and, therefore, denies same.

20.    Answering Paragraph 20 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein, and, therefore, denies same.

21.    Answering Paragraph 21 of Plaintiffs' TAC on file herein, Defendant denies the allegations contained therein.

22.    Answering Paragraph 22 of Plaintiffs' TAC on file herein, Defendant denies the allegations contained therein.

23.    Answering Paragraph 23 of Plaintiffs' TAC on file herein, the allegations pertaining to a "pyramid scheme" state a legal conclusion and, as such require no response from Defendant.  As to the remaining allegations, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein, and, therefore, denies same.

24.    Answering Paragraph 24 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein, and, therefore, denies same.

25.    Answering Paragraph 25 of Plaintiffs' TAC on file herein, the allegations pertaining to a "pyramid scheme" state a legal conclusion and, as such require no response from Defendant, and Defendant denies the remaining allegations contained therein.

26.    Answering Paragraph 26 of Plaintiffs' TAC on file herein, Defendant denies the allegations

**DEFENDANT BRENT GOVE'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

contained therein, except that he has referred to Defendant Golden as "Golden Delicious."

27.    Answering Paragraph 27 of Plaintiffs' TAC on file herein, Defendant denies the allegations therein, as he financially benefitted only from the sale of real estate.

28.    Answering Paragraph 28 of Plaintiffs' TAC on file herein, Defendant denies the allegations contained therein.

29.    Answering Paragraph 29 of Plaintiffs' TAC on file herein, Defendant denies the allegations contained therein.

30.    Answering Paragraph 30 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein, and, therefore, denies same.

31.    Answering Paragraph 31 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein, and, therefore, denies same.

32.    Answering Paragraph 32 of Plaintiffs' TAC on file herein, Defendant denies the allegations contained therein, as Defendant GOVE was an independent contractor lacking any  control [including right to hire, terminate, discipline, restructure positions, or remove] over any other Defendants.

33.    Answering Paragraph 33 of Plaintiffs' TAC on file herein, the allegations therein state a legal conclusion and, as such require no response from Defendant.

34.    Answering Paragraph 34 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein, and, therefore, denies same.

35.    Answering Paragraph 35 of Plaintiffs' TAC on file herein, Defendant denies the allegations contained therein.

36.    Answering Paragraph 36 of Plaintiffs' TAC on file herein, Defendant denies the allegations contained therein, to the extent that the allegations are legal conclusions or statements of law which do not require a response from Defendant.

37.    Answering Paragraph 37 of Plaintiffs' TAC on file herein, Defendant admits the existence of a video but lacks sufficient information and knowledge upon which to base a belief as to the truth or falsity of

**DEFENDANT BRENT GOVE'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

1  the remaining allegations contained herein.

2      38.    Answering Paragraph 38 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

3  knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

4  therein, and, therefore, denies same.

5      39.    Answering Paragraph 39 of Plaintiffs' TAC on file herein, Defendant denies the allegations

6  contained therein.

7      40.    Answering Paragraph 40 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

8  knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

9  therein, and, therefore, denies same.

10      41.    Answering Paragraph 41 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

11  knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

12  therein, and, therefore, denies same.

13      42.    Answering Paragraph 42 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

14  knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

15  therein, and, therefore, denies same.

16      43.    Answering Paragraph 43 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

17  knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

18  therein, and, therefore, denies same.

19      44.    Answering Paragraph 44 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

20  knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

21  therein, and, therefore, denies same.

22      45.    Answering Paragraph 45 of Plaintiffs' TAC on file herein, Defendant denies the allegations

23  contained therein.

24      46.    Answering Paragraph 46 of Plaintiffs' TAC on file herein, Defendant denies the allegations

25  contained therein.

26      47.    Answering Paragraph 47 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

27  information and knowledge upon which to admit or deny, and on that basis denies; furthermore, the

28  allegations are vague, ambiguous, and unintelligible as a result of the terms "entice" and "downline" and on

**DEFENDANT BRENT GOVE'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

1    that basis Defendant further denies all allegations contained therein

2        48.    Answering Paragraph 48 of Plaintiffs' TAC on file herein, Defendant denies all allegations

3    contained herein.

4        49.    Answering Paragraph 49 of Plaintiffs' TAC on file herein, Defendant denies all allegations

5    contained therein.

6        50.    Answering Paragraph 50 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

7    information and knowledge upon which to admit or deny, and on that basis denies; furthermore, the

8    allegations are so vague, ambiguous, and unintelligible as a result of the terms "keenly aware of the

9    methods," and on that basis Defendant further denies all allegations contained therein.

10        51.    Answering Paragraph 51 of Plaintiffs' TAC on file herein, Defendant denies the allegations

11    contained therein as Defendant is an independent contractor and not the principle or agent of any other

12    Defendant.

13        52.    Answering Paragraph 52 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

14    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

15    therein, and, therefore, denies same.  Defendant GOVE is not an employee of Defendant eXp Realty.

16        53.    Answering Paragraph 53 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

17    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

18    therein, and, therefore, denies same.  Defendant GOVE is not an employee of Defendant eXp Realty.

19        54.    Answering Paragraph 54 of Plaintiffs' TAC on file herein, Defendant admits the allegations

20    contained therein.  Defendant is not an employee of Defendant eXp Realty.

21        55.    Answering Paragraph 55 of Plaintiffs' TAC on file herein, Defendant denies the allegations

22    contained therein.  Defendant is not an employee of Defendant eXp Realty.

23        56.    Answering Paragraph 56 of Plaintiffs' TAC on file herein, Defendant denies the allegations

24    contained therein.  Defendant is not an employee of Defendant eXp Realty.

25        57.    Answering Paragraph 57 of Plaintiffs' TAC on file herein, Defendant denies the allegations

26    contained therein.  Defendant is not an employee of Defendant eXp Realty.

27        58.    Answering Paragraph 58 of Plaintiffs' TAC on file herein, Defendant denies the allegations

28    contained therein, particularly Plaintiff's use of the term "eXp Realty Recruiting Events" which is incorrectly

**DEFENDANT BRENT GOVE'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

1  defined, misused, vague, and ambiguous to the extent events are not all held by eXp Realty or solely

2  "Recruiting Events."  Defendant is not an employee of Defendant eXp Realty.

3       59.    Answering Paragraph 59 of Plaintiffs' TAC on file herein, Defendant denies the allegations

4  contained therein.  Defendant is not an employee of Defendant eXp Realty.

