WILLIAM E. PALLARES, SB# 187740
  E-Mail: William.Pallares@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

MAKENZIE L. KRAUSE, (*admitted pro hac* MN SB# 0401841)
  E-Mail: Makenzie.Krause@lewisbrisbois.com
AMANDA G. SPEROW, (*admitted pro hac* MN SB# 0403200)
  E-Mail: Amanda.Sperow@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
90 South 7th Street, Suite 2800
Minneapolis, MN 55402
Telephone: 612.428.5000
Facsimile: 612.428.5001
*Admitted Pro Hac Vice*

Attorneys for Defendants,
eXp REALTY, LLC, eXp WORLD HOLDINGS, INC. and GLENN SANFORD

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FABIOLA ACEVEDO, JANE DOE 1, JANE DOE 2, JANE DOE 3, and JOHN DOE 1,<br><br>Plaintiffs,<br><br>vs.<br><br>EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVID S. GOLDEN; GLENN SANFORD; BRENT GOVE; and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv- 01304-AB-AGR<br><br>**DEFENDANTS EXP REALTY, LLC, EXP WORLD HOLDINGS, INC. AND GLENN SANFORD'S APPLICATION TO FILE UNDER SEAL ITS SUPPLEMENTAL BRIEF ISO ITS OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR PROTECTIVE ORDER**<br><br>Trial Date:    July 13, 2026 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

NOTICE IS HEREBY GIVEN that eXp REALTY, LLC and eXp WORLD HOLDINGS, INC. and GLENN SANFORD ("Defendants") in accordance with Local Rule 79.5.2.2 and the Joint Stipulated Protective Order ("Protective Order") (Dkt. 151), Defendants hereby apply for an order permitting them to file the following under seal:

1. Defendants Supplemental Brief In Support of Their Opposition to Plaintiffs' Application for Protective Order Under FRCP 26(c) and Rule 412;
2. Declaration of William E. Pallares in Support of Defendants Supplemental Brief In Support of Their Opposition, including Exhibits A-D which are identified as follows:
    a. True and correct copy of November 14, 2025 correspondence; and
    b. True and correct copy of the Deposition of Megan Farrell-Nelson taken on October 21, 2025.
3. Defendants' Proposed Order Denying Plaintiffs Application for Protective Order Under FRCP 26(c) and Rule 412.

## REASONS SUPPORTING THE REQUESTED RELIEF

Under Local Rule 79-5.2.2(a), and Federal Rule of Evidence 412, Defendants respectfully apply to this Court to file their Opposition to Plaintiffs' Ex Parte Protective Order, the Declaration of William E. Pallares and Exhibits A-D under seal.

On December 5, 2023, this Court entered a Joint Stipulated Protective Order (Dkt. 151) to safeguard the confidential nature of certain documents and information. Defendants seek to file under seal information protected by the terms of the Protective Order and evidence which may fall under the scope of Rule 412.

Pursuant to the Protective Order, Defendants may not file in the public record of this action information designated as Confidential. Further, pursuant to Fed. R. Evid. 412, Defendants may not file in the public record evidence which may fall under the scope of Rule 412. Because Defendants' Opposition, supporting Declaration, Exhibits A-D, and Proposed Order draw and contain information from the depositions of Megan Farrell-Nelson and David Golden, all or portions of which have been designated as "Confidential," or stipulated to as "Attorney's Eyes Only", and/or contain information which may fall under the scope of Fed. R. Evid. 412, Defendants are obligated to submit this Application in accordance with Local Rule 79-5.2.2(a).

Here, Defendants seek to file an unredacted copy of their Supplemental Brief in Support of Their Opposition, supporting Declaration, Exhibits A-D, and Proposed Order under seal.  This Application is made in good faith to reduce the amount of information excluded from the public record by publicly filing a slip sheet, titled "Pending Approval to File Under Seal," in place of the declaration/letter excerpts. As detailed in the concurrently-filed Opposition and the Declaration of William Pallares in opposition to Plaintiffs' Ex Parte Application contain proprietary, sensitive, and confidential information. Defendants will file with the Court under temporary seal an unredacted version of its Supplemental Brief in support of its Opposition, Declaration and Exhibits A & B.

Per Local Rule 79-5.2.2(a)(i) and the stipulated protective order, Defendants submit this Application with the Declaration of William E. Pallares establishing good cause that the designated information is sealable. A proposed order is also submitted herewith.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court order that the Supplemental Brief in support of defendants' Opposition, Declaration of William E. Pallares and accompanying Exhibits A & B, and Proposed Order be filed under seal.

Respectfully submitted,

DATED: November 19, 2025           LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ *William E. Pallares*

WILLIAM E. PALLARES

Attorneys for Defendants, eXp REALTY, LLC, eXp WORLD HOLDINGS, INC. and GLENN SANFORD

# CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2025, I electronically transmitted the foregoing attached document to the Clerk's office using the Court's CM/ECF System.

                                           /s/ *Debbie Wilhelm*
                                           Debbie Wilhelm