# REDACTED

**Exhibit B to Declaration of William E. Pallares in Support of Defendants eXp Realty, LLC's, eXp World Holdings, Inc.'s, and Glenn Sanford's Supplemental Briefing in Support of Their Opposition to Plaintiffs' Ex Parte Application for Protective Order Under FRCP 26(c) and Rule 412, ECF No. 330**

**(Pending Filing Under Seal)**

**Case No. 2:23-cv- 01304-AB-AGR**

167297825.1