1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FABIOLA ACEVEDO, CHRISTY LUNDY, TAMI SIMS, MEGAN FARRELL-NELSON<br><br>       Plaintiffs,<br><br>       v.<br><br>EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN, DAVID S. GOLDEN, GLENN SANFORD, BRENT GOVE; and DOES 1-10,<br><br>       Defendants. | Case No. 2:23-cv-01304-AB (AGRx)<br><br>**ORDER DISMISSING CIVIL ACTION AS TO DEFENDANT BRENT GOVE ONLY** |

The Court has been advised that this action has been settled as to Defendant Brent Gove.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** as to Defendant Brent Gove without costs and without prejudice to the right, upon good cause shown within **45 days**, to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

/ / /

/ / /

1

1 | **IT IS SO ORDERED.**

3 | Dated: February 19, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE