Jennifer A. Lenze, Esq., CA Bar No. 246858
LENZE LAWYERS, PLC
999 Corporate Drive, Suite 100
Ladera Ranch, California 92694
Tel: (310) 322-8800 F: (310) 322-8811
jlenze@lenzelawyers.com
Attorney for Plaintiff

Brooke F. Cohen, Esq., TX Bar No. 24007019 PHV admitted
Andrea S. Hirsch, Esq., GA Bar No. 666557 PHV admitted
COHEN HIRSCH, LP
5256 Peachtree Road, Suite 195-E
Atlanta, Georgia 30341
Tel: (678) 268-4683
brooke@cohenhirsch.com
andrea@cohenhirsch.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIOLA ACEVEDO, et al,<br><br>    Plaintiffs,<br>    v.<br><br>EXP REALTY, LLC, EXP WORLD HOLDINGS, INC., MICHAEL L. BJORKMAN; DAVIS S. GOLDEN; GLENN SANFORD; BRENT GOVE; and DOES 1-10,<br><br>    Defendants. | Case No. 2:23-CV-01304-AB-AGR<br><br>STIPULATION OF AND REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT BRENT GOVE |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs and Defendant Brent Gove, by and through their respective counsel of record, hereby stipulate and

1

request that the Court dismiss all claims asserted against Defendant Brent Gove in this action with prejudice.

The parties have reached a confidential settlement resolving Plaintiffs' claims against Defendant Brent Gove. This dismissal applies to Defendant Brent Gove and does not affect Plaintiffs' claims against any remaining defendants.

Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: March 18, 2026

By: /s/ Jennifer A. Lenze
Jennifer A. Lenze, Esq.
LENZE LAWYERS, PLC
999 Corporate Drive, Suite 100
Ladera Ranch, California 92694

Brooke F. Cohen TX 24007019 PHV Adm
Andrea S. Hirsch, GA 666557 PHV Adm
COHEN HIRSCH, LP
5226 Peachtree Road, Suite 195-E
Atlanta, Georgia 30341

*Attorneys for Plaintiff*

Dated: March 18, 2026

By: /s/ George Morris
George Morris, Esq.
Elisa Marcaletti, Esq.
PHILLIPS SPALLAS & ANGSTADT
560 Mission Street, Suite 1010
San Francisco, CA 94105
*Attorneys for Defendant Brent Gove*

2

Stipulation of and Request for Dismissal with Prejudice