Ivy A. Wang (SBN CA 224899)
Daniel J. Wadley (*Admitted Pro Hac Vice*)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
Ivy.Wang@gtlaw.com
wadleyd@gtlaw.com

William E. Pallares (SBN CA 187740)
Mack Reed (*Pro Hac Vice* forthcoming)
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900
William.Pallares@lewisbrisbois.com
Mack.Reed@lewisbrisbois.com

Attorneys for Defendants eXp Realty, LLC; eXp World Holdings, Inc.; and Glenn Sanford

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIOLA ACEVEDO; TAMI SIMS; CHRISTIANA LUNDY; AND MEGAN FARRELL-NELSON,<br><br>    Plaintiffs,<br><br>v.<br><br>eXp REALTY, LLC; eXp WORLD HOLDINGS, INC.; MICHAEL L. BJORKMAN; DAVID S. GOLDEN; BRENT GOVE; AND GLENN SANFORD; and DOES 1–10 inclusive,<br><br>    Defendants. | CASE NO.  2:23-cv-01304-AB-AGR<br><br>**STIPULATED JOINT PROPOSED SCHEDULE**<br><br><br>Action Filed:  February 22, 2023<br>FAC Filed: March 23, 2023<br>SAC Filed: February 28, 2024<br>TAC Filed: October 27, 2025 |

## **STIPULATION TO MODIFY THE SCHEDULING ORDER**

Counsel for defendants eXp Realty, LLC, eXp World Holdings, Inc., and Glenn Sanford (collectively "eXp Defendants"), defendant Michael L. Bjorkman ("Defendant Bjorkman"), defendant David S. Golden ("Defendant Golden"), and plaintiffs Fabiola Acevedo, Tami Sims, Christiana Lundy, and Megan Farrell-Nelson (together "the Plaintiffs") (collectively the "Parties") hereby submit the following proposed schedule pursuant to the Court's April 7, 2026 Order (Dkt. No. 381).

WHEREAS, on October 27, 2025 Plaintiffs filed their Third Amended Complaint (Dkt. No. 327);

WHEREAS, on November 24, 2025, the eXp Defendants' filed their Motion to Dismiss Count XIII of the Third Amended Complaint (Dkt. No. 367);

WHEREAS, on November 24, 2025, the eXp Defendants moved *ex parte* for a stay on discovery and pretrial deadlines pending the resolution of the eXp Defendants' Motion to Dismiss (Dkt. No. 368);

WHEREAS, on November 26, 2025, Plaintiffs filed an opposition to the eXp Defendants' *ex parte* application (Dkt. No. 369);

WHEREAS, on November 26, 2025, the Court granted the eXp Defendants' ex parte application pending the resolution of the eXp Defendants' Motion to Dismiss (Dkt. No. 370);

WHEREAS, on December 19, 2025, Plaintiffs filed their opposition to the eXp Defendants' Motion to Dismiss (Dkt. No. 375);

WHEREAS, on December 26, 2025, the eXp Defendants filed their reply in support of their Motion to Dismiss (Dkt. No. 376);

WHEREAS, on April 7, 2026, the Court denied the eXp Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint (Dkt. No. 381);

WHEREAS, on April 7, 2026, the Court issued an order extending the fact discovery deadline to sixty (60) days after the date of the order and ordered the Parties to submit a proposed schedule for all other stayed deadlines (Dkt. No. 381);

WHEREAS, on April 13, 2026, the Parties met and conferred regarding the proposed schedule for previously stayed deadlines;

WHEREAS, the Parties anticipate that this Action will require additional time for expert discovery and dispositive motions, as it involves four plaintiffs rather than a single plaintiff as in the parallel case *Anya Roberts v. eXp Realty, LLC, et al.*, Case No. 2:23-cv-10492.

Accordingly, the Parties propose the following schedule:

| Pretrial & Trial Events | Proposed Dates |
|---|---|
| Non-Expert Discovery Cut-off | June 8, 2026 |
| Expert Disclosures (Initial) | September 28, 2026 |
| Expert Disclosures (Rebuttal) | December 1, 2026 |
| Expert Discovery Cut-Off | March 29, 2027 |
| Last Day to File Rule 56 Motion(s) | June 1, 2027 |
| Last Day to Oppose Rule 56 Motion(s) | July 30, 2027 |
| Last Day to Reply to Rule 56 Motion (s) | August 30, 2027 |
| Last Day to Hear Rule 56 Motion(s) | October 15, 2027 at 10:00 AM |
| Deadline to Complete Settlement Conference | November 15, 2027 |
| Trial Filing (First Round) | January 28, 2028 |
| Trial Filing (Second Round) | February 18, 2028 |
| Final Pretrial Conference | March 3, 2028 |
| Trial | March 20, 2028 |

STIPULATED JOINT PROPOSED SCHEDULE

IT IS SO STIPULATED:

Respectfully submitted,

DATED: April 21, 2026          LEWIS BRISBOIS BISGAARD & SMITH LLP


By:   /s/ William E. Pallares
WILLIAM E. PALLARES
Attorneys for Defendants eXp REALTY, LLC,
eXp WORLD HOLDINGS, INC. and
GLENN SANFORD


DATED: April 21, 2026          CHESNOFF & SCHONFELD


By:   /s/ Richard A. Schonfeld
RICHARD A. SCHONFELD
Attorneys for Defendant MICHAEL L.
BJORKMAN


DATED: April 21, 2026          PETER K. LEVINE, APLC


By:   /s/ Peter K. Levine
PETER K. LEVINE
Attorneys for Defendant DAVID S. GOLDEN


DATED: April 21, 2026          LENZE LAWYERS, PLC

By:   /s/ Jennifer A. Lenze

JENNIFER A. LENZE
Attorneys for Plaintiffs FABIOLA ACEVEDO,
TAMI SIMS, CHRISTIANA LUNDY, MEGAN
FARRELL-NELSON

///

///

///

DATED: April 21, 2026          GREENBERG TRAURIG, LLP


By:  */s/ Ivy A. Wang*
IVY A. WANG
DANIEL J. WADLEY
Attorneys for Defendants eXp REALTY, LLC; eXp WORLD HOLDINGS, INC.; and GLENN SANFORD


## ATTESTATION OF FILER

I Ivy A. Wang, am the ECF user whose ID and password are being used to file this stipulation in compliance with Local Rule 5-4.3.4(a)(2)(i). I hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this document.

DATED: April 21, 2026                    */s/ Ivy A. Wang*