UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FABIOLA ACEVEDO; TAMI SIMS; CHRISTIANA LUNDY; AND MEGAN FARRELL-NELSON,

Plaintiffs,

v.

eXp REALTY, LLC; eXp WORLD HOLDINGS, INC.; MICHAEL L. BJORKMAN; DAVID S. GOLDEN; BRENT GOVE; AND GLENN SANFORD; and DOES 1–10 inclusive,

Defendants.

Case No. 2:23-cv-01304-AB-AGR

[~~PROPOSED~~] ORDER

1

PURSUANT TO STIPULATION.  The deadlines have been rescheduled as follows:

| Pretrial & Trial Events | Proposed Dates |
|---|---|
| Non-Expert Discovery Cut-off | June 8, 2026 |
| Expert Disclosures (Initial) | September 28, 2026 |
| Expert Disclosures (Rebuttal) | December 1, 2026 |
| Expert Discovery Cut-Off | March 29, 2027 |
| Last Day to File Rule 56 Motion(s) | June 1, 2027 |
| Last Day to Oppose Rule 56 Motion(s) | July 30, 2027 |
| Last Day to Reply to Rule 56 Motion (s) | August 30, 2027 |
| Last Day to Hear Rule 56 Motion(s) | October 15, 2027 at 10:00 AM |
| Deadline to Complete Settlement Conference | November 15, 2027 |
| Trial Filing (First Round) | January 28, 2028 |
| Trial Filing (Second Round) | February 18, 2028 |
| Final Pretrial Conference | March 3, 2028 at 11:00 a.m. |
| Trial | March 20, 2028 at 8: 30 a.m. |

**IT IS SO ORDERED.**

Dated: April 23, 2026

_____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE