UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV-23-01304-AB (AGRx)                                    Date: April 29, 2026

Title    Fabiola Acevedo, et. al. v. eXp World Holdings, Inc., et.al.

Present: The Honorable:  Alicia G. Rosenberg, United States Magistrate Judge

|  K. Lozada  |  CS 04/29/2026  |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| --- | --- |
| Jennifer A. Lenze | Amanda G. Sperow |
| Andrea S. Hirsch | Daniel Wadley |
| Brooke F. Cohen | Ivy A. Wang |
|  | William Edward Pallares |
|  | Robert Z. DeMarco |

**Proceedings: MINUTES & ORDER RE: VIDEO DISCOVERY CONFERENCE**

Case is called.  Counsel state their appearances.  The court and counsel conferred as stated on the record regarding the Joint Agenda filed on April 28, 2026 (Dkt. No. 386). The court advised that the Order on the eXp Defendants' motion to compel Plaintiff to answer certain deposition questions would be issued separately.  (Dkt. No. 387.)

The court declined to set a briefing schedule regarding a proposed sanctions motion related to amended disclosures of the eXp Defendants' insurance policy, which will be heard after this magistrate judge's retirement.

After discussion with counsel, IT IS ORDERED that:

1. Counsel shall confer within 7 days after entry of this order regarding dates and times for the resumed depositions of three plaintiffs by remote means on Plaintiffs' new claim.

---

CV-90 (03/15)                          Civil Minutes – General                          Page **1** of **2**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV-23-01304-AB (AGRx)                                          Date: April 29, 2026

Title     Fabiola Acevedo, et. al. v. eXp World Holdings, Inc., et.al.

2.  Within 7 days after entry of this order, defense counsel for the eXp Defendants shall get back to Plaintiffs' counsel regarding the issues surrounding Facebook workplace chats identified by Plaintiffs.

3.  The briefing and hearing schedule on Plaintiffs' motion to compel the depositions of Dan Cahir and Randall Miles is as follows:
    May 6, 2026      Plaintiffs shall file the motion to compel
    May 13, 2026     Defendants shall file the opposition
    May 15, 2026
        10:00 am     Hearing via Zoom.  Plaintiffs may present arguments in reply.

The court advised counsel that it has very limited time available for further discovery conferences.

|  | 1:00 |
|---|---|
| **Initials of Preparer** | kl |