**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FABIOLA ACEVEDO, et al., | Case No. 2:23-CV-01304-AB-AGR |
| Plaintiff, | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT BRENT GOVE** |
| v. | |
| EXP REALTY, LLC, et al., | |
| Defendants. | |

Pursuant to the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that all claims against Defendant Brent Gove are DISMISSED WITH PREJUDICE.

This dismissal applies only to Defendant Brent Gove. The Plaintiffs' claims against the remaining defendants are unaffected.

**IT IS SO ORDERED**.

Dated: May 7, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE