Case 2:23-cv-01304-AB-CTS Document 418-3 Filed 06/16/26 Page 1 of 3 Page ID #:6733

🏠 **Home**  |  Judges' Procedures & Schedules

# Honorable Alicia G. Rosenberg

## Magistrate Judge

📍 Edward R. Roybal Federal Building and United States Courthouse, Los Angeles
Courtroom 550, 5th Floor

---

ⓘ Important Notice

Judge Rosenberg announces that she will retire from the Court effective May 26, 2026.

---

Procedures | Orders and Additional Documents | Zoom Webinar Information

## Law and Motion Schedule

1. Civil motions are heard on Tuesdays at 10:00 a.m. **For discovery motions, please review the Judge's Procedures below for new procedures.** It is not necessary to clear a civil motion date with the court clerk prior to filing the motion. Criminal motions are scheduled as required.

2. UNDER SEAL DOCUMENTS (CRIMINAL): Effective July 8, 2013, all proposed sealed documents must be submitted via e-mail to the Chambers e-mail at AGR_Chambers@cacd.uscourts.gov. For instructions, please see the order below.

3. UNDER SEAL AND IN CAMERA DOCUMENTS (CIVIL): Effective December 1, 2015, counsel are referred to the procedures in Local Rules 79-5 and 79-6.

4. Stipulated Protective Orders: A form protective order is available for download below under "Additional Documents."

5. Document Duty Pilot Project:  In accordance with General Order 19-01, Criminal Duty Matters Electronic Filing Pilot Project, counsel are directed to email documents to: AGR_CrimDuty@cacd.uscourts.gov.

6. Tentative rulings usually are not issued.

7. Procedures for filing an ex parte application: Strict compliance with Local Rule 7-19 is required. The opposition shall be due within 24 hours after service of the ex parte application. If an extension of time for filing the opposition is necessary, please contact the court clerk. The Court will notify the parties if a telephonic hearing is desired.

## Judge's Procedures

1. **Effective April 1, 2026, a party or third party may file a discovery motion using the procedures in either Local Rule 7 or 37 without first participating in a discovery conference unless the court previously set the discovery conference on calendar.**

2. To request a continuance of any scheduled court proceeding, parties should submit a signed stipulation and proposed order. If it is necessary to file an ex parte application to request a continuance, the application must, in addition to complying with Local Rule 7-11, set forth the opposing counsel's position.

3. Counsel are not allowed to contact the judge's secretary or law clerk.

4. Inquires regarding the status of a motion, stipulation or proposed order should be made to the court's clerk. Also, please refer to Local Rule 11-4.5. Calendar conflicts: Advise the court clerk in advance about a calendar conflict and attempt to stipulate to an alternative date and time with opposing counsel after clearing the alternative date and time with the court's clerk.

5. Counsel should contact the court's clerk regarding procedures for bringing electronic equipment into the courtroom.

   - Arrangements for bringing voluminous exhibits into the courtroom may be made through the Space and Facilities Help Desk, at (213) 894-1400.

   - For information regarding ELMO reservations and/or training, please visit the court website (www.cacd.uscourts.gov) section referring to Courtroom Technology. Alternatively, you may contact the Courtroom Technology Help Desk at 213-894-3061.

6. For general information on how to order a transcript of any reported or digitally recorded proceeding, please contact 213-894-3015 or visit the court website (www.cacd.uscourts.gov) section referring to Court Reporter/Recorder Transcripts. If you require an estimate of cost for the preparation of a transcript, contact the court reporter/recorder for the desired proceeding.

7. To determine the court reporter/recorder for a particular proceeding, go to the Court Reporter Schedule web page and click on View by Date. Once you've determined the correct court reporter/recorder for the desired session, click on Court Reporter Phone and Email List for contact information.

8. Trial preparation: Counsel should comply with Local Rule 16 et seq.

9. Procedures for obtaining the services of an interpreter on a civil case: If the government is the moving party, contact the court clerk. All others may contact the Interpreter's Section at 213-894-4599.

## Mandatory Chambers Copies

MANDATORY CHAMBERS COPIES ARE NOT REQUIRED FOR FILINGS UNTIL FURTHER NOTICE DUE TO THE COVID-19 PANDEMIC.  ANY CHAMBERS COPY SHOULD BE SENT VIA MAIL OR OVERNIGHT MAIL SERVICE, AND NOT BY DELIVERY.

## Daily Calendar

| 06/16/2026 | Not Posted |
|------------|------------|
| 06/17/2026 | Not Posted |

## Courtroom Deputy Clerk

# Courtroom Deputy Clerk

📞 213-894-5419

✉ AGR_Chambers@cacd.uscourts.gov

The best way to contact Judge Rosenberg's Courtroom Deputy Clerk is by e-mail: AGR_Chambers@cacd.uscourts.gov