UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    2:23-cv-10492-AB-CTS/2:23-cv-01304-AB-CTS                 Date: July 14, 2026

Title    Anya Roberts v. eXp Realty, LLC et al/Fabiola Acevedo et al v. eXp World
Holdings, Inc. et al

Present: The Honorable:    Christina T. Shay, United States Magistrate Judge

|  |  |
|---|---|
| Marina Moreno-Carrillo | C/S 7/14/2026 |
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Brooke F. Cohen | Daniel R. Milstein |
| Andrea Solomon Hirsch | Daniel J. Wadley |
| Jennifer A. Lenze | Ivy A. Wang |
|  | William Edward Pallares |
|  | Peter K Levine |
|  | Richard A Schonfeld |

**Proceedings (Via Zoom): Motion for Sanctions (2:23-cv-10492, ECF No. 303) and**
**(2:23-cv-01304, ECF No. 422)**

Case is called.  Counsel state their appearances for the record.  The Court hears oral argument from counsel.  The matter is taken under submission.

At the hearing, counsel for Plaintiffs stated that there is an unrelated outstanding discovery motion before the Court.  The parties shall meet and confer to attempt to resolve the dispute.  If the parties conclude that they have reached an impasse and a dispute remains, the movant shall email a joint statement to the Court at CTS_chambers@cacd.uscourts.gov, cc'ing the other party, with: (1) a neutral statement of the issue(s) that remain(s) unresolved, (2) applicable briefing previously filed, and, (3) if applicable, the discovery requests and responses at issue.

**Time in Court: 00:52**

CV-90 (03/15)                Civil Minutes – General                Page **1** of **1**