5       60.    Answering Paragraph 60 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

6  knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

7  therein and, therefore, denies same.  Defendant is not an employee of Defendant eXp Realty.

8       61.    Answering Paragraph 61 of Plaintiffs' TAC on file herein, Defendant denies the allegations

9  contained therein.

10      62.    Answering Paragraph 62 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

11  knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

12  therein and, therefore, denies same.  Defendant is not an employee of Defendant eXp Realty.

13      63.    Answering Paragraph 63 of Plaintiffs' TAC on file herein, as to the allegations about

14  Defendant eXp Realty and its leadership team, answering Defendant denies.  As to the allegation that "This

15  leadership team also included top Alpha Influencer Brent Gove," Defendant denies the allegation that he

16  was on the eXp Realty "leadership team" or was an "Alpha Influencer" as Plaintiffs have used and defined the

17  term.  Defendant is not an employee of Defendant eXp Realty.

18      **VI.    <u>DEFENDANT MICHAEL L. BJORKMAN AND DEFENDANT DAVID S. GOLDEN</u>**

19      64.    Answering Paragraph 64 of Plaintiffs' TAC on file herein, Defendant incorporates by

20  reference all his responses to paragraphs 1 to 63 as though fully set forth herein, and Defendant lacks

21  sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations

22  contained therein and, therefore, denies same.

23      65.    Answering Paragraph 65 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

24  knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

25  therein and, therefore, denies same.

26      66.    Answering Paragraph 66 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

27  knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

28  therein and, therefore, denies same.

67.     Answering Paragraph 67 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

68.     Answering Paragraph 68 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

69.     Answering Paragraph 69 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

70.     Answering Paragraph 70 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

71.     Answering Paragraph 71 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

72.     Answering Paragraph 72 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

73.     Answering Paragraph 73 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

74.     Answering Paragraph 74 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

75.     Answering Paragraph 75 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

76.     Answering Paragraph 76 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

**DEFENDANT BRENT GOVE'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

77.    Answering Paragraph 77 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

78.    Answering Paragraph 78 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

79.    Answering Paragraph 79 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

80.    Answering Paragraph 80 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

81.    Answering Paragraph 81 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

82.    Answering Paragraph 82 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

83.    Answering Paragraph 83 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

84.    Answering Paragraph 84 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

85.    Answering Paragraph 85 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

therein and, therefore, denies same.

86.    Answering Paragraph 86 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

87.    Answering Paragraph 87 of Plaintiffs' TAC on file herein, Defendant admits the allegations contained therein.

88.    Answering Paragraph 88 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

89.    Answering Paragraph 89 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

90.    Answering Paragraph 90 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

91.    Answering Paragraph 91 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

92.    Answering Paragraph 92 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

93.    Answering Paragraph 93 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

94.    Answering Paragraph 94 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

95.    Answering Paragraph 95 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

96.     Answering Paragraph 96 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

97.     Answering Paragraph 97 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

98.     Answering Paragraph 98 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

99.     Answering Paragraph 99 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

100.    Answering Paragraph 100 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

101.    Answering Paragraph 101 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.  Defendant GOVE is not an employee of Defendant eXp Realty.

102.    Answering Paragraph 102 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.  Defendant GOVE is not an employee of Defendant eXp Realty.

103.    Answering Paragraph 103 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.  Defendant GOVE is not an employee of Defendant eXp Realty.

104.    Answering Paragraph 104 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

1    therein and, therefore, denies same.  Defendant GOVE is not an employee of Defendant eXp Realty..

2    **VII.    DEFENDANT BRENT GOVE AND DEFENDANT GLENN SANFORD**

3    105.    Answering Paragraph 105 of Plaintiffs' TAC on file herein, Defendant incorporates by

4    reference all his responses to paragraphs 1 to 104 as though fully set forth herein and Defendant admits the

5    allegations contained therein.

6    106.    Answering Paragraph 106 of Plaintiffs' TAC on file herein, Defendant denies the allegations

7    contained therein.

8    107.    Answering Paragraph 107 of Plaintiffs' TAC on file herein, Defendant denies the allegations

9    contained therein.

10    108.    Answering Paragraph 108 of Plaintiffs' TAC on file herein, these allegations assert legal

11    conclusions, and as such, require no response from Defendant.

12    109.    Answering Paragraph 109 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

13    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

14    therein and, therefore, denies same.  Defendant GOVE is not an employee of Defendant eXp Realty, nor was

15    he in "leadership" at eXp Realty.

16    110.    Answering Paragraph 110 of Plaintiffs' TAC on file herein, Defendant denies the allegations

17    contained therein.

18    111.    Answering Paragraph 111 of Plaintiffs' TAC on file herein, Defendant denies the allegations

19    contained therein.

20    112.    Answering Paragraph 112 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

21    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

22    therein and, therefore, denies same.

23    113.    Answering Paragraph 113 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

24    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

25    therein and, therefore, denies same.

26    114.    Answering Paragraph 114 of Plaintiffs' TAC on file herein, Defendant denies the allegations

27    contained therein.

28    115.    Answering Paragraph 115 of Plaintiffs' TAC on file herein, Defendant denies the allegations

1   contained therein.

2       116.    Answering Paragraph 116 of Plaintiffs' TAC on file herein, Defendant denies the allegations

3   contained therein.

4       117.    Answering Paragraph 117 of Plaintiffs' TAC on file herein, Defendant denies the allegations

5   contained therein.

6       118.    Answering Paragraph 118 of Plaintiffs' TAC on file herein, Defendant denies the allegations

7   contained therein.

8       119.    Answering Paragraph 119 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

9   knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

10  therein and, therefore, denies same.

11      120.    Answering Paragraph 120 of Plaintiffs' TAC on file herein, Defendant denies the allegations

12  contained therein.

13  **VIII.    LEGAL BACKGROUND – 18 U.S.C. 1591**

14      121.    Answering Paragraph 121 of Plaintiffs' TAC on file herein, Defendant incorporates by

15  reference all his responses to paragraphs 1 to 120 as though fully set forth herein, and the allegations

16  therein state a legal conclusion or statement of the law, and as such require no response from Defendant.

17      122.    Answering Paragraph 122 of Plaintiffs' TAC on file herein, the allegations therein state a

18  legal conclusion or statement of the law, and as such require no response from Defendant.

19      123.    Answering Paragraph 123 of Plaintiffs' TAC on file herein, the allegations therein state a

20  legal conclusion or statement of the law, and as such require no response from Defendant.

21      124.    Answering Paragraph 124 of Plaintiffs' TAC on file herein, the allegations therein state a

22  legal conclusion or statement of the law, and as such require no response from Defendant.

23  **IX.    ALLEGATIONS RELATING TO PLAINTIFFS**

24  *Fabiola Acevedo*

25      125.    Answering Paragraph 125 of Plaintiffs' TAC on file herein, Defendant incorporates by

26  reference all his responses to paragraphs 1 to 124 as though fully set forth herein and Defendant lacks

27  sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations

28  contained therein and, therefore, denies same.

126. Answering Paragraph 126 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

127. Answering Paragraph 127 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

128. Answering Paragraph 128 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

129. Answering Paragraph 129 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

130. Answering Paragraph 130 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

131. Answering Paragraph 131 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

132. Answering Paragraph 132 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

133. Answering Paragraph 133 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

134. Answering Paragraph 134 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

135. Answering Paragraph 135 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

1    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

2    therein and, therefore, denies same.

3        136.    Answering Paragraph 136 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

4    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

5    therein and, therefore, denies same.

6        137.    Answering Paragraph 137 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

7    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

8    therein and, therefore, denies same.

9        138.    Answering Paragraph 138 of Plaintiffs' TAC on file herein, Defendant admits that he was

10   potentially a Tier 5 Agent, but Defendant lacks sufficient knowledge or information upon which to base a

11   belief as to the truth or falsity of the remaining allegations contained therein and, therefore, denies same.

12       139.    Answering Paragraph 139 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

13   knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

14   therein and, therefore, denies same.  Defendant GOVE is not an employee of Defendant eXp Realty.

15       140.    Answering Paragraph 140 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

16   knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

17   therein and, therefore, denies same.  Defendant GOVE is not an employee of Defendant eXp Realty.

18       141.    Answering Paragraph 141 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

19   knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

20   therein and, therefore, denies same.  Defendant GOVE is not an employee of Defendant eXp Realty.

21       142.    Answering Paragraph 142 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

22   knowledge or information upon which to base a be lief as to the truth or falsity of the allegations contained

23   therein and, therefore, denies same.  Defendant GOVE is not an employee of Defendant eXp Realty.

24                                    *Plaintiff Sims*

25       143.    Answering paragraph 143 of Plaintiffs' TAC on file herein, Defendant incorporates by

26   reference all his responses to paragraphs 1 to 142 as though fully set forth herein and Defendant lacks

27   sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations

28   contained therein and, therefore, denies same.

**DEFENDANT BRENT GOVE'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

144.    Answering Paragraph 144 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

145.    Answering Paragraph 145 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

146.    Answering Paragraph 146 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

147.    Answering Paragraph 147 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

148.    Answering Paragraph 148 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

149.    Answering Paragraph 149 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

150.    Answering Paragraph 150 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

151.    Answering Paragraph 151 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

152.    Answering Paragraph 152 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

153.    Answering Paragraph 153 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

154.    Answering Paragraph 154 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

155.    Answering Paragraph 155 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

156.    Answering Paragraph 156 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

157.    Answering Paragraph 157 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

158.    Answering Paragraph 158 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

159.    Answering Paragraph 159 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

160.    Answering Paragraph 160 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

161.    Answering Paragraph 161 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

162.    Answering Paragraph 162 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

**DEFENDANT BRENT GOVE'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

1   therein and, therefore, denies same.

2       163.    Answering Paragraph 163 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

3   knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

4   therein and, therefore, denies same.

5       164.    Answering Paragraph 164 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

6   knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

7   therein and, therefore, denies same.

8       165.    Answering Paragraph 165 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

9   knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

10  therein and, therefore, denies same.

11      166.    Answering Paragraph 166 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

12  knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

13  therein and, therefore, denies same.

14                              *Plaintiff Lundy*

15      167.    Answering Paragraph 167 of Plaintiffs' TAC on file herein, Defendant incorporates by

16  reference all his responses to paragraphs 1 to 166 as though fully set forth herein and Defendant lacks

17  sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations

18  contained therein and, therefore, denies same.

19      168.    Answering Paragraph 168 of Plaintiffs' TAC on file herein, Defendant denies that he was

20  present the "Recruitment Event held …at Jon Cheplak's house," and he lacks sufficient knowledge or

21  information upon which to base a belief as to the truth or falsity of the remaining allegations contained

22  therein and, therefore, denies same.

23      169.    Answering Paragraph 169 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

24  knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

25  therein and, therefore, denies same.

26      170.    Answering Paragraph 170 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

27  knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

28  therein and, therefore, denies same.

171.     Answering Paragraph 171 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

172.     Answering Paragraph 172 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

173.     Answering Paragraph 173 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

174.     Answering Paragraph 174 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

175.     Answering Paragraph 175 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein, and therefore, denies same.

176.     Answering Paragraph 176 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

177.     Answering Paragraph 177 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

178.     Answering Paragraph 178 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

179.     Answering Paragraph 179 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

180.     Answering Paragraph 180 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

1    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

2    therein and, therefore, denies same.

3        181.    Answering Paragraph 181 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

4    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

5    therein and, therefore, denies same.

6        182.    Answering Paragraph 182 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

7    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

8    therein and, therefore, denies same.

9                                *Megan Farrell-Nelson*

10        183.    Answering Paragraph 183 of Plaintiffs' TAC on file herein, as a result of JANE DOE 3's

11   anonymous pleading, Defendant lacks sufficient knowledge or information upon which to base a belief as to

12   the truth or falsity of the allegations contained therein and, therefore, denies same.  Defendant incorporates

13   by reference all his responses to paragraphs 1 to 182 as though fully set forth herein.

14        184.    Answering Paragraph 184 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

15   knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

16   therein and, therefore, denies same.

17        185.    Answering Paragraph 185 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

18   knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

19   therein and, therefore, denies same.

20        186.    Answering Paragraph 186 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

21   knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

22   therein and, therefore, denies same.

23        187.    Answering Paragraph 187 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

24   knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

25   therein and, therefore, denies same.

26        188.    Answering Paragraph 188 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

27   knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

28   therein and, therefore, denies same.

**DEFENDANT BRENT GOVE'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

189.    Answering Paragraph 189 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

190.    Answering Paragraph 190 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

191.    Answering Paragraph 191 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

192.    Answering Paragraph 192 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

193.    Answering Paragraph 193 of Plaintiffs' TAC on file herein, Defendant denies the allegations contained therein.

194.    Answering Paragraph 194 of Plaintiffs' TAC on file herein, Defendant denies the allegations contained therein.

195.    Answering Paragraph 195 of Plaintiffs' TAC on file herein, Defendant denies the allegations contained therein.

## X.    ALLEGATIONS RELATING TO DEFENDANT EXP REALTY, DEFENDANT SANFORD AND DEFENDANT GOVE

196.    Answering Paragraph 196 of Plaintiffs' TAC on file herein, Defendant incorporates by reference all his responses to paragraphs 1 to 195 as though fully set forth herein, and as to the allegation that "this was known by" Defendant GOVE, deny; however, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the remaining allegations contained therein and, therefore, denies same.

197.    Answering Paragraph 197 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

1    198.    Answering Paragraph 198 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

2    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

3    therein and, therefore, denies same.

4    199.    Answering Paragraph 199 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

5    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

6    therein and, therefore, denies same.  Defendant GOVE is not an employee of Defendant eXp Realty.

7    200.    Answering Paragraph 200 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

8    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

9    therein and, therefore, denies same.

10    201.    Answering Paragraph 201 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

11    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

12    therein, therefore, denies same; further, the allegations are vague, ambiguous and unintelligible with respect

13    to the terms "Leadership Team" "sponsors," and "assailants," as they are  misused and incorrectly defined.

14    Defendant GOVE is not an employee of Defendant eXp Realty, nor is he a member of any "Leadership

15    Team" in connection with eXp Realty.

16    202.    Answering Paragraph 202 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

17    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

18    therein and, therefore, denies same.

19    203.    Answering Paragraph 203 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

20    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

21    therein and, therefore, denies same.  Defendant denies that he had "actual knowledge of …illegal conduct"

22    and that the photograph provided within this paragraph is "dated April 12, 2022," as it contains no such

23    date.

24    204.    Answering Paragraph 204 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

25    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

26    therein and, therefore, denies same.

27    205.    Answering Paragraph 205 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

28    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

1    therein and, therefore, denies same.

2        206.    Answering Paragraph 206 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

3    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

4    therein and, therefore, denies same.  Defendant GOVE is not an employee of Defendant eXp Realty.

5        207.    Answering Paragraph 207 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

6    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

7    therein and, therefore, denies same.  Defendant GOVE is not an employee of Defendant eXp Realty.

8        208.    Answering Paragraph 208 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

9    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

10    therein and, therefore, denies same.  Defendant GOVE is not an employee of Defendant eXp Realty.

11        209.    Answering Paragraph 209 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

12    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

13    therein and, therefore, denies same.  Defendant GOVE is not an employee of Defendant eXp Realty.

14        210.    Answering Paragraph 210 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

15    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

16    therein and, therefore, denies same.  Defendant GOVE is not an employee of Defendant eXp Realty.

17    **XI.    RATIFICATION BY DEFENDANTS GLENN SANFORD, EXP REALTY, AND EXP**

18        **WORLD HOLDINGS ("EXP DEFENDANTS")**

19        211.    Answering Paragraph 211 of Plaintiffs' TAC on file herein, Defendant hereby incorporates by

20    reference paragraphs 1 to 210, and Defendant lacks sufficient knowledge or information upon which to base

21    a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

22        212.    Answering Paragraph 212 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

23    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

24    therein and, therefore, denies same.

25        213.    Answering Paragraph 213 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

26    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

27    therein and, therefore, denies same.

28        214.    Answering Paragraph 214 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

**DEFENDANT BRENT GOVE'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

1  knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

2  therein and, therefore, denies same.

3      215.    Answering Paragraph 215 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

4  knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

5  therein and, therefore, denies same.

6      216.    Answering Paragraph 216 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

7  knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

8  therein and, therefore, denies same.

9      217.    Answering Paragraph 217 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

10  knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

11  therein and, therefore, denies same.

12      218.    Answering Paragraph 218 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

13  knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

14  therein and, therefore, denies same.

15      219.    Answering Paragraph 219 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

16  knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

17  therein and, therefore, denies same.

18  ## XII.    COUNT 1

19  ## VIOLATION OF 18 U.S.C. §1591 – DEFENDANT MICHAEL BJORKMAN

20  *Fabiola Acevedo*

21      220.    Answering Paragraph 220 of Plaintiffs' TAC on file herein, Defendant incorporates by

22  reference all his responses to paragraphs 1 to 219 as though fully set forth herein.

23      221.    Answering Paragraph 221 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

24  knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

25  therein and, therefore, denies same.

26      222.    Answering Paragraph 222 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

27  knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

28  therein and, therefore, denies same.

**DEFENDANT BRENT GOVE'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

223.    Answering Paragraph 223 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

224.    Answering Paragraph 224 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

*Plaintiff Sims*

225.    Answering Paragraph 225 of Plaintiffs' TAC on file herein, Defendant incorporates by reference all his responses to paragraphs 1 to 224 as though fully set forth herein and Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

226.    Answering Paragraph 226 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

227.    Answering Paragraph 227 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

*Plaintiff Lundy*

228.    Answering Paragraph 228 of Plaintiffs' TAC on file herein, Defendant incorporates by reference all his responses to paragraphs 1 to 227 as though fully set forth herein, and Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

229.    Answering Paragraph 229 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

230.    Answering Paragraph 230 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

**DEFENDANT BRENT GOVE'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

*Megan Farrell-Nelson*

231.    Answering Paragraph 231 of Plaintiffs' TAC on file herein, Defendant incorporates by reference all his responses to paragraphs 1 to 222 as though fully set forth herein and Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

232.    Answering Paragraph 232 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

233.    Answering Paragraph 233 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

## XIII.   COUNT II

## VIOLATION OF 18 U.S.C. §1591 – DEFENDANT DAVID GOLDEN

234.    Answering Paragraph 234 of Plaintiffs' TAC on file herein, Defendant hereby incorporates by reference his responses to paragraphs 1 to 233 as though fully set forth herein.

*Plaintiff Acevedo*

235.    Answering Paragraph 235 of Plaintiffs' TAC on file herein, Defendant incorporates by reference all his responses to paragraphs 1 to 234 as though fully set forth herein, and Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

236.    Answering Paragraph 236 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

237.    Answering Paragraph 237 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

238.    Answering Paragraph 238 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

1    therein and, therefore, denies same.

2         239.    Answering Paragraph 239 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

3    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

4    therein and, therefore, denies same.

5    *Plaintiff Lundy*

6         240.    Answering Paragraph 240 of Plaintiffs' TAC on file herein, Defendant incorporates by

7    reference all his responses to paragraphs 1 to 239 as though fully set forth herein, and Defendant lacks

8    sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations

9    contained therein and, therefore, denies same.

10         241.    Answering Paragraph 241 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

11    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

12    therein and, therefore, denies same.

13         242.    Answering Paragraph 242 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

14    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

15    therein and, therefore, denies same.

16    *Megan Farrell-Nelson*

17         243.    Answering Paragraph 243 of Plaintiffs' TAC on file herein, Defendant incorporates by

18    reference all his responses to paragraphs 1 to 242 as though fully set forth herein, and Defendant lacks

19    sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations

20    contained therein and, therefore, denies same.

21         244.    Answering Paragraph 244 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

22    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

23    therein and, therefore, denies same.

24         245.    Answering Paragraph 245 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

25    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

26    therein and, therefore, denies same.

27    //

28    //

## XIV.   COUNT III

## PARTICIPATING IN A VENTURE IN VIOLATION OF 18 U.S.C. §1595 – ALL PLAINTIFFS AGAINST DEFENDANT GOLDEN, DEFENDANT eXp REALTY, DEFENDANT SANFORD AND DEFENDANT GOVE

246.     Answering Paragraph 246 of Plaintiffs' TAC on file herein, Defendant hereby incorporates by this reference his responses to paragraphs 1 to 245 as though fully set forth herein.

247.     Answering Paragraph 247 of Plaintiffs' TAC on file herein, Defendant denies the allegations contained therein, and further denies on the basis that the terms "top recruiters," "common purpose," "in any way necessary," "direct financial benefit," and "common downline" are vague, ambiguous, unintelligible and/or misused or incorrectly defined.

248.     Answering Paragraph 248 of Plaintiffs' TAC on file herein, Plaintiffs' terms "downline" and "financial benefits" are vague, ambiguous and unintelligible, to the extent there are no "financial benefits" from recruitment efforts alone, and for that reason, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

249.     Answering Paragraph 249 of Plaintiffs' TAC on file herein, Defendant denies the allegations contained therein.

250.     Answering Paragraph 250 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

251.     Answering Paragraph 251 of Plaintiffs' TAC on file herein, Defendant denies the allegations contained therein, as he had no "actual knowledge" of illegal conduct.

252.     Answering Paragraph 252 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

//

//

//

## XV.    <u>COUNT IV</u>

## <u>SEXUAL BATTERY – PLAINTIFFS ACEVEDO, SIMS, AND JANE DOE 3 AGAINST DEFENDANT</u>

## <u>BJORKMAN</u>

253.    Answering Paragraph 253 of Plaintiffs' TAC on file herein, Defendant hereby incorporates by this reference all of his responses from paragraph 1 to 252, as though fully set forth herein.

254.    Answering Paragraph 254 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

255.    Answering Paragraph 255 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

256.    Answering Paragraph 256 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

257.    Answering Paragraph 257 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

## XVI.    <u>COUNT V</u>

## <u>CIVIL BATTERY – PLAINTIFFS ACEVEDO, SIMS, AND LUNDY AGAINST DEFENDANT</u>

## <u>BJORKMAN</u>

258.    Answering Paragraph 258 of Plaintiffs' TAC on file herein, Defendant incorporates by this reference all his responses for paragraphs 1 to 257, as though fully set forth herein.

259.    Answering Paragraph 259 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

260.    Answering Paragraph 260 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

**DEFENDANT BRENT GOVE'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

261.    Answering Paragraph 261 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

262.    Answering Paragraph 262 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

263.    Answering Paragraph 263 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

264.    Answering Paragraph 264 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

## XVII.   COUNT VI

## CIVIL BATTERY – PLAINTIFF LUNDY AGAINST DEFENDANT GOLDEN

265.    Answering Paragraph 265 of Plaintiffs' TAC on file herein, Defendant hereby incorporates by reference all of his responses for paragraphs 1 to 264, as though fully set forth herein.

266.    Answering Paragraph 266 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

267.    Answering Paragraph 267 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

268.    Answering Paragraph 268 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

269.    Answering Paragraph 269 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

**DEFENDANT BRENT GOVE'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

270.    Answering Paragraph 270 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

271.    Answering Paragraph 271 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

## XVIII.  COUNT VII

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS – AGAINST DEFENDANT BJORKMAN

272.    Answering Paragraph 272 of Plaintiffs' TAC on file herein, Defendant hereby incorporates by this reference all his responses for paragraphs 1 to 271, as though fully set forth herein.

273.    Answering Paragraph 264 of Plaintiffs' TAC on file herein, this allegations set forth a legal conclusion or statement of law and as such require no response from Defendant.

274.    Answering Paragraph 265 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

275.    Answering Paragraph 275 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

276.    Answering Paragraph 276 of Plaintiffs' TAC on file herein, the allegations set forth a legal conclusion or statement of law and as such require no response of Defendant.

## XIX.   COUNT VIII

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS – PLAINTIFFS ACEVEDO, SIMS, AND LUNDY AGAINST DEFENDANT GOLDEN

277.    Answering Paragraph 277 of Plaintiffs' TAC on file herein, Defendant hereby incorporates by this reference all of his responses for paragraphs 1 to 276 as though fully set forth herein.

278.    Answering Paragraph 278 of Plaintiffs' TAC on file herein, the allegations set forth a legal conclusion or statement of law and as such require no response of Defendant.

279.    Answering Paragraph 279 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

1    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

2    therein and, therefore, denies same.

3        280.    Answering Paragraph 280 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

4    knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

5    therein and, therefore, denies same.

6        281.    Answering Paragraph 281 of Plaintiffs' TAC on file herein, the allegations set forth a legal

7    conclusion or statement of law and as such require no response of Defendant.

8                                   **XX.    COUNT IX**

9    **INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS – PLAINTIFFS ACEVEDO, SIMS, AND**

10                          **LUNDY AGAINST DEFENDANT GOVE**

11       282.    Answering Paragraph 282 of Plaintiffs' TAC on file herein, Defendant hereby incorporates all

12    of his responses for paragraphs 1 to 281, as though fully set forth herein.

13       283.    Answering Paragraph 283 of Plaintiffs' TAC on file herein, as to the portion of the allegations

14    that are a legal conclusion or statement of law, no response is required; however, Defendant denies the

15    remaining allegations contained therein.

16       284.    Answering Paragraph 284 of Plaintiffs' TAC on file herein, Defendant denies the allegations

17    contained therein, particularly as a result of the term "publicly socializing," which is vague, ambiguous,

18    unintelligible, and misused in the context of Plaintiffs' human trafficking allegations and reference to one

19    undated photograph of Defendant.

20       285.    Answering Paragraph 285 of Plaintiffs' TAC on file herein, Defendant denies the allegations

21    contained therein, particularly as a result of the term "support publicly," which is vague, ambiguous,

22    unintelligible, and misused in the context of Plaintiffs' human trafficking allegations and reference to one

23    undated photograph of Defendant.

24       286.    Answering Paragraph 286 of Plaintiffs' TAC on file herein, Defendant denies the allegations

25    contained therein.

26       287.    Answering Paragraph 287 of Plaintiffs' TAC on file herein, Defendant denies the allegations

27    contained therein.

28       288.    Answering Paragraph 288 of Plaintiffs' TAC on file herein, as to the portion of the allegations

that are a legal conclusion or statement of law, no response is required; however, Defendant denies the remaining allegations contained therein.

## XXI.    COUNT X

### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS – PLAINTIFFS ACEVEDO, SIMS, AND LUNDY AGAINST DEFENDANT SANFORD

289.    Answering Paragraph 289 of Plaintiffs' TAC on file herein, Defendant hereby incorporates by this reference all his responses for paragraphs 1 to 288, as though fully set forth herein.

290.    Answering Paragraph 290 of Plaintiffs' TAC on file herein, as to the portion of the allegations that are a legal conclusion or statement of law, no response is required; however, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the remaining allegations contained therein and, therefore, denies same.

291.    Answering Paragraph 291 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

292.    Answering Paragraph 292 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

293.    Answering Paragraph 293 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

294.    Answering Paragraph 295 of Plaintiffs' TAC on file herein, as to the portion of the allegations that are a legal conclusion or statement of law, no response is required; however, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the remaining allegations contained therein and, therefore, denies same.

## XXII.    COUNT XI

### NEGLIGENCE – PLAINTIFFS ACEVEDO, SIMS, AND LUNDY AGAINST ALL DEFENDANTS; PLAINTIFF MEGAN FARRELL-NELSON AGAINST DEFENDANT BJORKMAN

295.    Answering Paragraph 295 of Plaintiffs' TAC on file herein, Defendant hereby incorporates by

reference his responses for paragraph 1 to 294, as though fully set forth herein.

296.    Answering Paragraph 296 of Plaintiffs' TAC on file herein, this allegation sets forth a legal conclusion and/or statement of the law which requires no response from Defendant.

297.    Answering Paragraph 297 of Plaintiffs' TAC on file herein, this allegation sets forth a legal conclusion and/or statement of the law which requires no response from Defendant.

298.    Answering Paragraph 298 of Plaintiffs' TAC on file herein, as to the portion of the this allegations which set forth a legal conclusion and/or statement of the law, no response is required from Defendant; however, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the remaining allegations contained therein and, therefore, denies same.

299.    Answering Paragraph 299 of Plaintiffs' TAC on file herein, as to the portion of the this allegations which set forth a legal conclusion and/or statement of the law, no response is required from Defendant; however, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the remaining allegations contained therein and, therefore, denies same.

## XXIII.  COUNT XII

## NEGLIGENT HIRING, RETENTION, AND SUPERVISION – ALL PLAINTIFFS AGAINST DEFENDANT EXP REALTY AND DEFENDANT SANFORD

300.    Answering Paragraph 300 of Plaintiffs' TAC on file herein, Defendant hereby incorporates by reference all of his responses from paragraph 1 to 299, as though fully set forth herein.

301.    Answering Paragraph 301 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

302.    Answering Paragraph 302 [and all subparts] of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information [as Plaintiffs refer to multiple, unauthenticated, incomplete documents from various dates/versions in possession of other Defendants, including Defendant BJORKMAN, GOLDEN and EXP REALTY only] upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.  Defendant GOVE is not an employee of eXp Realty.

303.    Answering Paragraph 303 [and all sub-parts] of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information [Plaintiffs refer to multiple, unauthenticated, incomplete documents

1  from various dates/versions in possession of other Defendants, including Defendant BJORKMAN, GOLDEN

2  and EXP REALTY only] upon which to base a belief as to the truth or falsity of the allegations contained

3  therein and, therefore, denies same.  Defendant GOVE is not an employee of eXp Realty.

4      304.    Answering Paragraph 304 [and all sub-parts] of Plaintiffs' TAC on file herein, Defendant

5  lacks sufficient knowledge or information [as Plaintiffs refer to multiple, unauthenticated, incomplete

6  documents from various dates/versions in possession of other Defendants, including Defendants

7  BJORKMAN, GOLDEN and EXP REALTY, only] upon which to base a belief as to the truth or falsity of the

8  allegations contained therein and, therefore, denies same.  Defendant GOVE is not an employee of eXp

9  Realty.

10     305.    Answering Paragraph 305 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

11 knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

12 therein and, therefore, denies same.  Defendant GOVE is not an employee of eXp Realty.

13     306.    Answering Paragraph 306 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

14 knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

15 therein and, therefore, denies same.  Defendant GOVE is not an employee of eXp Realty.

16     307.    Answering Paragraph 307 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

17 knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

18 therein and, therefore, denies same.  Defendant GOVE is not an employee of eXp Realty.

19     308.    Answering Paragraph 308 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

20 knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

21 therein and, therefore, denies same.  Defendant GOVE is not an employee of eXp Realty.

22     309.    Answering Paragraph 309 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

23 knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

24 therein and, therefore, denies same.

25     310.    Answering Paragraph 310 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

26 knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

27 therein and, therefore, denies same.  Defendant GOVE is not an employee of eXp Realty.

28 //

## XXIV.  COUNT XIII

## FRAUDULENT MISREPRESENTATION - PLAINTIFFS SIMS, FARRELL-NELSON, AND ACEVEDO AGAINST EXP REALTY, LLC AND EXP WORLD HOLDINGS, INC.

311.    Answering Paragraph 311 of Plaintiffs' TAC on file herein, Defendant hereby incorporates by reference all of his responses from paragraph 1 to 310 as though fully set forth herein, and Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

312.    Answering Paragraph 312 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information [as Plaintiffs refer to multiple, unauthenticated, incomplete documents from various dates/versions in possession of other Plaintiffs and Defendants, including Defendants BJORKMAN, GOLDEN and EXP REALTY, only] upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.  Defendant GOVE is not an employee of eXp Realty.

313.    Answering Paragraph 313 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

314.    Answering Paragraph 314 of Plaintiffs' TAC on file herein, as to the portion of the allegations that are a legal conclusion or statement of law, no response is required; however, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the remaining allegations contained therein and, therefore, denies same.

315.    Answering Paragraph 315 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

316.    Answering Paragraph 316 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

317.    Answering Paragraph 317 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

318.    Answering Paragraph 318 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

319.    Answering Paragraph 319 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

320.    Answering Paragraph 320 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

321.    Answering Paragraph 321 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

322.    Answering Paragraph 322 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

323.    Answering Paragraph 323 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

324.    Answering Paragraph 324 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

325.    Answering Paragraph 325 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

326.    Answering Paragraph 326 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

327.    Answering Paragraph 327 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

328.    Answering Paragraph 328 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

329.    Answering Paragraph 329 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

330.    Answering Paragraph 330 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

331.    Answering Paragraph 331 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

332.    Answering Paragraph 332 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

333.    Answering Paragraph 333 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

334.    Answering Paragraph 334 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

335.    Answering Paragraph 335 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

336.    Answering Paragraph 336 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

1   therein and, therefore, denies same.

2       337.    Answering Paragraph 337 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

3   knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

4   therein and, therefore, denies same.

5       338.    Answering Paragraph 338 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

6   knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

7   therein and, therefore, denies same.

8       339.    Answering Paragraph 339 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

9   knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

10  therein and, therefore, denies same.

11      340.    Answering Paragraph 340 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

12  knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

13  therein and, therefore, denies same.

14      341.    Answering Paragraph 341 of Plaintiffs' TAC on file herein, as to allegations that contain a

15  legal conclusion or statement of the law, no response is required; however, Defendant lacks sufficient

16  knowledge or information upon which to base a belief as to the truth or falsity of the remaining allegations

17  contained therein and, therefore, denies same.

18      342.    Answering Paragraph 342 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

19  knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

20  therein and, therefore, denies same.

21      343.    Answering Paragraph 343 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

22  knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

23  therein and, therefore, denies same.

24      344.    Answering Paragraph 344 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

25  knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

26  therein and, therefore, denies same.

27      345.    Answering Paragraph 345 of Plaintiffs' TAC on file herein, Defendant lacks sufficient

28  knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained

**DEFENDANT BRENT GOVE'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

therein and, therefore, denies same.

346.    Answering Paragraph 346 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

347.    Answering Paragraph 347 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

348.    Answering Paragraph 348 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

349.    Answering Paragraph 348 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

350.    Answering Paragraph 350 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

351.    Answering Paragraph 351 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

352.    Answering Paragraph 352 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

353.    Answering Paragraph 353 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

354.    Answering Paragraph 354 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

355.    Answering Paragraph 355 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

356.    Answering Paragraph 356 of Plaintiffs' TAC on file herein, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the allegations contained therein and, therefore, denies same.

357.    Answering Paragraph 357 of Plaintiffs' TAC on file herein, as to allegations which contain only legal conclusions and statements of the law, no response is required; however, Defendant lacks sufficient knowledge or information upon which to base a belief as to the truth or falsity of the remaining allegations contained therein and, therefore, denies same.

## XXV.   REQUEST FOR RELIEF

358.    Answering Paragraphs 1, 2, 3, 4 , 5, 6, and 7 of Plaintiffs' Request for Relief in the TAC, Defendant denies that Plaintiffs are entitled to any relief from Defendant as requested in these paragraphs but admits that Plaintiffs have prayed for same.  Defendant incorporates by reference all his responses to paragraphs 1 to 357 as though fully set forth herein.

## XXVI.  DEMAND FOR JURY TRIAL

359.    Answering the DEMAND FOR JURY TRIAL, Defendant admits that Plaintiffs demand a jury trial pursuant to Federal Rule of Civil Procedure Rule 38 on all triable issues in this action.  Defendant incorporates by reference all his responses to paragraphs 1 to 358 as though fully set forth herein.

## AFFIRMATIVE DEFENSES

360.    As separate affirmative defenses to Plaintiffs' Third Amended Complaint, and the whole thereof, Defendant incorporates by reference all his responses to paragraphs 1 to 359 as though fully set forth herein, and further asserts as follows:

361.    AS AND FOR A FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, this answering Defendant alleges that Plaintiffs' TAC and each cause of action thereof fail to state facts sufficient to state a cause of action against this answering Defendant upon which relief can be granted.

362.    AS AND FOR A SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, this answering Defendant alleges each cause of action is barred by one or more applicable statutes of limitation,

**DEFENDANT BRENT GOVE'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

1   including but not limited to California Code of Civil Procedure §§335, 337, 338, 339, and 340, *et seq.*

2   363.   AS AND FOR A THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, this answering

3   Defendant alleges that Plaintiffs have failed to state a claim with sufficient specificity for special damages.

4   364.   AS AND FOR A FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, this answering

5   Defendant alleges that Plaintiffs and others were negligent in and about the matters referred to in the TAC

6   and that such negligence bars and/or diminishes Plaintiffs' recovery against this answering Defendant.

7   365.   AS AND FOR A FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, this answering

8   Defendant alleges that any loss or damage suffered by Plaintiffs was caused, in whole or in part, by Plaintiffs'

9   own conduct and negligence, acts or omissions.

10  366.   AS AND FOR A SIXTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, this answering

11  Defendant alleges that Plaintiffs are precluded from recovery against Defendant pursuant to the doctrines of

12  *res judicata* and collateral estoppel.

13  367.   AS AND FOR A SEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, this

14  answering Defendant alleges that Plaintiffs are precluded from recovery against Defendant pursuant to the

15  doctrine of laches.

16  368.   AS AND FOR AN EIGHTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, this

17  answering Defendant alleges that Plaintiffs have waived and/or released their right to maintain the action

18  filed in this case.

19  369.   AS AND FOR A NINTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, this answering

20  Defendant alleges that Plaintiffs' injuries, loss, and/or damages, if any there be, were aggravated by

21  Plaintiffs' failure to use reasonable diligence to mitigate the same, and that this failure to mitigate damages

22  precludes or reduces recovery against this answering Defendant.

23  370.   AS AND FOR A TENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, this answering

24  Defendant alleges that Plaintiffs are barred from recovery in this case under the doctrine of unclean hands.

25  371.   AS AND FOR AN ELEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, this

26  answering Defendant alleges that the actions complained of were made without malice or wrongful intent on

27  the part of Defendant and on a reasonable and good faith belief of its legal rights to perform the actions

28  complained of.

372.    AS AND FOR A TWELFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, this answering Defendant alleges that the statements and actions of Defendant, if any, were not the cause of Plaintiffs' damages.

373.    AS AND FOR A THIRTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, this answering Defendant alleges Plaintiffs lack standing to bring the TAC.

374.    AS AND FOR A FOURTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, this answering Defendant alleges that Plaintiffs are barred from asserting any causes of action by virtue of their consent to the alleged acts or conditions.

375.    AS AND FOR A FIFTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, this answering Defendant alleges that prior to the commencement of this action, this answering Defendant duly performed, satisfied and discharged all duties and obligations owed to Plaintiffs arising out of any and all agreements, representations, or contracts made by or on behalf of this answering Defendant and this action is therefore barred by the provisions of California Civil Code Section 1473.

376.    AS AND FOR A SIXTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, this answering Defendant alleges that Plaintiffs have failed to state a claim upon which attorneys' fees can be awarded.

377.    AS AND FOR A SEVENTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, this answering Defendant alleges that Plaintiffs violated material covenants and conditions of her agreement with Defendant and other Defendants, thereby terminating and extinguishing the duties allegedly owed by this answering Defendant, or reducing or abating the amount of damages to which Plaintiffs are entitled, if any.

378.    AS AND FOR AN EIGHTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, this answering Defendant alleges that if any damages are awarded to Plaintiffs, the amount of damages should be offset by the amounts, if any, owed to or paid by Defendant pursuant to the terms of the agreement with Plaintiffs and/or enforcement of the same.

379.    AS AND FOR A NINETEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, this answering Defendant alleges that Plaintiffs knew, or in the exercise of reasonable care, should have known of the risks and hazards involved in the undertaking in which they engaged, but nevertheless and with full knowledge of these things, did fully and voluntarily consent to assume the risks and hazards involved in the

1   undertaking.

2       380.    AS AND FOR A TWENTIETH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, this

3   answering Defendant alleges that this answering Defendant is entitled to a percentage contribution of the

4   total liability from persons, firms, corporations or entities other than Defendant in accordance with the

5   principles of equitable indemnity and comparative contribution.

6       381.    AS AND FOR A TWENTY-FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, this

7   answering Defendant alleges that Plaintiffs, their agents or attorneys have expressly, impliedly or by operation

8   of law excused Defendant from all obligations, if any, relating to the subject of the TAC and each and every

9   cause of action alleged therein.

10      382.    AS AND FOR A TWENTY-SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, this

11  answering Defendant alleges that if liability is assessed against him, pursuant to Civil Code § 1431 et. seq.,

12  Defendant shall be liable only for the amount of non-economic damages allocated to him in direct

13  proportion to the percentage of fault assessed against him by the trier of fact and requests that a separate

14  judgment be rendered against him for that amount; but that Defendant in setting forth this affirmative

15  defense makes no admission that he is liable to Plaintiffs in any amount or in any proportion; and Defendant,

16  in setting forth this affirmative defense, makes no admission that Plaintiffs have been damaged in any sum or

17  sums at all.

18      383.    AS AND FOR A TWENTY-THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE,

19  Defendant alleges that Plaintiffs' alleged damages are speculative and thus not compensable.

20      384.    AS AND FOR A TWENTY-FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE,

21  Defendant alleges that the losses and damages Plaintiffs allege were sustained as a direct and proximate

22  result of unforeseeable, superseding and/or intervening causes, for which Defendant is neither responsible

23  nor liable.

24      385.    AS AND FOR A TWENTY-FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE,

25  Defendant alleges that Plaintiffs are barred from recovering against him because there is no causal

26  connection between any conduct of Defendant and any alleged loss or damage that Plaintiffs contend they

27  sustained.

28      386.    AS AND FOR A TWENTY-SIXTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE,

**DEFENDANT BRENT GOVE'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

Defendant alleges that Plaintiffs cannot establish actual or constructive notice and/or knowledge to sustain an allegation of violation of 18 U.S.C. §§1591 and 1595.

387.    AS AND FOR A TWENTY-SEVENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, this answering Defendant alleges that Plaintiffs cannot establish that a venture existed in relation to the alleged sexual conduct in order to sustain an allegation of violation of 18 U.S.C. § 1595.

388.    AS AND FOR A TWENTY-EIGHTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, this answering Defendant alleges that Plaintiffs cannot establish an agency relationship, employment relationship, or vicarious liability between this answering Defendant and any other Defendant.

389.    AS AND FOR A TWENTY-NINTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, this answering Defendant alleges that the conduct of all other Defendants and Plaintiffs constituted third-party criminal conduct and was therefore highly extraordinary and unusual, superseding, unforeseeable conduct that Defendant was not aware of and had no reason to expect would occur, and that Plaintiffs' harms were the type that would not have been reasonably expected to occur from Defendant's acts and/or omissions, if any.

390.    AS AND FOR A THIRTIETH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, this answering Defendant alleges that presently he has insufficient knowledge or information on which to form a belief as to whether he may have additional, as yet unstated, defenses available.  This answering Defendant reserves herein the right to assert additional defenses in the event discovery indicates that they would be appropriate.

WHEREFORE, this answering Defendant prays for judgment against Plaintiffs as follows:

1.  For Dismissal of this action with prejudice;

2.  For attorneys' fees, case costs, and expert witness fees incurred in defense of this action; and

3.  For such other, further relief, as this Court may deem proper.

//

//

//

//

//

**DEFENDANT BRENT GOVE'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

1

## **DEMAND FOR JURY TRIAL**

2          Defendant GOVE hereby demands a jury trial on all claims lodged by Plaintiffs.

3

4    Dated: November 12, 2025                    **PHILLIPS, SPALLAS & ANGSTADT LLP**

5

6                                          By:   _____

7                                                Todd A. Angstadt
                                                 Elisa Marcaletti
8                                                George M. Morris
                                                 Attorneys for Defendant
9                                                BRENT GOVE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2          The undersigned hereby certifies that the foregoing was served on all counsel of record on November

3    12, 2025, via the Court's Electronic Filing Service.

4

5                                                                    _____

                                                          George M. Morris
6                                                          Employee of Phillips, Spallas & Angstadt

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT BRENT GOVE'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**